B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Catholic Diocese of Wilmington, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Roman Catholic Diocese of Wilmington** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**51-0095439** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1925 Delaware Avenue, P.O. Box 2030**<br>**Wilmington, DE**              ZIP CODE **19899-2030** | Street Address of Joint Debtor (No. & Street, City, and State):        ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New Castle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):             ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>    See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts[1]

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

---

1    Actual amounts owed may be significantly less and are subject to change. Accordingly, the information herein shall not constitute an admission of liability nor is it binding on the Debtor. The Debtor reserves the right to dispute or change any amounts set forth herein.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Catholic Diocese of Wilmington, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||| 
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Catholic Diocese of Wilmington, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X */s/ Robert S. Brady*<br>Signature of Attorney for Debtor(s)<br>**James L. Patton, Jr. and Robert S. Brady**<br>Printed Name of Attorney for Debtor(s)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Firm Name<br>**1000 West Street, 17th Floor**<br>**P.O. Box 391**<br>**Wilmington, DE 19801-0391**<br>Address<br><br>**(302) 571-6600 Fax:(302) 571-1253**<br>Telephone Number<br>October 18, 2009<br>Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ W. Francis Malooly*<br>Signature of Authorized Individual<br>**Most Reverend W. Francis Malooly, D.D.**<br>Printed Name of Authorized Individual<br>**Sole Member of Catholic Diocese of Wilmington, Inc.**<br>Title of Authorized Individual<br>October 18, 2009<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# ACTION BY WRITTEN CONSENT
# OF THE SOLE MEMBER OF
## CATHOLIC DIOCESE OF WILMINGTON, INC.

The undersigned, constituting the sole member (the "Member") of Catholic Diocese of Wilmington, Inc., a Delaware corporation (the "Corporation"), hereby consents to, and by this action approves and adopts, the following resolutions, which shall be effective as of the date set forth below, and which shall have the same force and effect as if adopted at a duly held and regularly called meeting of the member of the Corporation:

RESOLVED, that in the judgment of the Member, it is desirable and in the best interests of the Corporation, its creditors, its Member and other interested parties, that a petition be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought (the "Chapter 11 Case");

RESOLVED, that the Secretary of the Corporation, the Rev. Msgr. J. Thomas Cini, V.G. (the "Authorized Officer") be, and hereby is, authorized, empowered and directed, on behalf of the Corporation, to execute and verify a petition for the Chapter 11 Case in the name of the Corporation and to cause the same to be filed in the Bankruptcy Court in such form and at such time as said Authorized Officer executing said petition on behalf of the Corporation shall determine;

RESOLVED, that the Authorized Officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to execute and/or file, or cause to be executed, verified and/or filed (or to direct others to do so on his behalf as provided herein) all necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals, and to take any and all other action that he deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 be, and hereby is, employed under a general retainer, as attorneys for the Corporation in the Chapter 11 Case, and any actions taken by such firm on behalf of the Corporation in advance of such retainer be and they hereby are ratified and approved;

RESOLVED, that The Ramaekers Group, LLC ("TRG"), 515 SW 62nd Avenue, Plantation, FL 33317 be, and hereby is, employed under a general retainer, as financial advisors for the Corporation in the Chapter 11 Case, and any actions taken by TRG on behalf of the Corporation in advance of such retainer be and they hereby are ratified and approved;

RESOLVED, that the Authorized Officer be, and hereby is, authorized and empowered, in the name and on behalf of the Corporation, to retain such other professionals as he deems appropriate during the course of the Chapter 11 Case;

RESOLVED, that the Authorized Officer be, and hereby is, authorized and empowered, in the name and on behalf of the Corporation, to sell all or substantially all of the Corporation's assets subject to the highest or best offer as he deems appropriate during the course of the Chapter 11 Case;

RESOLVED, that the Authorized Officer be, and hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment that shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions;

RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Officer to seek relief on behalf of the Corporation under chapter 11 of the Bankruptcy Code, whether on, before or after the date hereof, or in connection with the Chapter 11 Case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation;

RESOLVED, that any actions heretofore taken by the Authorized Officer prior to the date set forth below with respect to the matters contemplated by the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole member of Catholic Diocese of Wilmington, Inc., has executed this written consent as of this 18th day of October, 2009.

CATHOLIC DIOCESE OF WILMINGTON, INC.

By: W. Francis Malooly, Sole Member

*/s/ W. Francis Malooly/*

**W. Francis Malooly**
**Bishop of the Catholic Diocese of Wilmington, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation,[1] | ) ) ) ) | Case No. 09-_____ (__) |
| Debtor. | ) ) ) | |

## LIST OF MEMBERS OF
## CATHOLIC DIOCESE OF WILMINGTON, INC.

In accordance with Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

**NAME AND ADDRESS OF SOLE MEMBER**      **INTEREST[2]**
W. Francis Malooly                                                0%
1925 Delaware Avenue, P.O. Box 2030
Wilmington, DE 19899

## DECLARATION REGARDING
## LIST OF MEMBERS

I, J. Thomas Cini, am an authorized officer of the debtor and debtor in possession in this case (the "Debtor"), and in such capacity, am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing List of Members of the Debtor is true and correct to the best of my knowledge, information and belief.

Dated: October 1*8*, 2009

_____
Rev. Msgr. J. Thomas Cini
Secretary
Catholic Diocese of Wilmington, Inc.

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

[2] Per the Debtor's Certificate of Incorporation, the Debtor is a non-profit, non-stock tax exempt corporation. Accordingly, there is no equity ownership interest in the Debtor. Rather, the membership of the Debtor consists of one person who is the duly appointed Ordinary of the Roman Catholic Diocese of Wilmington. The Most Reverend W. Francis Malooly is presently the sole member of the Debtor.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CATHOLIC DIOCESE OF WILMINGTON, | ) Case No. 09-_____ (___) |
| INC., a Delaware Corporation,[1] | ) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF UNSECURED CREDITORS HOLDING
## TWENTY (20) LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

The following is the list of the creditors holding the twenty (20) largest unsecured claims against the Debtor as of the close of business on October 16, 2009. This list has been prepared based upon the books and records of the Debtor and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedures for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER[2] | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is Contingent Unliquidated Disputed or Subject to Setoff | (5) AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 1. Wilmington Trust Company, as Trustee 1100 N. Market Street Wilmington, DE 19890-0502 Facsimile: (302) 427-4771 | Wilmington Trust Company, as Trustee 1100 N. Market Street Wilmington, DE 19890 Attn: Patricia A. Evans Telephone: (302) 636-6436 Facsimile: (302) 427-4771 | Loan | See Note 3 | $11,000,000[3] |

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

[2] The Debtors have *de minimis* trade debt. The majority of the Debtor's other creditors have contingent, unliquidated, and/or disputed claims, rendering it impossible to determine who holds the twenty largest claims. The Debtors anticipate that the twenty largest claims will include lay pensioners, priest pensioners, and personal injury claimants, all of whom appear on the creditor matrix filed contemporaneously herewith. A list of creditors within each of the groups will be provided to the U.S. Trustee.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER[2] | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is Contingent Unliquidated Disputed or Subject to Setoff | (5) AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 2. Allied Irish Bank<br>405 Park Ave.<br>New York, NY 10022<br>Facsimile: (212) 339-8000 | Allied Irish Bank<br>405 Park Ave.<br>New York, NY 10022<br>Attn: John Cusack<br>Telephone: (212) 339-8915<br>Facsimile: (212) 339-8007 | Letter of Credit | Contingent; See Note 3 | $11,000,000 |
| 3. Lay Pensioners<br>See note 2 | See note 3 | Pension | Contingent, Unliquidated | Unknown |
| 4. Priest Pensioners<br>See note 2 | See note 3 | Pension | Contingent; Unliquidated | Unknown |
| 5. Certain Plaintiffs<br>See note 2 | The Neuberger Firm<br>Two East 7th Street, Suite 302<br>Wilmington, DE 19801<br>Attn: Thomas S. Neuberger, Esq.<br>       Stephen J. Neuberger, Esq.<br>Telephone: (302) 655-0582<br>Facsimile: (302) 655-9329<br><br>Jacobs & Crumplar, P.A.<br>Two East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899<br>Attn: Robert Jacobs, Esq.<br>       Thomas C. Crumplar, Esq.<br>Telephone: (302) 656-5445<br>Facsimile: (302) 656-5875 | Personal injury | Contingent, Unliquidated, Disputed | Unknown |
| 6. Certain Plaintiffs<br>See note 2 | Conaty, Curran & Sisk<br>220 Continental Drive, Suite 215<br>Newark, DE 19713<br>Attn: Thomas P. Conaty, Esq.<br>       Mark D. Sisk, Esq.<br>Telephone: (302) 894-1111<br>Facsimile: (302) 894-1313<br><br>(continued next page) | Personal injury | Contingent, Unliquidated, Disputed | Unknown |

---

[3] As of June 30, 2009. Amount owed as of the bankruptcy petition date may be significantly less. The information herein shall not constitute an admission of liability nor is it binding on the Debtor. The Debtor reserves the right to dispute or change any amounts set forth herein.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE AND FAX NUMBER[2] | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is Contingent Unliquidated Disputed or Subject to Setoff | (5) AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| | Jeff Anderson & Associates, P.A. 366 Jackson Street, Suite 100 St. Paul, MN 55101 Attn: Jeffrey R. Anderson, Esq. Michael Finnegan, Esq. Telephone: (651) 227-9990 Facsimile: (651) 297-6543 | | | |
| 7. Certain Plaintiffs See note 2 | Dalton & Associates, P.A. 1106 West 10th Street Wilmington, DE 19806 Attn: Bartholomew J. Dalton, Esq. Telephone: (302) 652-2050 Facsimile: (302) 652-0687<br><br>The Flowers Counsel Group, LLC 1105 Market Street, Suite 800 Wilmington, DE 19801 Attn: Chipman L. Flowers, Jr., Esq. Telephone: (302) 656-7370 Facsimile: (302) 656-7464<br><br>Manly & Stewart 4220 Von Karman Avenue, Suite 200 Newport Beach, CA 92660 Attn: John C. Manly, Esq. Telephone: (949) 252-9990 Facsimile: (949) 252-9991 | Personal injury | Contingent, Unliquidated, Disputed | Unknown |
| 8. Certain Plaintiffs See note 2 | Joseph W. Benson, P.A. 1701 North Market Street P.O. Box 248 Wilmington, DE 19899 Attn: Joseph W. Benson, Esq. Andrew G. Ahern III, Esq. Telephone: (302) 656-8811 Facsimile: (302) 656-4230 | Personal injury | Contingent, Unliquidated, Disputed | Unknown |

# DECLARATION CONCERNING THE DEBTOR'S LIST OF UNSECURED CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, J. Thomas Cini, Secretary of Catholic Diocese of Wilmington, Inc., the above-captioned debtor and debtor in possession, declare under penalty of perjury that I have read the foregoing List of Unsecured Creditors Holding Twenty Largest Unsecured Claims Against the Debtor and that it is true and correct to the best of my information and belief.

Dated: October 18, 2009

_____
Rev. Msgr. J. Thomas Cini
Secretary
Catholic Diocese of Wilmington, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation,[1] | ) Case No. 09-_____ (___) |
| Debtor. | ) |

## VERIFIED LIST OF CREDITORS

The list of creditors being filed in electronic format contemporaneously with the foregoing petition (the "Creditor List") constitutes a full and complete list of the name and address of each creditor of the above captioned debtor and debtor in possession (the "Debtor"). The Creditor List is being filed pursuant to 11 U.S.C. § 521, Rules 1007 and 1008 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 1007-2. The Debtor reserves the right to file an amended or supplemental list of creditors. The Creditor List is based upon the internal bookkeeping records of the Debtor and is accurate to the best of the undersigned's knowledge, information and belief, subject to further review.

I, , J. Thomas Cini, Secretary of Catholic Diocese of Wilmington, Inc., declare under penalty of perjury that I have read the Creditor List and that it is true and correct to the best of my knowledge, information and belief.

Dated: October 18, 2009

_____
Rev. Msgr. J. Thomas Cini
Secretary
Catholic Diocese of Wilmington, Inc.

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.