UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Catholic Diocese of Wilmington, Inc. | : | Case No. 09-13560 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **James J. Holman**

2. **Matthias C. Conaty**

3. **Scott R. Mauchin**

4. **Jeff Rose**

5. **John Michael Vai**

6. **William Heaney,** Estate Representative for Kevin Heaney

7. **Mary K. Dougherty**


ROBERTA A. DEANGELIS
United States Trustee, Region 3


  /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: November 5, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253