# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, | ) | Case No. 09-13560 (CSS) |
| INC., a Delaware Corporation, | ) | |
| | ) | |
| Debtor. | ) | Ref. Docket No.: ___ |
| | ) | |

**ORDER UNDER SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE EXTENDING THE AUTOMATIC STAY TO THE PARISHES TO PREVENT THE CONTINUATION OF CERTAIN PERSONAL INJURY ACTIONS**

Upon consideration of the motion (the "Motion")[1] of the debtor and debtor in possession in the above-captioned case ("CDOW" or the "Debtor") for entry of an order, pursuant to sections 105(a) and 362(a) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), to extend the automatic stay to certain non-debtor parties (each a "Parish" and collectively, the "Parishes") and any responses thereto; and the Court finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that due and sufficient notice having been given to all parties concerned; and upon the record of the hearing held before this Court; and it appearing that the relief requested in the Motion is in the best interests of the debtor's estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that, pursuant to sections 105(a) and 362(a) of the Bankruptcy Code, the automatic stay of section 362(a) of the Bankruptcy Code is extended to the Parishes with respect to all pending actions arising under the Delaware Child Victim's Act of 2007, 10 *Del. C.* § 8145 in which CDOW and a Parish are co-defendants (collectively, the "<u>Parish Co-Defendant Cases</u>"); and it is further

ORDERED that the Parish Co-Defendant Cases including, but not limited to, those identified on <u>Exhibit 1</u> attached hereto are stayed in their entirety until sixty (60) days after the deadline for creditors to file prepetition claims in this chapter 11 case unless otherwise ordered by this Court; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
December ___, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER S. SONTCHI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

# List of Parish Co-Defendant Cases

| Case | C.A. No. |
|---|---|
| | |
| *John Roe #1 v. Catholic Diocese of Wilmington, Inc. and St. Ann's Roman Catholic Church* | 08C-07-239 (CLS) |
| *Joseph Curry v. Catholic Diocese of Wilmington, Inc. and St. Dennis' Roman Catholic Church* | 08C-08-043 (CLS) |
| *Duane Hardy v. Catholic Diocese of Wilmington, Inc, St. Paul's Roman Catholic Church and Our Mother of Sorrows Roman Catholic Church* | 09C-05-018 (CLS) |
| *John Roe #3 v. Catholic Diocese of Wilmington, Inc., St. Ann's Roman Catholic Church and St. Paul's Roman Catholic Church* | 09C-04-285 (CLS) |
| *John Roe #4 v. Catholic Diocese of Wilmington, Inc. and Our Mother of Sorrows Roman Catholic Church* | 09C-05-042 (CLS) |
| *Edward Schofield v. Catholic Diocese of Wilmington, Inc. and St. Ann's Roman Catholic Church* | 09C-07-070 (CLS) |
| | |
| *John Doe #1 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church, and Francis G. DeLuca* | 08C-05-040 (JTV) |
| *John Doe #2 v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and Francis G. DeLuca* | 08C-06-017 (JTV) |
| *John Doe #3 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 08C-06-033 (JTV) |
| *Michael Sowden v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 08C-06-054 (JTV) |
| *Michael Schulte v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 08C-07-017 (JTV) |
| *John Vai v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and Francis G. DeLuca* | 08C-06-044 (JTV) |
| *John Doe #4 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca* | 08C-10-028 (JTV) |
| *John Doe #5 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-04-037 (JTV) |
| *John Doe #6 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-04-035 (JTV) |
| *Michael Ward v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-04-039 (JTV) |
| *John Doe #8 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca* | 09C-05-008 (JTV) |
| *John Doe #9 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-05-009 (JTV) |

| | |
|---|---|
| *John Doe #10 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-05-010 (JTV) |
| *John Doe #12 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca* | 09C-06-002 (JTV) |
| *John Doe #11 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-06-031 (JTV) |
| *John Doe #14 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca* | 09C-06-046 (JTV) |
| *John Doe #16 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-06-071 (JTV) |
| | |
| *Mary Dougherty v. Catholic Diocese of Wilmington, Inc. and Holy Rosary Roman Catholic Church* | S08C-08-026 (THG) |
| *David Dixon v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | S08C-08-039 (THG) |
| *Raymond Donahue v. Catholic Diocese of Wilmington, Inc. and St. Thomas the Apostle Roman Catholic Church* | S08C-09-007 (THG) |
| *John Poe #1 v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | S08C-09-016 (THG) |
| *Jane Poe #1 v. Catholic Diocese of Wilmington, Inc. and Holy Rosary Roman Catholic Church* | S09C-05-011 (THG) |
| *John Poe #2 v. Catholic Diocese of Wilmington, Inc. and Holy Cross Roman Catholic Church* | S09C-05-016 (THG) |
| *John Poe #3 v. Catholic Diocese of Wilmington, Inc. and Immaculate Conception Roman Catholic Church* | S09C-05-019 (THG) |
| *John Poe #4 v. Catholic Diocese of Wilmington, Inc., St. Edmond's Roman Catholic Church and St. Mary Refuge of Sinners Roman Catholic Church* | S09C-06-001 (THG) |
| *John Poe #6 v. Catholic Diocese of Wilmington, Inc., Holy Rosary Roman Catholic Church, St. Thomas the Apostle Roman Catholic Church, St. Francis de Sales Roman Catholic Church, St. Michael the Archangel, St. Edmond Roman Catholic Church and St. Mary Refuge of Sinners Roman Catholic Church* | S09C-06-020 (THG) |
| *John Poe #8 v. Catholic Diocese of Wilmington, Inc. and St. Thomas the Apostle Roman Catholic Church* | S09C-06-045 (THG) |
| *Jane Poe #2 and John Poe #9 v. Catholic Diocese of Wilmington, Inc., Immaculate Heart of Mary Roman Catholic Church and Francis J. Rogers* | S09C-07-009 (THG) |
| | |
| *Edward Banks v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | 08C-09-045 (WLW) |
| *William Fleming v. Catholic Diocese of Wilmington, Inc. and St. Helena Roman Catholic Church* | 08C-09-046 (WLW) |

2

| | |
|---|---|
| *John MM Doe v. Catholic Diocese of Wilmington, Inc. and Immaculate Conception Roman Catholic Church* | 09C-06-135 (WLW) |
| | |
| *Paul Quinn v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 08C-10-046 (CLS) |
| *Jane Coe #1 v. Catholic Diocese of Wilmington, Inc. and St. Mary of the Immaculate Conception Roman Catholic Church* | 08C-10-121 (CLS) |
| *John Coe #1 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 08C-10-172 (CLS) |
| *John Coe #2 and John Coe #3 v. Catholic Diocese of Wilmington, Inc. and Holy Cross Roman Catholic Church* | 08C-12-184 (CLS) |
| *John Coe #4 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 09C-05-152 (CLS) |
| *Jane Coe #2 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 09C-05-160 (CLS) |
| *John Coe #5 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 09C-05-172 (CLS) |
| *John Coe #6 v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 09C-05-195 (CLS) |
| *John Coe #7 v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 09C-05-237 (CLS) |
| | |
| *Robert Kohr v. Catholic Diocese of Wilmington, Inc. and St. Joseph Roman Catholic Church* | 08C-10-300 (WCC) |
| *John Noe #1 v. Catholic Diocese of Wilmington, Inc. and St. Elizabeth's Roman Catholic Church* | 09C-06-007 (RBY) |
| *John DP Doe v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and St. Elizabeth's School* | 09C-06-309 (WCC) |
| *John AJ Doe v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and St. Elizabeth's School* | 09C-07-083 (WCC) |
| *Est. of Kevin Heaney v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church and Edward F. Dudzinski* | 08C-11-097 (CLS) |
| *John Moe #1 & John Moe #2 v. Catholic Diocese of Wilmington, Inc. and Edward F. Dudzinski* | 09C-05-010 (CLS) |
| *John Moe #3 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church and Edward F. Dudzinski* | 09C-05-141 (CLS) |
| *John Moe #4 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church, St. Francis de Sales Roman Catholic Church and Edward F. Dudzinski* | 09C-06-020 (CLS) |
| *John Moe #5 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church and Edward F. Dudzinski* | 09C-06-111 (CLS) |

| | |
|---|---|
| *John Loe #1 v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | 09C-01-030 (CLS) |
| *John Loe #2 v. Catholic Diocese of Wilmington, Inc. and St. Catherine of Siena Roman Catholic Church* | 09C-05-224 (CLS) |
| *John Loe #3 v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | 09C-06-138 (CLS) |
| *John Loe #5 v. Catholic Diocese of Wilmington, Inc. and St. Catherine of Siena Roman Catholic Church* | 09C-06-256 (CLS) |
| *Patrick Nagle v. Catholic Diocese of Wilmington, Inc. and St. Elizabeth Roman Catholic Church* | 09C-06-284 (CLS) |
| *John Loe #6 v. Catholic Diocese of Wilmington, Inc. and St. Elizabeth Roman Catholic Church* | 09C-06-304 (CLS) |
| *John Woe #1 v. Catholic Diocese of Wilmington, Inc. and Our Lady of Fatima Roman Catholic Church* | 09C-05-004 (JTV) |
| *John Zoe #1 v. Catholic Diocese of Wilmington, Inc. and St. Joseph's on the Brandywine Roman Catholic Church* | 09C-06-033 (CLS) |
| *John Quoe #1 v. Catholic Diocese of Wilmington, Inc. and Christ Our King Roman Catholic Church* | 09C-06-140 (CLS) |
| *John Joseph Adams v. Catholic Diocese of Wilmington, Inc., St. John the Baptist- Holy Angels Parish and Holy Angels Educational Foundation, Inc.* | 09C-06-279 (CLS) |
| *John Toe #1 v. Catholic Diocese of Wilmington, Inc. and St. Ann's Roman Catholic Church* | 09C-06-136 (CLS) |
| *John Yoe #1 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Rev. James Edward Richardson* | 09C-06-188 (CLS) |
| *Jane Soe #1 and Est. of John Soe #1 v. Catholic Diocese of Wilmington, Inc., Immaculate Heart of Mary Roman Catholic Church and Francis J. Rogers* | 09C-06-199 (CLS) |
| *Jane Cloe #1 v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 09C-06-253 (CLS) |
| *John Koe #1 v. Catholic Diocese of Wilmington, Inc., St. John- Holy Angels Roman Catholic Church and Rev. Joseph A. McGovern* | 09C-06-070 (JTV) |

| | |
|---|---|
| *John Joe #1 and John Joe #2 v. Catholic Diocese of Wilmington, Inc., Holy Cross Roman Catholic Church and Rev. Harry P. Weaver* | 09C-06-072 (RBY) |
| *John Moe #7 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church, Edward F. Dudzinski, Oblates of St. Francis de Sales, Oblates of St. Francis de Sales Inc., Salesianum School Inc., Rev. James J. Greenfield, Rev. Dennis W. Killion and Rev. John A. Gilvey* | 09C-06-191 (CLS) |
| *Est. of Stephen Kopalchick v. Catholic Diocese of Wilmington, Inc. and St. John the Beloved Roman Catholic Church, St. Francis de Sales Roman Catholic Church, St. Catherine of Siena Roman Catholic Church and Francis G. DeLuca* | 09-466 (SLR) |
| *John GJ Doe v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church, Capuchin Franciscan Friars Province of the Sacred Stigmata of St. Francis and Rev. Paul L. Daleo* | 08C-11-175 (WCC) |