# Exhibit I



# DIOCESE OF WILMINGTON

POST OFFICE BOX 2030
WILMINGTON, DE 19899

PHONE: (302) 573-3100
FAX: (302) 573-6817
pbossi@cdow.org

1

MOST REVEREND W. FRANCIS MALOOLY, DD
BISHOP OF WILMINGTON

June 15, 2009

William Cardinal Levada
Congregation for the Doctrine of the Faith
00120 Citta del Vaticano
Palazzo del S. Uffizio
Rome, Italy

PROT. N.: None assigned yet

Your Eminence:

With the enclosed documentation concerning Reverend Joseph McGovern, I respectfully petition for the *ex officio* dismissal from the clerical state of Fr. McGovern for the commission of acts contrary to the Sixth Commandment of the Decalogue with a minor (can. 1395 §2 *CIC*). I ask that this be done by decree rather than by either a judicial or administrative penal process for the following reasons:

1)    Fr. McGovern has freely admitted his guilt.

2)    The facts and circumstances demonstrate that Fr. McGovern acted with full deliberation when committing these grave acts.

3)    He has sexually abused at least three boys (and there may well be more that we are unaware of), thereby causing inestimable damage to these three individuals and many others affected by these acts.

4)    He has caused great scandal to arise which has harmed the Christian community and members of our civil communities.

CDOW_JAM_00378

We have learned in a very dramatic fashion that a Diocese's credibility cannot be based on the hope that a priest who has committed sexual abuse in the past will not abuse again — a fact, as you know, that is born out by the empirical data. This sad experience has made us reevaluate our cases in process at the Congregation, in particular now the case of Fr. McGovern.

Given the fact that Fr. McGovern cannot, practically speaking, ever be returned to active ministry of any kind, I believe that it is not only in the interests of the Diocese and the People of God, but also in Fr. McGovern's own best interests that he be separated from the clerical state at this time, rather than continue in such an uncertain status for the remainder of his life. Separating him from the clerical state will make it both more urgent, but also more practical and more realistic for him to develop plans for his own future which will lead to stable employment and providing for his needs as he grows older. The Diocese continues to provide Fr. McGovern substantial financial assistance.

It is my unshakable conviction that for the common good of the Faithful, and also the common good of the wider community, but also for the good of the Diocese and for Fr. McGovern's own good, that the most appropriate disposition at this time will be for him to be separated from the clerical state and that his vow of celibacy be dispensed. I ask you in the most urgent terms to approve this request.

It is important to me pastorally for the common good of the Diocese that we are not weighed down by unresolved canonical matters given the situation I have described. Thank you for your consideration of this petition. Know that I continue to pray for you and your work.

Sincerely in Our Lord,

Most Reverend W. Francis Malooly
Bishop of Wilmington

Patricia S. Bossi
Notary for the Curia

Bishop-elect John O. Barres
Chancellor

PATRICIA SLEPESKY-BOSSI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 24, 2009

# Exhibit J

February 24, 1987

Reverend Joseph A. McGovern
31-30 61st Street
Woodside, NY   11377

Dear Father McGovern:

Relative to our correspondence and to our interviews
His Eminence has graciously granted you residence in the
Archdiocese of Philadelphia for a period of one year.

The parish to which you have been assigned is Holy
Angels Church, 70th Avenue and Old York Road, Philadelphia,
PA, 19126. The pastor of Holy Angels Parish is the Reverend
Joseph W. Murray. The telephone numbers are 548-5535, and
548-5536.

The official date of assignment will be March 16, 1987.
Feel free to call Father Murray at your earliest convenience,
in order to address practical details.

If you have any further questions, please feel free to
contact me at the Chancery.

With best wishes, I remain

Sincerely yours in Christ,


(Rev.) John W. Graf
Assistant Chancellor


N.B.  If for any reason Father Murray is unavailable when
you call, Father Charles J. Pfeffer is aware of the
assignment.


jof

AD 005467

CDOW_JAM_00205

## ARCHDIOCESE OF PHILADELPHIA

### OFFICE OF THE SECRETARY FOR CLERGY

Office of:

TO: Archbishop Anthony J. Bevilacqua
FROM: Reverend John J. Jagodzinski
DATE: October 18, 1989
RE: Reverend Joseph J. McGovern
Priest of the Diocese of Wilmington

In 1986 it came to the attention of Bishop Robert E. Mulvee of Wilmington that Father Joseph J. McGovern had been involved in sexual misconduct with a boy who was the son of a candidate for the Permanent Diaconate. It was later discovered that he had contact with two other young boys. None of these incidents involved a formal complaint or a civil or criminal suit. It was, as the Wilmington Vice Chancellor Reverend Joseph R. McMahon stated, the perception of a possible problem.

Bishop Mulvee insisted that Father McGovern attend Saint Luke Institute in Suitland, Maryland, and he did, from March to October of 1986. - Medica
_ _ _ _ _ _ _ _ _ _ _ _ _ _Redacted - Medical Records _ _ _ _ _ _ _ _ _ _ _
cted - Medical Re Bishop Mulvee then petitioned John Cardinal Krol to allow Father McGovern a residence in this Archdiocese, from which he could pursue studies in near Eastern languages at Temple University.

Cardinal Krol initially refused this request, and Father McGovern petitioned the Apostolic Pro-Nuncio, Most Reverend Pio Laghi, who after a review of Father McGovern's case asked him to petition Philadelphia again. This time he was granted a residence at Holy Angels Parish in February of 1987. This was to be for one year only, during which Father McGovern was to:

1. Pursue his studies.
2. Continue his therapy.
3. Look for another diocese to accept him into a ministry.

In a memorandum to you dated April 19, 1988 Father John W. Graf reviewed Father McGovern's situation with you, and you indicated that as long as he continued [ _ _ _ _ _ _ _ _Redacted - Medical Records _ _ _ _ _ _ _ _ ] and had the permission of his Bishop, he should be given continued residence here in Philadelphia. You responded as above on June 2, 1988. Provisions of Father McGovern's residence as stated by the Vice Chancellor Reverend McMahon dated October 27, 1986 were as follows: to pursue his studies, to live in a place where he would have easy access to [ _ _ _ _ _ _Redacted - Medical Records _ _ _ _ _ _ ], to seek the hospitality of a rectory, and to provide such priestly service as would be appropriate as needed.

Nowhere in any of the communications on this matter was it ever stated in writing that Father McGovern was to refrain from ministry in this Archdiocese. His Bishop Robert Mulvee gave permission for Father McGovern to continue residence at Holy Angels on June 20, 1988. This was the last communication we have in our files on this matter. AD 005452

In light of the above, your direction in this matter will be appreciated.

*I have spoken to Bp. Mulvee*
*several times re above. In spite of any*
CC: Rev. Msgr. Edward P. Cullen *agreements, he is still very concerned about*
*his functioning as a priest in any way that is public. We should*
*consult with Wilmington Clergy Personnel necessary. 1/1/89*

CDOW_JAM_00220

# Exhibit K

## OFFICE OF THE SECRETARY FOR CLERGY

### MEMORANDUM

**DATE:** December 5, 1989

**RE:** Reverend Joseph J. McGovern
Extern Priest - Diocese of Wilmington
Residence, Holy Angels Church

I received a call today from Father Joseph R. McMahon, Chancellor of the Diocese of Wilmington, concerning an inquiry that I made about Father Joseph J. McGovern. Father McGovern is a Wilmington priest presently residing at Holy Angels Parish in Philadelphia, and taking courses at Temple University.

Father McGovern was given this residence by John Cardinal Krol as a favor to Bishop Robert E. Mulvee of Wilmington. At the time it seemed the understanding was that Father McGovern would reside at Holy Angels Parish, but be looking for a permanent residence in another diocese, other than Wilmington or Philadelphia. This has not happened, and he has been at Holy Angels Parish for almost two years now.

The question was raised about the advisability of Father McGovern being able to celebrate public Mass, which he has been doing ever since he took up residence at Holy Angels Parish. There has never been any concern shown by anyone involved with Father, and he has been of assistance to the pastor during his residency.

Father McMahon mentioned that this matter was brought up just so Archbishop Bevilacqua would be aware of Father McGovern's background. If the Archbishop finds that Father's celebrating public Mass is a problem, then he may contact Wilmington and let them know. Otherwise, Father McMahon states that if we are satisfied, things should remain status quo, and nothing more be made of it.

It may be helpful for me to call Father McGovern now, just to back up the contact that was lost when Father John W. Graf became a pastor.

Richard J. McAndrews
Assistant, Secretary for Clergy

jcf

AD 005448

# Exhibit L

12/20/89 - Met with Father McGovern in Philadelphia

Told him that the Bishop wanted him to stop functioning publicly as a priest.

_[Redacted - Atty/Client Privilege]_

Joe's impression that the Archbishop is comfortable with having him function as a priest in Philadelphia is incorrect.

_[Redacted - Medical Records]_

Fr. McGovern felt that he _[Redacted - Medical Records]_ _[Redacted - Medical Records]_ and has ministered well for years now at Holy Angels where the pastor knows the problem and the Archbishop knew what he was doing.

He voiced concerns:

1) that his father will suspect that there has been another incident

2) about the contents in his file

3) would the Diocese support alternate housing?

4) how long is he ban?

5) what is the canonical reason for such action?

6) wants time to think about this

CDOW_JAM_00454

**Diocese of Wilmington**
Post Office Box 2030
Wilmington, Delaware 19899-2030

Office of the Bishop

October 20, 1989

<u>PERSONAL / CONFIDENTIAL</u>

Frank Valcour, M.D.
Medical Director
Saint Luke Institute
2420 Brooks Drive
Suitland, MD  20746-5294

Dear Doctor Valcour:

Redacted - Medical Records

As you know from the very beginning my decision was not to allow Father McGovern to function as a priest.  My understanding from Cardinal Krol and Archbishop Bevilacqua was that they had only given permission for Father McGovern to reside at Holy Angels.  It was my interpretation if he wishes to function as a priest he must have explicit permission from Archbishop Bevilacqua.

Every Bishop I have spoken to about this matter concurs with me that this is a pastoral and prudent approach.

Thank you for the report and your continued work with so many clergy and religious.

Sincerely in Christ,

+ Robert E. Mulvee

Most Reverend Robert E. Mulvee
Bishop of Wilmington

/pb

# Exhibit M

6-13-90  Called Joe McGovern:

Why is he still functioning? Pastor thought it would create a scandal if he didn't — is aware of the situation and Joe has been extremely careful.

One of the reasons Philadelphia is hesitant to have him in a rectory is this — his Bishop asked him to stop functioning, he has not.

Reviewed the legal reasons for the request and indicated that the Bishop will have to be informed and will not be too happy.

Joe wanted the Bishop to know that he was acting in good faith; would the Diocese be able to help him with rent?

A. Negotiate.

CDOW_JAM_00445

6-25-90    MTG. W/ FR. McGOVERN.

He has stopped functioning publicly as a priest.

Needs living accommodations:
    Researched — found a place called Chestnut Hall
    39th & Chestnut Streets
    454.⁰⁰ a month — needs 1362.⁰⁰ for start-up
    and deposit
    5902.⁰⁰ a year for 2 years

Suggested a matching loan
Reviewed his current budget: (Mass Stipends only added income.
    Car expenses
    Computer expenses)
    Clothes + Books          ( quite vague in this
    Transportation + Food              area.)
    Vacation —
    Storage $55.⁰⁰ a month

               { La Salle
Question: wants to apply to { St. Jo's — Would the Diocese say
    he's a priest & has permission to teach? Needs to
    know the ground rules.

He's going for his Doctorate In Patristics / Scripture

His current teaching jobs help with his credits and research
for the Doctorate.
He's thought of a second job —
┌─────────────────────────┐     ┌─────────────────────────────────┐
│                         │     │  Redacted - Medical Records     │
│ Redacted - Medical Records │  └─────────────────────────────────┘
└─────────────────────────┘

# Exhibit N

# OFFICE OF THE SECRETARIAT FOR CLERGY

## MEMORANDUM

**TO:**   File

**FROM:**   Reverend Richard J. McAndrews

**DATE:**   June 19, 1990

**RE:**   Reverend Joseph McGovern – Extern Priest
Diocese of Wilmington
Residence, Holy Angels Church

---

I received a call from Father Thomas P. Flanigan, Pastor of Holy
Angels Church. He told me that he asked Father Joseph McGovern to
move his belongings to the basement of Holy Angels Rectory, so that
the quarters presently occupied by Father McGovern could be
prepared properly, in order that Father Luke Won, a Korean priest,
could begin to live there.

Father McGovern will be away for several weeks, and when he returns
he will seek independent living quarters near Temple University.
He will not celebrate Mass at Holy Angels Church from here on out. 

AD 005441

# Exhibit O

June 28, 1990

MEMORANDUM

TO:      Mr. John Weber

FROM:    Vy. Rev. Clement P. Lemon

RE:      Room and board expense for Father McGovern


       Effectively immediately, we will need to help
Father McGovern to relocate in the Philadelphia area. This
will require start-up expenses totalling $1500 and a
monthly commitment of $454.   This arrangement will be re-
evaluated at the first of the year.

# **Exhibit P**

# SHIELDS & HOPPE, LLP

P.O. BOX 23
206 WEST STATE STREET
MEDIA, PA 19063-0023

(610) 892-7777
FAX (610) 892-7526
www.shieldsandhoppe.com

C. SCOTT SHIELDS
L. THEODORE HOPPE, JR.

November 19, 2002

Msgr. J. Thomas Cini
VICAR GENERAL
1925 Delaware Avenue
P.O. Box 2030
Wilmington, DE 19899-2030

RE:    Father Joseph McGovern

Dear Monsignor Cini:

This letter is to inform you that this firm represents Father Joseph McGovern in regards to the church's latest action requiring financial disclosure to continue receiving his monthly stipend. As we understand, the Diocese has been paying Father McGovern his stipend since approximately 1990, which was a bargained for exchange in return for Father McGovern not pursuing any dispute he had with your Diocese through Canon Law. Insofar as this arrangement existed for in excess of the last decade, it is unlawful to change the terms of this agreement unilaterally.

Kindly reconsider your determination and please call me so that we can discuss the same.

Very truly yours,

C. SCOTT SHIELDS

CSS/jl

cc:    Father Joseph McGovern

CDOW_JAM_00027

# **Exhibit Q**

Fr. McGovern — At Review Board, Tony Flynn said that he had the material from Philadelphia and would get it to me. We also have strong documentation from Philadelphia.

I will move quickly to pull this together. We need further discussion on the Fr. McGovern situation once I have pulled as much as I can together. Thank you.

*[Handwritten notes:]*

On the McGovern Case — if I am understanding this situation — Church's position on this matter, the recent decision/instructions from CDF — We are wasting our time and effort on McGovern.

Reality — ① Has not been allowed to function since 1986 or so — even when he attempted to function (see Phily + discussions/interaction Archbishop Bevilaqua + nuclear)

② To come back is almost impossible — he admitted (I believe) to the crime. In this atmosphere he'd never be permitted back. Note he has taken — for a long period of time drugs to control his urges.

③ I'd cut him off as we have the others + let him fight with Rome. (No more support from us. — I'd do the same with _____ [illegible] _____ etc )

④ As we are moving _____ that as is, I would McGovern but, I'd stop above support

CDOW_JAM_00110

# Exhibit R

# FILE

## CONFIDENTIAL INTEROFFICE MEMORANDUM

**To:**      Joe Corsini

**From:**    Msgr. J. Thomas Cini

**Subject:**   Compensation – Fathers [ ] and McGovern

**Date:**    July 23, 2007

---

*You will recall that in our recent meeting on Friday, July 20, I discussed my having written to both Joseph McGovern and* [ ] *regarding continued sustenance from the Diocese of Wilmington given that they are permanently removed from ministry.* Redacted - Nonresponsive

*Regarding Fr. McGovern, he has chosen not to respond to my inquiry and I am, therefore, as of this date cutting off any further payments to him. According to the records he receives $5950 in salary, $6000 a year living allowance, and $3600 as a business expense. I have already advised the HR office to withhold the salary check and I am advising that you withhold further payment on both the living allowance and business expense until further notice from this office.*

*Should you have any questions I ask you to speak directly with me.*

cori/compensation-wiggins-mcgovern

# **Exhibit S**

# FILE

**Joni Lawruk**

| | |
|---|---|
| **From:** | Sr. Suzanne Donovan [sdonovan@cdow.org] |
| **Sent:** | Tuesday, July 24, 2007 10:49 AM |
| **To:** | 'Joni Lawruk' |
| **Subject:** | RE: McGovern and Payroll Sheets |
| **Sensitivity:** | Confidential |

Msgr. Cini,

Joseph McGovern is on the lay health insurance plan.

Suzanne M. Donovan SC
Director of Human Resources
Diocese of Wilmington
PO Box 2030
Wilmington DE 19899-2030
302-573-3126

---

**From:** Joni Lawruk [mailto:jlawruk@cdow.org]
**Sent:** Tuesday, July 24, 2007 9:33 AM
**To:** Sr. Suzanne Donovan
**Subject:** McGovern and Payroll Sheets
**Importance:** High
**Sensitivity:** Confidential

See attachments.
jl

7/24/2007

CDOW_JAM_0036(

# **Exhibit T**

## Msgr. John Barres

**From:** Joni Lawruk [jlawruk@cdow.org]
**Sent:** Tuesday, June 09, 2009 8:37 AM
**To:** 'Msgr. John Barres'
**Subject:** RE:

```
Base Salary        $5950/year
Living Allowance   $6000/year
Business Expense   $3600/year
Lay Plan Health Insurance
```

Joni

-----Original Message-----
From: Msgr. John Barres [mailto:jbarres@cdow.org]
Sent: Monday, June 08, 2009 6:21 PM
To: 'Joni Lawruk'; 'Joseph Corsini'
Subject:

CDF form asks description of sustenance the DOW gives to Fr. McGovern.
Thanks for your help.

1

CDOW_JAM_0029!

# Exhibit U

# Diocese of Wilmington
Post Office Box 2030
Wilmington, Delaware 19899-2030

Office of the Bishop

December 30, 1993

Reverend Douglas Dempster
% Vy. Rev. Thomas Peterman
Sacred Heart
508 High Street
Chestertown, MD  21620

Dear Father Dempster:

This will confirm in writing my acceptance of your retirement as Pastor of
Our Lady of Good Counsel Parish, Secretary, Maryland, as well as from active
public ministry as a priest for reasons of health.

Accepting your resignation and approving early retirement is a very painful
duty for me.  I remember your years of faithful service to this diocese.  It
is understood that you will not function publicly as a priest without seeking
specific permission to do so.

Your retirement will be under the provisions of the retirement plan in-
augurated for the priests of our Diocese. You will be considered as a priest
who has served the years required for full retirement. Rev. Msgr. J. Thomas
Cini, Vicar for Administration, will be pleased to send you the provisions of
this plan and arrange for your pension payments to begin immediately.

While I suggested that it would be pastorally helpful not to do so, it is
understood that you plan to live in the Marydel area.

Doug, you will always have a special place in my prayers and Masses.  May God
watch over you and guide you always but especially in these days and months
which I know may continue to be particularly painful.  Keep close to God.
Please remember me in your prayers. If you ever need me, please feel free to
call upon me.

Cordially yours in Christ,

Robert E. Mulvee

Most Reverend Robert E. Mulvee
Bishop of Wilmington

/psb

CDOW_DWD_00032

## DIOCESE OF WILMINGTON

### OFFICIAL APPOINTMENTS

The following clergy assignment is effective immediately:

Reverend Douglas W. Dempster from Pastor of Our Lady of Good Counsel Parish, Secretary, MD to retirement for reasons of health.

+ Robert E. Mulvee

**Most Reverend Robert E. Mulvee**
**Bishop of Wilmington**

Rev. Msgr. Joseph F. Rebman
Chancellor

12-30-93
date

CDOW_DWD_00033

# Exhibit V

MSGR. CLEMENT LEMON, VICAR FOR THE CLERGY
CHRONOLOGY

07.07.93

appears at regularly scheduled weekend Masses might well confuse the people of the parish and put the acting administrator in a very awkward position, I called Sister Ruth and expressed my real concern about such a plan. Sister Ruth, also felt that a "public appearance" at this time would not be such a good idea. This was communicated to Father Dempster and he agreed.

08.30.93

We received a summary letter from Southdown and began to develop a financial package to assist Fr. Dempster with future living expenses.

09.19.93

I called Fr. Dempster to arrange a trip to see him in order to discuss plans for the future and a satisfactory package. Fr. Dempster told me that he did not want me to come to Southdown. He had been working with professionals and that I would be hearing from them shortly. A few days later I called Sister Ruth of Southdown in order to understand what's going on. She told me that Fr. Dempster had rescinded the privilege of confidentiality and that she had to respect that.

10.04.93

I was called by V. Timothy Bambrick, a Baltimore lawyer representing Fr. Dempster and invited to a meeting in Baltimore.

10-07-93

Redacted - Attorney Client Privilege - Work Product

5

CDOW_DWD_00886

# **Exhibit W**

# NILES, BARTON & WILMER

### ATTORNEYS AT LAW

**WASHINGTON, D. C. 20006**
**1618 H STREET, N. W.**
**202-737-0612**

1400 LEGG MASON TOWER
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

—————
410-783-6300

CABLE ADDRESS NILWO
TELEX 87-469-NILESLAW
EASY LINK 62827328
TELECOPIER 410-783-6363

WRITER'S DIRECT NUMBER

(410) 783-6342

December 17, 1993

Robert E. Mulvee
Bishop of Wilmington
P. O. Box 2030
Wilmington, DE 19899-2030

**RECEIVED**

DEC 21 1993

Dear Bishop Mulvee:

On behalf of Father Dempster, please be advised as follows.

1. <u>No letter of resignation will be forthcoming.</u>

2. Father Dempster and his Canon lawyer do wish to review the ACTA.

3. Proofs specifically contradicting your assessment of the facts will be presented.

4. Neither 2 nor 3 above will be accomplished within the next fifteen days.

5. Father Dempster specifically requests that a Canon lawyer represent him and asks that your office provide me with a recommended list of Canon lawyers with whom he may consult. Given that Father Dempster and his Canon lawyer intend to specifically contradict you and your assessment, I believe you will agree that the list should include Canon lawyers not under your dominion and control, i.e., outside the Diocese.

Father Dempster has authorized the above.

I would point out the following to you. It is perhaps more accurate to state that this is being set forth for others who will review what is obviously a preordained result.

Your reference to a dialogue with Father Dempster consisted of demands that he resign. The Diocese has advised Father Dempster that its future plans for him include residence outside the borders of the Diocese. Although not a Canon lawyer, my understanding is that this is a violation of church law.

CDOW DWD 00075

December 17, 1993

Bishop Robert E. Mulvee
Re: Father Douglas Dempster

PAGE 2

Father Dempster has declined to meet with you or Monsignor Lemon privately. You and Monsignor Lemon both know that you could extract whatever you wished from him within five minutes of such a meeting including an admission of authorship of Luther's Bible.

At the conclusion of our meeting, Monsignor Lemon advised he would discuss the substance of our talks with you and get back to me. He did not. When I telephoned him the following week, he again indicated he was speaking with you and would be in touch with me. Need I add that he did not. Nor did he, loyal servant that he is, mention what you were really doing ... having a friend of Father Dempster's contact him and attempt to persuade him to meet privately with you.

You have now instituted a proceeding to remove him as Pastor and have given him fifteen days to find a Canon lawyer, (two have already told me no), to review the ACTA in Wilmington and to prepare and file a rebuttal in Wilmington. You gave no notice of your proposed action and who could help but note that you waited to institute these proceedings so that a minor church holy day falls within that period which might make it difficult for anyone to do any of the above.

Having demonstrated in a short period of time that you are above Canon law and that principles of notice, representation and fair-play are absent from Canon law, Father Dempster's faith in the Church, its institutions and your Office become even more mysterious.

Please forward me the list requested above with a copy to Father Dempster. I recognize that you are probably correct in stating that you do not have to deal with the undersigned as I am only a civil lawyer. Please consider it a matter of common courtesy. Best regards to Monsignor Lemon.

Sincerely yours,

V. Timothy Bambrick

VTB/cmh

cc: Father Douglas Dempster
    507 Main Street
    P. O. Box 370
    Marydel, MD 21649-0370

CDOW_DWD_00076

# Diocese of Wilmington
Post Office Box 2030
Wilmington, Delaware 19899-2030

Office of the Bishop

December 22, 1993

**PERSONAL/CONFIDENTIAL**

Reverend Douglas Dempster
% Catherine Hitchner
Post Office Box 63
Marydel, DE   21649

Dear Father Dempster:

As I told you in my letter of December 12, 1993
this whole process is a very sad one for me. Since
last March Monsignor Lemon and I have tried to be
of pastoral assistance to you in every way
possible. Nothing would please me more than to
clarify some of the misunderstanding you seem to
have. I remain convinced that a meeting with
you could clarify matters. The letter from
Attorney Bambrick, however, seems, once again, to
rule that out.

In view of your request I am extending the fifteen
day period <u>required by the Code of Canon Law</u>. You
and your Canon Lawyer should examine the ACTA and
present your proofs and arguments by January 15,
1994.

In order to assist you in the best possible way,
I feel it prudent not to present the names of any
Canon lawyers to you myself. In order to give you
the total freedom guaranteed by the Code of Canon
Law, may I suggest you contact Reverend Pat Cogan,
the Executive Director of the Canon Law Society of
America. He is located at the Catholic University
in Washington, DC and can provide a list of Canon
Lawyers in the United States. You can then make a
choice.

Once again, be assured you remain daily in my
prayers, Masses and Holy Hour. I still place all
this matter in the hands of the Blessed Mother
especially at this time of year when we remember
the Birth of Jesus, Our Savior.

Please pray for me.

Cordially yours in Christ,

+Robert E. Mulvee

Most Reverend Robert E. Mulvee
Bishop of Wilmington

/psb

CDOW_DWD_00121

# Exhibit X



**DIOCESE OF WILMINGTON**

**CHANCERY OFFICE**
P. O. Box 2030
WILMINGTON, DELAWARE 19899-2030
(302) 573-3100
FAX (302) 573-3128

*Demin h*

RECEIVED
SEP 28 1994

<u>MEMORANDUM</u>

TO:   Bishop Mulvee

FROM:   Monsignor Rebman

DATE:   September 26, 1994

RE:   Diocesan Retreat for Retired Priests

------------------------------------------------------------

Fr. Dempster wrote to me asking about registration for the
mandatory diocesan retreat. I conferred with Msgr. Lemon
who indicated he was holding the retreat applications for
Fr. Dempster, Fr. Clarahan and Fr. Carley.

Regular retired priests are not obliged to the diocesan re-
treat. They are invited to attend but may always go off on
their own.

Msgr. Lemon hesitates to extend an invitation to Frs. Carley,
Clarahan and Dempster to attend the retreat because of the
complication of <u>the special conditions under which they
received their retirement.</u> There is a concern about the
awkwardness of their attending since other priests might be
asking them about their status. Also, there would be the
question of whether or not they could concelebrate the
Eucharist in the retreat situation. They are prevented from
celebrating public mass but the question could come up as to
whether the masses on retreat would be public. It is known,
of course, that some priests choose not to concelebrate on
retreat regardless of what their status is. However, this
could be a problem as Msgr. Lemon foresees.

Both Msgr. Lemon and I seek your wisdom on this matter.

JFR/jn

cc:   Monsignor Lemon
      Father Hopkins

CDOW_DWD_00549