IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., | ) | Case No. 09-13560 |
| a Delaware Corporation, | ) | |
| | ) | **Re: Docket No. 137** |
| Debtor. | ) | |
| | ) | |

**Status Conference Date: December 30, 2009**
**Status Conference Time: 4:00 p.m., Eastern Time**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (A) STATUS CONFERENCE STATEMENT REGARDING DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR (I) TO CONTINUE PROVIDING PENSIONS, SUSTENANCE AND/OR MEDICAL COVERAGE IN THE ORDINARY COURSE TO CERTAIN RETIRED OR REMOVED PRIESTS ACCUSED OF SEXUAL ABUSE; AND (II) TO USE CERTAIN RESTRICTED FUNDS TO PAY PREPETITION PRIEST PENSION OBLIGATIONS AND (B) PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING AND HEARING WITH RESPECT TO THE PENSION MOTION**

The Official Committee of Unsecured Creditors (the "Committee") hereby files this *Official Committee of Unsecured Creditors' (A) Status Conference Statement Regarding Debtor's Motion for Order Authorizing the Debtor (I) To Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (II) To Use Certain Restricted Funds To Pay Prepetition Priest Pension Obligations and (B) Proposed Schedule for Supplemental Briefing and Hearing With Respect to the Pension Motion*.

**BRIEFINGS RELATED TO THE PENSION MOTION**

1.      The Catholic Diocese of Wilmington, Inc. (the "Debtor") filed the

*Debtor's Motion for Order Authorizing the Debtor (I) To Continue Providing Pensions,*

*Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (II) To Use Certain Restricted Funds To Pay Prepetition Priest Pension Obligations* (the "Pension Motion") on November 19, 2009 [Docket No. 137].

2. The Committee filed its opposition (the "Opposition") to the Pension Motion on December 15, 2009 [Docket No. 188].

3. On December 18, 2009, the Committee filed the *Official Committee of Unsecured Creditors' Motion for an Order (1) Compelling the Production of Documents, (2) Granting Leave to Supplement Opposition, and (3) Continuing January 4, 2010 Hearing Date, All Relating to Motion for Order Authorizing the Debtor (I) To Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (II) To Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations* (the "Motion to Compel") [Docket No. 202]. In the Motion to Compel, the Committee requested an Order (i) compelling the Debtor to produce certain documents that are necessary to completely respond to the Pension Motion, (ii) allowing supplemental briefing after the production of the compelled, necessary documents and (iii) continuing the hearing on the Pension Motion, that is currently set for January 4, 2010.

4. On December 11, 2009, Rev. Wiggins filed *Charles W. Wiggins' Motion for Protective Order From Production and Disclosure of His Personnel File* [Docket No. 28 in AP Case No. 09-52275]. On December 21, 2009, Rev. Martin filed the *I. Response by Kenneth Martin to: A. Debtor's Motion for Order Authorizing the Debtor (I) To Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course To Certain Retired or*

*Removed Priests Accused of Sexual Abuse; and (II) To Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations; and B. Official Committee of Unsecured Creditors' Motion for an Order (1) Compelling the Production of Documents, (2) Granting Leave To Supplement Opposition, and (3) Continuing January 4, 2010 Hearing Date, All Relating to Motion for Order Authorizing the Debtor (I) to Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (II) To Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations; and II. Motion by Kenneth Martin for Protective Order* [Docket Nos. 209 and 210]. The foregoing motions for protective orders are referred to herein, collectively, as the "Protective Order Motions"). On December 28, 2009, the Committee responded to the Protective Order Motions [Docket Nos. 220 and 221].

5. The Motion to Compel and the Protective Order Motions overlap in that the Motion to Compel, *inter alia*, requests an Order compelling production of the Wiggins and Martin personnel files, and the medical and financial information contained therein. The Protective Order Motions request an Order preventing this production.

6. On December 23, 2009, Debtor's counsel proposed extending the hearing on the Pension Motion to February 8, 2010, at 9:00 a.m., Eastern time.

7. On December 28, 2009, Committee counsel agreed to this date subject to the proposed schedule ("Proposed Schedule") set forth below.

**PROPOSED SCHEDULE REGARDING THE PENSION MOTION**

8.      On December 30, 2009, the Committee will deliver to the Debtor the documents that were listed in the Committee's Opposition.

9.      On January 4, 2010, at 10:00 a.m., Eastern time, or another time on that day that is convenient to the Court, the Motion to Compel and the Protective Order Motions will be heard.

10.     On January 4, 2010, 4:00 p.m., Eastern time, the Debtor will:

   a.      reply to the Opposition;

   b.      deliver to the Committee an exhibit list and all documents that the Debtor will introduce into evidence to support the Pension Motion; and

   c.      deliver to the Committee the list of witnesses whom the Debtor may call in support of the Pension Motion.  (The Committee has not determined whether it will call any witnesses.  However, as set forth below, it will disclose any witnesses that it does intend to call.)

11.     On January 6, 2010 at 4:00 p.m., Eastern time, the Debtor will produce the personnel files of Revs. Wiggins and Martin and all other court-ordered materials, assuming the Motion to Compel is granted, and the Protective Order Motions are denied.

12.     On January 12, 2010, the Committee will file a supplemental opposition (the "Supplemental Opposition") relating to Revs. Wiggins, Martin, and Sarro.  Rev. Sarro's file was not produced until after the Committee filed its Opposition; therefore, supplemental briefing is required with respect to Rev. Sarro.

13. On January 15, 2010, the Committee will deliver to the Debtor any exhibits or documents relied upon in the Supplemental Opposition.

14. On January 18, 2010, the Debtor will file a reply to the Supplemental Opposition.

15. On January 20, 2010, the Debtor will submit to the Court a pre-trial order containing all of the information required by LBR 7016-2(d), including witnesses whom the parties will call. The Committee will cooperate with the Debtor in creating the pre-trial order and, in particular, in identifying facts to which the parties can stipulate.

16. The hearing on the Pension Motion will take place on February 8, 2010, at 9:00 a.m., Eastern time.

## THE PARTIES' RESPECTIVE POSITIONS REGARDING SCHEDULING

17. The Debtor has rejected the Proposed Schedule without proposing any alternatives.

18. The Committee requests that the Court adopt the Proposed Schedule set forth herein.

## MARTIN'S REQUEST TO BE RELEASED FROM THE PENSION MOTION

19. Rev. Martin has stated that he does not wish to receive the payments that the Debtor is requesting permission to pay in the Pension Motion. The Debtor has indicated that, in light of this request, it might withdraw the request to make payments to Rev. Martin. The Committee requests that the Debtor be required to state definitively whether it is continuing to request permission to make payments to Rev. Martin, despite his request not to receive these

payments. A definitive answer from the Debtor will avoid potentially unnecessary briefing and litigation regarding that request.

| | |
|---|---|
| Dated:    December 29, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Curtis A. Hehn*
Laura Davis Jones (DE Bar No. 2436)
James I. Stang (CA Bar 94435)
Curtis A. Hehn (DE Bar No. 4264)
Pamela E. Singer (CA Bar 224758)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail: ljones@pszjlaw.com
           jstang@pszjlaw.com
           chehn@pszjlaw.com
           psinger@pszjlaw.com

Counsel for Official Committee of Unsecured Creditors