# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| a Delaware Corporation, | ) | |
| | ) | Case No. 09-13560 (CSS) |
| | ) | |
| Debtor. | ) | Related Docket Nos. 137, 188, 202, 290 |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING THE SCHEDULING ORDER RELATING TO MOTION FOR ORDER AUTHORIZING THE DEBTOR (I) TO CONTINUE PROVIDING PENSIONS, SUSTENANCE AND/OR MEDICAL COVERAGE IN THE ORDINARY COURSE TO CERTAIN RETIRED OR REMOVED PRIESTS ACCUSED OF SEXUAL ABUSE; AND (II) TO USE CERTAIN RESTRICTED FUNDS TO PAY PREPETITION PRIEST PENSION OBLIGATIONS

The undersigned hereby certifies:

1. On November 19, 2009, the *Motion for Order Authorizing the Debtor (I) to Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (II) to Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations* [Docket No. 137] (the "Motion") was filed by the captioned debtors and debtors in possession (the "Debtors").

2. On December 15, 2009, the official committee of unsecured creditors in the captioned matter (the "Committee") filed its *Opposition of the Official Committee of Unsecured Creditors to Debtor's Motion for Order Authorizing the Debtor (I) To Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain*

*Retired or Removed Priests Accused of Sexual Abuse; and (II) To Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations* [Docket No. 188].

3. In addition, on December 18, 2009, the Committee filed the *Official Committee of Unsecured Creditors' Motion for an Order (1) Compelling the Production of Documents, (2) Granting Leave to Supplement Opposition, and (3) Continuing January 4, 2010 Hearing Date, All Relating to Motion for Order Authorizing the Debtor (i) to Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (ii) to Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations* [Docket No. 202], which was joined by the State Court Abuse Survivors [Docket No. 290].

4. On January 21, 2010, after a hearing, the Court ruled on this Motion. The Committee agreed to supply a form of order that reflected this ruling. This form of order is attached hereto as **Exhibit A** (the "Order").

*[Remainder of Page Intentionally Left Blank]*

5. The Order has been circulated to the those individuals listed on **Exhibit B** and all comments have been incorporated. Accordingly, by this certification, the undersigned requests entry of the Order.

Dated: January 28, 2010         PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
---
Laura Davis Jones (DE Bar No. 2436)
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Elissa Wagner (CA Bar No. 213589)
Mark M. Billion (DE Bar No. 5263)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail: ljones@pszjlaw.com
    jstang@pszjlaw.com
    kbrown@pszjlaw.com
    chehn@pszjlaw.com
    gbrown@pszjlaw.com
    ewagner@pszjlaw.com
    mbillion@pszjlaw.com

<u>Counsel for the Official Committee of Unsecured Creditors</u>