# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| a Delaware Corporation, | ) | |
| | ) | Case No. 09-13560 (CSS) |
| | ) | |
| Debtor. | ) | Related Docket Nos. 137, 188, 202, 290 |

**SCHEDULING ORDER RELATING TO MOTION FOR ORDER AUTHORIZING THE DEBTOR (I) TO CONTINUE PROVIDING PENSIONS, SUSTENANCE AND/OR MEDICAL COVERAGE IN THE ORDINARY COURSE TO CERTAIN RETIRED OR REMOVED PRIESTS ACCUSED OF SEXUAL ABUSE; AND (II) TO USE CERTAIN RESTRICTED FUNDS TO PAY PREPETITION PRIEST PENSION OBLIGATIONS**

The following schedule shall apply to the *Motion for Order Authorizing the Debtor (I) to Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse; and (II) to Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations* (the "Motion") [Docket No. 137].

**IT IS HEREBY ORDERED** that:

1. The Catholic Diocese of Wilmington, Inc., (the "Debtor") shall immediately deliver all of the documents subject to the (A) *Order Granting in Part and Denying in Part Charles W. Wiggins' Motion for Protective Order from Production and Disclosure of his Personnel File* and (B) *Order Granting in Part and Denying in Part the Official Committee of Unsecured Creditors' Motion for an Order (1) Compelling the Production of Documents, (2) Granting Leave to Supplement Opposition, and (3) Continuing January 4, 2010 Hearing Date,*

*all Relating to Motion for Order Authorizing the Debtor (I) To Continue Providing Pensions, Sustenance and/or Medical Coverage in the Ordinary Course to Certain Retired or Removed Priests Accused of Sexual Abuse, and (II) To Use Certain Restricted Funds to Pay Prepetition Priest Pension Obligations.*

2. By January 21, 2010, at 5 p.m., Eastern time, the Debtor shall deliver to counsel for the Official Committee of Unsecured Creditors (the "Committee") its list of witnesses whom the Debtor intends to present in support of the Motion, subject to supplementation as set forth herein.

3. By January 27, 2010, at 4 p.m., Pacific time, the Committee will file and serve its supplemental opposition and will deliver to the Debtor its list of witnesses whom the Committee intends to present in support of its opposition to the Motion, subject to supplementation as set forth herein.

4. By January 28, 2010, at 4 p.m., Eastern time, the Committee will deliver to counsel for the Debtor the documents relied upon in its supplemental opposition to the Motion.

5. By February 2, 2010, at 4 p.m., Eastern time, the Debtor will file and serve its reply to the Committee's opposition and supplemental opposition to the Motion and deliver to Committee counsel all documents on which it relies in the reply and in the Motion.

6. If a party intends to provide expert testimony, the party shall provide an expert report by February 8, 2010, at 4 p.m. Eastern time. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).

7. All fact discovery shall be completed by February 10, 2010.

8. All expert discovery shall be completed, and discovery shall close, by February 12, 2010.

9. The parties shall exchange all the information required by Local Rule 7016-2(d) by February 13, 2010.

10. By February 17, 2010, at 12 p.m., Eastern time, the Debtor shall file with the Court the Order required by Local Rule 7016-2(d). The Order shall comply in all material respects with the requirements of Local Rule 7016-2(d).

11. Trial on the Motion shall commence February 22, 2010, at 9 a.m., Eastern time.

12. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

Dated: January___, 2010

                                                The Honorable Christopher S. Sontchi
                                                United States Bankruptcy Judge