IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
CATHOLIC DIOCESE OF WILMINGTON, ) Case No. 09-13560 (CSS)
INC., a Delaware Corporation,[1] )
)
Debtor. ) RJ 356

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceeding:

April 6, 2010 at 2:00 p.m.

May 4, 2010 at 11:00 a.m.

June 1, 2010 at 2:00 p.m.

July 8, 2010 at 10:00am

Dated: 3-1 , 2010
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

DB02:8866107.2                                                                  059604.1018