# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, | ) | Case No. 09-13560 (CSS) |
| INC., a Delaware Corporation, | ) | |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 6, 2010 AT 2:00 P.M. (ET)

**WITH PERMISSION OF THE COURT, ALL MATTERS GOING FORWARD HAVE BEEN ADJOURNED TO APRIL 19, 2010 AT 12:00 P.M.**

## CONTESTED MATTERS GOING FORWARD

1. Motion of the Official Committee of Unsecured Creditors for Appointment of Case Mediator [D.I. 354; 2/24/10]

    Related Documents:

    a) Notice of Motion of the Official Committee of Unsecured Creditors for Appointment of Case Mediator [D.I. 364; 3/2/10]

    b) Notice of Filing of Stipulated Order Appointing Mediator [D.I. 393; 3/26/10]

    Objection Deadline: March 30, 2010 at 4:00 p.m.

    Objection/Responses Received:

    c) Debtor's (I) Objection to the Motion of the Official Committee of Unsecured Creditors for Appointment of Case Mediator and (II) Cross-Motion to Appoint the Honorable Kevin Gross to Mediate Property-of-the-Estate Issues [D.I. 383; 3/12/10]

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

[2] **Amended items appear in bold.**

    d)     Opposition of Granite State Insurance Company and Insurance Company of the State of Pennsylvania to (I) the Motion of the Official Committee of Unsecured Creditors for Appointment of Case Mediator; and (II) the Form of the Stipulated Order Appointing Mediator [D.I. 396; 3/30/10]

    e)     Certain Underwriters at Lloyd's, London's (I) Opposition to the Motion of the Official Committee of Unsecured Creditors for Appointment of Case Mediator; and (II) Objection to the Form of the Stipulated Order Appointing Mediator [D.I. 398; 3/30/10]

    f)     Hartford's Limited Objection to the Committee's Motion to Appoint a Case Mediator and to the Stipulated Order Appointing Mediator [D.I. 399; 3/30/10]

    g)     Objection of Various Catholic School Lay Employees to the Proposed Stipulated Order Appointing Mediator [D.I. 401; 3/30/10]

    h)     Joinder of Allianz S.P.A. to Objections to Case Mediator Motion [D.I. 407; 3/31/10]

**Status:**     **This matter has been adjourned to April 19, 2010 at 12:00 p.m.**

2. Application to Retain Morgan, Lewis & Bockius LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors [D.I. 371; 3/4/10]

    Related Documents:     None.

    Objection Deadline:     March 30, 2010 at 4:00 p.m.

    Objection/Responses Received:

    a)     Debtor's Limited Objection to the Application to Retain Morgan, Lewis & Bockius LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors [D.I. 400; 3/30/10]

**Status:**     **This matter has been adjourned to April 19, 2010 at 12:00 p.m.**

Dated: Wilmington, Delaware
      April 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Maris J. Finnegan (No. 5294)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Counsel to the Debtor*

DB02:9460293.1
068902.1001