# SIGN - IN - SHEET

**CASE NAME:** Catholic Diocese of Wilmington
**CASE NO:** 09-13560 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 4/19/10 @ 12:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Curtis Hehn, James Stang *telephonic | PSZJ | Official Committee of Unsecured Creditors |
| Paul Richter | Morgan Lewis Bockius | Morgan Lewis Bockius |
| Leora Curtis | Saul Ewing LLP | Gate State + ICSOP |
| David Klauder | US Trustee | US Trustee |
| William Sullivan | Sullivan Hazeltine Allinson | Oblates of St. Francis de Sales, Capuchins |
| Mark Kenley | Elzufon Austin Reardon Tarlov Mondell | |
| Craig Goldblatt | Wilmer Hale | The Hartford |
| Sally Veghte | Klehr Harrison | " |
| Mike Rock | Manly + Stewart | State Court Counsel for Claimants (Abuse Survivors) |
| Steve Neuberger | The Neuberger Firm | Abuse Survivors |
| Bruce Grohsgal | Pachulski Stang | Committee |
| Anthony Flynn | Young Conaway | DEBTOR |
| Mike Rock | | |
| Steve Neuberger | | |
| Sally Veghte | | |
| John Demmy | Stevens + Lee | Allianz |
| Robert Brady | Young Conaway | Debtor |
| Anthony Flynn | | |
| Richard Riley | Duane Morris | Certain Underwriters at Lloyd's, London |
| Donald Detweiler | Greenberg Traurig | LSY Employees Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.