IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> CATHOLIC DIOCESE OF WILMINGTON, ) <br> INC., a Delaware Corporation, ) <br> ) <br> Debtor.[1] ) <br> ) | Chapter 11 <br><br> Case No. 09-13560 (CSS) |
| ) <br> OFFICIAL COMMITTEE OF UNSECURED ) <br> CREDITORS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATHOLIC DIOCESE OF WILMINGTON, ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) | Adv. Pr. No. 09-52866 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC[2] STATUS CONFERENCE ON APRIL 26, 2010 AT 11:00 A.M. (ET)**

**STATUS CONFERENCE**

1. A status conference in connection with the above-captioned adversary proceeding will be held.

    Related Documents: None.

    Status: This matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

[2] Parties wishing to participate in the telephonic hearing must make arrangements with CourtCall by telephone at (888) 882-6878 or via the internet at www.courtcall.com, within the timeframe set forth in Rule 9013-1(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: Wilmington, Delaware
April 22, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ James L. Patton, Jr.

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Maris J. Finnegan (No. 5294)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Counsel to the Debtor*

2

DB02:9532104.1                                                                                      068902.1001