UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Catholic Diocese of Wilmington, Inc. | : | Case No. 09-13560 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF LAY EMPLOYEES |
| Debtor. | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Lay Employees in connection with the above captioned case:

1. **Andrew J. Daugherty**
2. **Theresa Mattina**
3. **Karen M. Warner**
4. **Mary Kirkwood**
5. **Katrina A. Eichler**

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

 /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: April 30, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253