IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., | ) | Case No. 09-13560 |
| a Delaware Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Objection Deadline: TBD**
**Hearing Date: TBD**

### *NOTICE OF EMERGENCY* MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO HOLD CATHOLIC DIOCESE OF WILMINGTON, INC. AND OTHER PARTIES IN CIVIL CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND MEDIATION ORDER AND REQUEST FOR EXPEDITED CONSIDERATION THEREON

Please take notice that the Official Committee of Unsecured Creditors has filed the attached **Motion of the Official Committee of Unsecured Creditors to Hold Catholic Diocese of Wilmington, Inc. and Other Parties in Civil Contempt for Violation of the Automatic Stay and Mediation Order and Request for Expedited Consideration Thereon** (the "Motion).

The Committee has requested expedited consideration of the Motion and will provide further notice of the date and time of hearing on the Motion and the date and time by which objections shall be due.

[*This Notice continues on the next page.*]

Objections should be filed on the attorneys set forth below at the address set forth below and by email upon James I. Stang at jstang@pszjlaw.com.

The motion may be granted and an order entered without a hearing

Dated this 15th day of June, 2010.

Dated:  June 15, 2010            PACHULSKI STANG ZIEHL & JONES LLP

 /s/ Pamela Egan Singer
Laura Davis Jones (DE Bar No. 2436)
James I. Stang (CA Bar 94435)
Curtis A. Hehn (DE Bar No. 4264)
Pamela Egan Singer (CA Bar 224758)
150 California Street, 15th Floor
San Francisco, California  94111-4500
Telephone: 415/263-7000
Facsimile:  415/263-7010
E-mail:  ljones@pszjlaw.com
          jstang@pszjlaw.com
          chehn@pszjlaw.com
          psinger@pszjlaw.com

Counsel for Official Committee of Unsecured Creditors