IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC., | ) | Case No. 09-13560 |
| a Delaware Corporation, | ) | |
| Debtor. | ) | **Re: Docket No. 514, 534** |
| | ) | |

# ORDER GRANTING MOTION FOR EXPEDITED HEARING REGARDING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO HOLD CATHOLIC DIOCESE OF WILMINGTON, INC. AND OTHER PARTIES IN CIVIL CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND MEDIATION ORDER AND REQUEST FOR <u>EXPEDITED CONSIDERATION THEREON</u>

Upon consideration of the *Emergency Motion of the Official Committee of Unsecured Creditors to Hold Catholic Diocese of Wilmington, Inc. and Other Parties in Civil Contempt for Violation of the Automatic Stay and Mediation and Request for Expedited Consideration Thereon* (the "Motion") filed on June 15, 2010 [Docket No. 534]; the Court finds that service of the Motion and notice of the hearing thereon as set forth herein are deemed adequate and appropriate under the circumstances and in full compliance with applicable provisions of title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; and good cause appearing therefor, it is hereby

ORDERED that the request of the Official Committee of Unsecured Creditors for expedited consideration of the Motion is granted; and it is further

ORDERED that the Motion is set for hearing on June ____, 2010 at __:__ _.m. Eastern Time in Courtroom No. 6, 824 Market Street, 5th Floor, Wilmington, Delaware; and it is further

ORDERED that any and all objections or responses to the Motion shall be filed with the Court and served so as to be received by counsel to the Debtors by no later than ___:____ __.m. on June ___, 2010; and it is further

ORDERED that counsel for the Committee shall provide notice of this Order and its deadlines by email, hand delivery, and/or overnight delivery on all interested parties, including the Contempt Parties (as defined in the Motion) and the U.S. Trustee.

June __, 2010

Christopher S. Sontchi
United States Bankruptcy Judge