IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| | ) | Case No. 09-13560 (CSS) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 534** |

## CERTIFICATE OF SERVICE

I, Pamela E. Singer, hereby certify that on the 28th of January, 2010, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated on the attached service list:

**Notice of Emergency Motion Of The Official Committee Of Unsecured Creditors To Hold Catholic Diocese Of Wilmington, Inc. And Other Parties In Civil Contempt For Violation Of The Automatic Stay And Mediation Order And Request For Expedited Consideration Thereon**

**Emergency Motion Of The Official Committee Of Unsecured Creditors To Hold Catholic Diocese Of Wilmington, Inc. And Other Parties In Civil Contempt For Violation Of The Automatic Stay And Mediation Order And Request For Expedited Consideration Thereon**

_____
Pamela E. Singer (CA Bar No. 224758)

(Counsel for the Official Committee of
Unsecured Creditors)
Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Pouch to Los Angeles**
(Counsel for the Official Committee of
Unsecured Creditors)
James I. Stang, Esquire
Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, CA 90067-*4100

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Unofficial Committee of Abuse
Survivors)
Stephen J. Neuberger, Esquire
Thomas J. Neuberger, Esquire
The Neuberger Firm
Two East 7th Street, Suite 302
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Unofficial Committee of Abuse
Survivors)
Thomas C. Crumplar, Esquire
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
Two East 7th Street
PO Box 1271
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Debtors)
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Maris J. Finnegan, Esquire
Patrick A. Jackson, Esquire
John Dorsey, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, De 19801
Wilmington, De 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Top 20 Creditor)
Patricia Evans
Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890

**Hand Delivery**
(Counsel for Certain Plaintiffs)
Joseph W. Benson, Esquire
Andrew G. Ahern III, Esquire
Joseph W. Benson, P.A.
1701 North Market Street
PO Box 248
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Certain Plaintiffs)
Chipman L. Flowers, Jr., Esquire
The Flowers Counsel Group, LLC
1105 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Certain Plaintiffs)
Bartholomew J. Dalton, Esquire
Dalton & Associates, P.A.
1106 West 10th Street
Wilmington, DE 19806

**Hand Delivery**
(Counsel for The Bank of New York Mellon)
Kathleen A. Murphy, Esquire
Reed SmithLLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Allied Irish Bank)
Frances Gauthier, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Charles W. Wiggins)
John P. Deckers, Esquire
John P. Deckers, P.A.
800 King Street, Suite 303
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Allianz S.p.A.)
John D. Demmy, Esquire
Meghan A. Cashman, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Granite State Insurance Co. and Insurance Co. of the State of PA)
Mark Minuti, Esquire
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Certain Underwriters at Lloyd's London)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Official Committee of Lay Employees)
Donald J. Detweiler, Esquire
Sandra G. M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**Express Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**Overnight Delivery**
(United States Attorney General)
Michael B. Mukasey, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**Overnight Delivery**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**Overnight Delivery**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**Overnight Delivery**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**Overnight Delivery**
(Counsel for The Bank of New York Mellon)
Amy M. Tonti, Esquire
Robert P. Simons, Esquire
Reed Smith LLP
Reed Smith Centre
225 Sixth Avenue
Pittsburgh, PA 15222

**Overnight Delivery**
(Counsel for Allied Irish Bank)
Mark J. Dorval, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

**Overnight Delivery**
(Top 20 Creditor)
(Counsel for Certain Plaintiffs)
Thomas P. Conaty, Esquire
Mark D. Sisk, Esquire
Conaty, Curran & Sisk
220 Continental Drive, Suite 215
Newark, DE 19713

**Overnight Delivery**
(Top 20 Creditor)
(Counsel for Certain Plaintiffs)
Jeffrey R. Anderson, Esquire
Michael Finnegan, Esquire
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101

**Overnight Delivery**
(Counsel for Certain Plaintiffs)
John C. Manly, Esquire
J. Michael Reck, Esquire
Debbie Johnson
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

**Overnight Delivery**
(Committee Member)
Matt Conaty
715 Coverdale Road
Wilmington, DE 19805

**Overnight Delivery**
(Committee Member)
Mary K. Dougherty
102 Pennsylvania Avenue
Claymont, DE 19703

**Overnight Delivery**
(Committee Member)
Bill Heaney
1106 Foulk Road
Wilmington, DE 19803

**Overnight Delivery**
(Committee Member)
Jim Holman
1407 Orchard Way
Bryn Mawr, PA 19010

**Overnight Delivery**
(Committee Member)
Scott Mauchin
211 Deergrass Road
Hockessin, DE 19707

**Overnight Delivery**
(Committee Member)
Jeff Rose
202 Red Fox Court
Middletown, DE 19709

**Overnight Delivery**
(Committee Member)
John Vai
629 E. Hillendale Road
Chadds Ford, PA 19317

**Overnight Delivery**
(Counsel for Francis J. Rogers)
Gerald J. Hager, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

**Overnight Delivery**
(Counsel for Kenneth Martin)
Ronald J. Drescher, Esquire
Drescher & Associates, P.A.
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

**Overnight Delivery**
(Counsel for Allianz S.p.A.)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

**Overnight Delivery**
(Counsel for Certain Underwriters at
Lloyd's London)
Russell W. Roten, Esquire
Jeff D. Kahane, Esquire
Duane Morris LLP
633 West Fifth Street, Suite 4600
Los Angeles, CA 90071

**Overnight Delivery**
(Fee Examiner)
John L. Decker, Esquire
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63304

**BY EMAIL:**

Anthony Flynn: 'aflynn@ycst.com';
William Gamgort: 'wgamgort@ycst.com';
James L. Patton, Jr.: 'jpatton@ycst.com';
Robert S. Brady: 'rbrady@ycst.com';
Maris J. Finnegan: 'mfinnegan@ycst.com';
Patrick A. Jackson: 'pjackson@ycst.com';
John Dorsey: 'jdorsey@ycst.com';
David Klauder: 'David.klauder@usdoj.gov';
Stephen J. Neuberger, 'SJN@NeubergerLaw.com'
Thomas J. Neuberger: 'TSN@NeubergerLaw.com';
Thomas C. Crumplar: 'Tom@JCDELaw.com';
Robert Jacobs: 'Bob@JCDELaw.com';
Mark Reardon: 'mreardon@elzufon.com'; Penelope
O'Connell: 'poconnell@elzufon.com'

18482-002\DOCS_SF:72613.1