IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, | ) | Case No. 09-13560 (CSS) |
| INC., a Delaware Corporation,[1] | ) | |
| | ) | Ref. Docket No. 518 |
| Debtor. | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceeding:

August 30, 2010 at 2:00 p.m.

September 24, 2010 at 11:30 a.m.

October 21, 2010 at 1:00 p.m.

November 16, 2010 at 10:30am

Dated: 7-14, 2010
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

YCST01:8866107.3                                                                                          059604.1018