# EXHIBIT 1

## List of Parish Co-Defendant
## Cases and Non-Debtor Insurance Case to be Stayed

| Case | C.A. No. |
|---|---|
| | |
| *John Roe #1 v. Catholic Diocese of Wilmington, Inc. and St. Ann's Roman Catholic Church* | 08C-07-239 (CLS) |
| *Joseph Curry v. Catholic Diocese of Wilmington, Inc. and St. Dennis' Roman Catholic Church* | 08C-08-043 (CLS) |
| *Duane Hardy v. Catholic Diocese of Wilmington, Inc, St. Paul's Roman Catholic Church and Our Mother of Sorrows Roman Catholic Church* | 09C-05-018 (CLS) |
| *John Roe #3 v. Catholic Diocese of Wilmington, Inc., St. Ann's Roman Catholic Church and St. Paul's Roman Catholic Church* | 09C-04-285 (CLS) |
| *John Roe #4 v. Catholic Diocese of Wilmington, Inc. and Our Mother of Sorrows Roman Catholic Church* | 09C-05-042 (CLS) |
| *Edward Schofield v. Catholic Diocese of Wilmington, Inc. and St. Ann's Roman Catholic Church* | 09C-07-070 (CLS) |
| | |
| *John Doe #1 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church, and Francis G. DeLuca* | 08C-05-040 (JTV) |
| *John Doe #2 v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and Francis G. DeLuca* | 08C-06-017 (JTV) |
| *John Doe #3 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 08C-06-033 (JTV) |
| *Michael Sowden v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 08C-06-054 (JTV) |
| *Michael Schulte v. Catholic Diocese of Wilmington; Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 08C-07-017 (JTV) |
| *John Vai v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and Francis G. DeLuca* | 08C-06-044 (JTV) |
| *John Doe #4 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca* | 08C-10-028 (JTV) |
| *John Doe #5 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-04-037 (JTV) |
| *John Doe #6 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-04-035 (JTV) |
| *Michael Ward v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-04-039 (JTV) |
| *John Doe #8 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca* | 09C-05-008 (JTV) |
| *John Doe #9 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca* | 09C-05-009 (JTV) |
| *John Doe #10 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved* | 09C-05-010 (JTV) |

| | |
|---|---|
| Roman Catholic Church and Francis G. DeLuca | |
| John Doe #12 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca | 09C-06-002 (JTV) |
| John Doe #11 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca | 09C-06-031 (JTV) |
| John Doe #14 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Francis G. DeLuca | 09C-06-046 (JTV) |
| John Doe #16 v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church and Francis G. DeLuca | 09C-06-071 (JTV) |
| | |
| Mary Dougherty v. Catholic Diocese of Wilmington, Inc. and Holy Rosary Roman Catholic Church | S08C-08-026 (THG) |
| David Dixon v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church | S08C-08-039 (THG) |
| Raymond Donahue v. Catholic Diocese of Wilmington, Inc. and St. Thomas the Apostle Roman Catholic Church | S08C-09-007 (THG) |
| John Poe #1 v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church | S08C-09-016 (THG) |
| Jane Poe #1 v. Catholic Diocese of Wilmington, Inc. and Holy Rosary Roman Catholic Church | S09C-05-011 (THG) |
| John Poe #2 v. Catholic Diocese of Wilmington, Inc. and Holy Cross Roman Catholic Church | S09C-05-016 (THG) |
| John Poe #3 v. Catholic Diocese of Wilmington, Inc. and Immaculate Conception Roman Catholic Church | S09C-05-019 (THG) |
| John Poe #4 v. Catholic Diocese of Wilmington, Inc., St. Edmond's Roman Catholic Church and St. Mary Refuge of Sinners Roman Catholic Church | S09C-06-001 (THG) |
| John Poe #6 v. Catholic Diocese of Wilmington, Inc., Holy Rosary Roman Catholic Church, St. Thomas the Apostle Roman Catholic Church, St. Francis de Sales Roman Catholic Church, St. Michael the Archangel, St. Edmond Roman Catholic Church and St. Mary Refuge of Sinners Roman Catholic Church | S09C-06-020 (THG) |
| John Poe #8 v. Catholic Diocese of Wilmington, Inc. and St. Thomas the Apostle Roman Catholic Church | S09C-06-045 (THG) |
| Jane Poe #2 and John Poe #9 v. Catholic Diocese of Wilmington, Inc., Holy Rosary Roman Catholic Church and St. Thomas the Apostle Roman Catholic Church | S09C-07-009 (THG) |
| | |
| Edward Banks v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church | 08C-09-045 (WLW) |
| William Fleming v. Catholic Diocese of Wilmington, Inc. and St. Helena Roman Catholic Church | 08C-09-046 (WLW) |

| | |
|---|---|
| *John MM Doe v. Catholic Diocese of Wilmington, Inc. and Immaculate Conception Roman Catholic Church* | 09C-06-135 (WLW) |
| *Paul Quinn v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 08C-10-046 (CLS) |
| *Jane Coe #1 v. Catholic Diocese of Wilmington, Inc. and St. Mary of the Immaculate Conception Roman Catholic Church* | 08C-10-121 (CLS) |
| *John Coe #1 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 08C-10-172 (CLS) |
| *John Coe #2 and John Coe #3 v. Catholic Diocese of Wilmington, Inc. and Holy Cross Roman Catholic Church* | 08C-12-184 (CLS) |
| *John Coe #4 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 09C-05-152 (CLS) |
| *Jane Coe #2 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 09C-05-160 (CLS) |
| *John Coe #5 v. Catholic Diocese of Wilmington, Inc. and St. Peter the Apostle Roman Catholic Church* | 09C-05-172 (CLS) |
| *John Coe #6 v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 09C-05-195 (CLS) |
| *John Coe #7 v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 09C-05-237 (CLS) |
| *Robert Kohr v. Catholic Diocese of Wilmington, Inc. and St. Joseph Roman Catholic Church* | 08C-10-300 (WCC) |
| *John Noe #1 v. Catholic Diocese of Wilmington, Inc. and St. Elizabeth's Roman Catholic Church* | 09C-06-007 (RBY) |
| *John DP Doe v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and St. Elizabeth's School* | 09C-06-309 (WCC) |
| *John AJ Doe v. Catholic Diocese of Wilmington, Inc., St. Elizabeth's Roman Catholic Church and St. Elizabeth's School* | 09C-07-083 (WCC) |
| *Est. of Kevin Heaney v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church and Edward F. Dudzinski* | 08C-11-097 (CLS) |
| *John Moe #1 & John Moe #2 v. Catholic Diocese of Wilmington, Inc. and Edward F. Dudzinski* | 09C-05-010 (CLS) |
| *John Moe #3 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church and Edward F. Dudzinski* | 09C-05-141 (CLS) |
| *John Moe #4 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church, St. Francis de Sales Roman Catholic Church and Edward F. Dudzinski* | 09C-06-020 (CLS) |
| *John Moe #5 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church and Edward F. Dudzinski* | 09C-06-111 (CLS) |

| | |
|---|---|
| *John Loe #1 v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | 09C-01-030 (CLS) |
| *John Loe #2 v. Catholic Diocese of Wilmington, Inc. and St. Catherine of Siena Roman Catholic Church* | 09C-05-224 (CLS) |
| *John Loe #3 v. Catholic Diocese of Wilmington, Inc. and St. Francis de Sales Roman Catholic Church* | 09C-06-138 (CLS) |
| *John Loe #5 v. Catholic Diocese of Wilmington, Inc. and St. Catherine of Siena Roman Catholic Church* | 09C-06-256 (CLS) |
| *Patrick Nagle v. Catholic Diocese of Wilmington, Inc. and St. Elizabeth Roman Catholic Church* | 09C-06-284 (CLS) |
| *John Loe #6 v. Catholic Diocese of Wilmington, Inc. and St. Elizabeth Roman Catholic Church* | 09C-06-304 (CLS) |
| *John Woe #1 v. Catholic Diocese of Wilmington, Inc. and Our Lady of Fatima Roman Catholic Church* | 09C-05-004 (JTV) |
| *John Zoe #1 v. Catholic Diocese of Wilmington, Inc. and St. Joseph's on the Brandywine Roman Catholic Church* | 09C-06-033 (CLS) |
| *John Quoe #1 v. Catholic Diocese of Wilmington, Inc. and Christ Our King Roman Catholic Church* | 09C-06-140 (CLS) |
| *John Joseph Adams v. Catholic Diocese of Wilmington, Inc., St. John the Baptist- Holy Angels Parish and Holy Angels Educational Foundation, Inc.* | 09C-06-279 (CLS) |
| *John Toe #1 v. Catholic Diocese of Wilmington, Inc. and St. Ann's Roman Catholic Church* | 09C-06-136 (CLS) |
| *John Yoe #1 v. Catholic Diocese of Wilmington, Inc., St. Matthew's Roman Catholic Church and Rev. James Edward Richardson* | 09C-06-188 (CLS) |
| *Jane Soe #1 and Est. of John Soe #1 v. Catholic Diocese of Wilmington, Inc., Immaculate Heart of Mary Roman Catholic Church and Francis J. Rogers* | 09C-06-199 (CLS) |
| *Jane Cloe #1 v. Catholic Diocese of Wilmington, Inc. and Corpus Christi Roman Catholic Church* | 09C-06-253 (CLS) |
| *John Koe #1 v. Catholic Diocese of Wilmington, Inc., St. John- Holy Angels Roman Catholic Church and Rev. Joseph A. McGovern* | 09C-06-070 (JTV) |

| | |
|---|---|
| *John Joe #1 and John Joe #2 v. Catholic Diocese of Wilmington, Inc., Holy Cross Roman Catholic Church and Rev. Harry P. Weaver* | 09C-06-072 (RBY) |
| *John Moe #7 v. Catholic Diocese of Wilmington, Inc., St. Mary Magdalen Roman Catholic Church, Edward F. Dudzinski, Oblates of St. Francis de Sales, Oblates of St. Francis de Sales Inc., Salesianum School Inc., Rev. James J. Greenfield, Rev. Dennis W. Killion and Rev. John A. Gilvey* | 09C-06-191 (CLS) |
| *Est. of Stephen Kopalchick v. Catholic Diocese of Wilmington, Inc. and St. John the Beloved Roman Catholic Church, St. Francis de Sales Roman Catholic Church, St. Catherine of Siena Roman Catholic Church and Francis G. DeLuca* | 09-466 (SLR) |
| *John GJ Doe v. Catholic Diocese of Wilmington, Inc., St. John the Beloved Roman Catholic Church, Capuchin Franciscan Friars Province of the Sacred Stigmata of St. Francis and Rev. Paul L. Daleo* | 08C-11-175 (WCC) |
| *John LC Doe v. Catholic Diocese of Wilmington, Inc., Capuchin Franciscan Friars Province of the Sacred Stigmata of St. Francis, the Capuchin Franciscan Friars, Brother Mauro Johri, St. John the Beloved School, St. John the Beloved Roman Catholic Church and Rev. Paul L. Daleo* | 09C-06-209 (WCC) |
| *Barry Lamb v. St. Mary Magdalen Roman Catholic Church and St. Francis de Sales Roman Catholic Church* | 09C-06-187 (CLS) |

YCST01:10015020.3    068902.1001