# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, | ) | Case No. 09-13560 (CSS) |
| INC., a Delaware Corporation, | ) | |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 3, 2010 AT 9:30 A.M. (ET)

**CONTESTED MATTERS GOING FORWARD**

1.  Debtor's Motion for Order Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 582; 7/14/10]

    Related Documents:           None.

    Objection Deadline:          July 28, 2010 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a)  Objection [of the Committee] to Debtor's Motion for Order Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 601; 7/26/10]

    b)  Joinder of the Unofficial Committee of 91 State Court Abuse Survivors in the Objection to Debtor's Motion for Order Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 602; 7/26/10]

    Status:    This matter will be going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

2.  Debtor's Motion for an Order Under Sections 105(a) and 362 of the Bankruptcy Code Renewing the Existing Extension of the Automatic Stay to the Parishes to Prevent the Continuation of the Parish Co-Defendant Cases and the Non-Debtor Insurance Case [D.I. 604; 7/28/10]

    Related Documents:

    a)  Certain Underwriters at Lloyd's, London's Limited Joinder to the Debtor's Motion for an Order Under Sections 105(a) and 362 of the Bankruptcy Code Renewing the Existing Extension of the Automatic Stay to the Parishes to Prevent the Continuation of the Parish Co-Defendant Cases and the Non-Debtor Insurance Case [D.I. 621; 8/5/10]

    b)  Order Granting in Part and Denying in Part Debtor's Motion for an Order Under Sections 105(a) and 362 of the Bankruptcy Code Renewing the Existing Extension of the Automatic Stay to the Parishes to Prevent the Continuation of the Parish Co-Defendant Cases and the Non-Debtor Insurance Case [D.I. 717; 8/30/10]

    Objection Deadline: August 5, 2010 at 4:00 p.m.

    Objections/Responses Received:

    c)  Defendants and the Abuse Survivors' Response in Opposition to the Debtor's Motion to Extend the Bankruptcy Stay (D.I. 604) [D.I. 620; 8/5/10]

    d)  The Official Committee of Unsecured Creditors' Opposition to Debtor's Motion for an Order Under Sections 105(a) and 362 of the Bankruptcy Code Renewing the Existing Extension of the Automatic Stay to the Parishes to Prevent the Continuation of the Parish Co-Defendant Cases and the Non-Debtor Insurance Case [D.I. 623; 8/5/10]

    e)  Debtor's Reply in Support of its Motion for an Order Under Sections 105(a) and 362 of the Bankruptcy Code Renewing the Existing Extension of the Automatic Stay to the Parishes to Prevent the Continuation of the Parish Co-Defendant Cases and the Non-Debtor Insurance Case [D.I. 635; 8/9/10]

    Status: This matter will be going forward to consider whether a further extension of the stay to the other non-debtor cases and Ms. Dougherty is appropriate.

3.  Second Order Assigning Matter to Mediators [D.I. 514; 6/1/10]

    Status: This matter will be going forward to consider whether the general stay of the bankruptcy stay should be lifted.

4. Joinder and Motion of the Cathedral of St. Peter Roman Catholic Church, Pursuant to Sections 105(a), 362 and 363 of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay and Authorizing the Debtor to Make a Limited Distribution from the Pooled Investment Account [D.I. 627; 8/6/10]

    Related Documents:

    a) Notice of Hearing [D.I. 687; 8/18/10]

    b) Reply of the Cathedral of St. Peter Roman Catholic Church in Support of Its Joinder and Motion, Pursuant to Sections 105(a), 362 and 363 of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay and Authorizing the Debtor to Make a Limited Distribution from the Pooled Investment Account [D.I. 718; 8/31/10]

    Objection Deadline: August 27, 2010 at 4:00 p.m. (ET)

    Objections/Responses Received:

    c) Official Committee of Unsecured Creditors' Limited Objection to the Joinder and Motion of the Cathedral of St. Peter Roman Catholic Church, Pursuant to Sections 105(a), 362 and 363 of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay and Authorizing the Debtor to Make a Limited Distribution from the Pooled Investment Account [D.I. 710; 8/27/10]

    Status: This matter will be going forward.

**MATTER REQUESTED TO GO FORWARD**

5. The Official Committee of Unsecured Creditors' Motion to File Unde Seal <u>Exhibit B</u> to: the Official Committee of Unsecured Creditors' Limited Objection to the Joinder and Motion of the Cathedral of St. Peter Roman Catholic Church, Pursuant to Sections 105(a), 362 and 363 of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay and Authorizing the Debtor to Make a Limited Distribution from the Pooled Investment Account [D.I. 711; 8/27/10]

    Related Documents:

    a) Motion to Fix Hearing Date and Shorten Time to Object to the Official Committee of Unsecured Creditors' Motion to File Unde Seal <u>Exhibit B</u> to: the Official Committee of Unsecured Creditors' Limited Objection to the Joinder and Motion of the Cathedral of St. Peter Roman Catholic Church, Pursuant to Sections 105(a), 362 and 363 of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay and Authorizing the Debtor to Make a Limited Distribution from the Pooled Investment Account [D.I. 712; 8/27/10]

3

Objection Deadline: At the hearing (requested).

Objections/Responses Received: None to date.

Status: The movant has requested that this matter go forward. This matter will go forward at the discretion of the Court.

Dated: Wilmington, Delaware
September 1, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Maris J. Finnegan (No. 5294)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Counsel to the Debtor*