IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CATHOLIC DIOCESE OF WILMINGTON, ) | |
| INC., a Delaware Corporation,[1] ) | Case No. 09-13560 (CSS) |
| ) | |
| Debtor. ) | |
| ) | Ref. Nos. 1321 and 1322 |

# NOTICE OF FILING OF BLACKLINED VERSIONS OF (I) SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF CATHOLIC DIOCESE OF WILMINGTON, INC. AND (II) DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE WITH RESPECT TO THE SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF CATHOLIC DIOCESE OF WILMINGTON, INC.

PLEASE TAKE NOTICE that, on September 30, 2010, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 787] (as amended November 1, 2010 [D.I. 862], the "Plan"), and contemporaneously therewith filed the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 788] (as amended November 1, 2010 [D.I. 863], the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, on January 10, 2011, the Debtor filed the *Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 1054] (the "Amended Plan"), and contemporaneously therewith filed the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 1055] (the "Amended Disclosure Statement").

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

PLEASE TAKE FURTHER NOTICE that, on April 19, 2011, the Debtor filed the *Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 1239] (the "Second Amended Plan"), and contemporaneously therewith filed the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 1240] (the "Second Amended Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, on May 23, 2011, the Debtor filed the *Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 1321] (the "Modified Second Amended Plan"), and contemporaneously therewith filed the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [D.I. 1322] (the "Modified Second Amended Disclosure Statement"), both of which contained changes requested by parties in interest and/or the Bankruptcy Court in connection with the May 16 and May 20, 2011, hearings regarding approval of the Second Amended Disclosure Statement. Attached hereto as Exhibit A[2] is a blackline of the Modified Second Amended Plan indicating changes made to the Second Amended Plan. Attached hereto as Exhibit B[3] is a blackline of the Modified Second Amended Disclosure Statement reflecting changes made to the Second Amended Disclosure Statement.

---

[2] The attached redline only contains the changed exhibits; any exhibit that was unchanged from the last filed version is excluded.

[3] *See, supra,* n. 2.

Dated: May 23, 2011
Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Maris J. Finnegan (No. 5294)
Patrick A. Jackson (No. 4976)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtor and Debtor in Possession*