IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| | ) | Case No. 09-13560 (CSS) |
| DEBTOR. | ) | Re Docket No. 1321, 1365 & 1369 |

## NOTICE OF FILING OF SECOND AMENDED SETTLEMENT TRUST DISTRIBUTION PROCEDURES

On June 24, 2011, the Official Committee of Unsecured Creditors (the "Committee") filed a *Notice of Filing of Amended Settlement Trust Distribution Procedures [Docket No. 1369]* (the "Notice"), pursuant to which certain amendments were made to the Settlement Trust Distribution Procedures (the "Procedures"). The Committee filed the Procedures as a Supplemental Plan Document pursuant to section 6.5 of the *Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [Docket No. 1321]. (the "Plan").[1]

*[Remainder of Page Intentionally Left Blank]*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

18482-001\DOCS_DE:170970.3

Subsequent to the filing of the Notice, certain amendments were made to Exhibit 1.6.1 of the Procedures. Attached hereto as <u>Exhibit A</u> is a complete copy of the Amended Settlement Trust Distribution Procedures (the "Amended Procedures"), which includes all of the exhibits thereto, including revised Exhibit 1.6.1. A blackline copy of revised Exhibit 1.6.1 is attached hereto as <u>Exhibit B</u>.

Dated: June 28, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
James I. Stang (CA Bar 94435)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

Counsel for the Official Committee of Unsecured Creditors

18482-001\DOCS_DE:170970.3