# **EXHIBIT B**

## CATHOLIC DIOCESE OF WILMINGTON
## CHART OF ABUSE CLAIMS
## NEUBERGER FIRM; JACOBS & CRUMPLAR; JOSEPH W. BENSON; VOSS & JOHNSON

|  | Claim No. | Attorney |
|---|---|---|
| 1. | 1 | Joseph W. Benson<br>Joseph W. Benson, P.A.<br>1701 N. Market St.., P.O. Box 248<br>Wilmington, E 19899<br>302-656-8811<br>jbenson@jwbpa.com |
| 2. | 3 | Neuberger Firm<br>2 East Seventh Street, Suite 302,<br>Wilmington, DE 19801-3707<br>302-655-0582<br>tsn@neubergerlaw.com<br>and<br>Jacobs & Crumplar<br>Two East Seventh Street, Ste 400,<br>Wilmington, DE 19801 ("N") |
| 3. | 4 | N |
| 4. | 5 | N |
| 5. | 6 | N |
| 6. | 8 | N |
| 7. | 9 | N |
| 8. | 11 | N |
| 9. | 12 | N |
| 10. | 13 | N |
| 11. | 14 | N |
| 12. | 15 | N |
| 13. | 16 | N |
| 14. | 17 | N |

EXHIBIT 1.6.1

|     | **Claim No.** | **Attorney** |
|-----|-----|-----|
| 15. | 18 | N |
| 16. | 19 | N |
| 17. | 21 | N |
| 18. | 22 | N |
| 19. | 23 | N |
| 20. | 24 | N |
| 21. | 25 | N |
| 22. | 26 | N |
| 23. | 27 | N |
| 24. | 28 | N |
| 25. | 29 | N |
| 26. | 30 | N |
| 27. | 31 | N |
| 28. | 32 | N |
| 29. | 33 | N |
| 30. | 34 | N |
| 31. | 35 | N |
| 32. | 36 | N |
| 33. | 37 | N |
| 34. | 38 | N |
| 35. | 39 | N |
| 36. | 40 | N |
| 37. | 41 | N |

|     | Claim No. | Attorney |
|-----|-----------|----------|
| 38. | 42 | N |
| 39. | 43 | N |
| 40. | 44 | N |
| 41. | 45 | N |
| 42. | 46 | N |
| 43. | 47 | N |
| 44. | 48 | N |
| 45. | 49 | N |
| 46. | 50 | N |
| 47. | 51 | N |
| 48. | 52 | N |
| 49. | 53 | N |
| 50. | 54 | N |
| 51. | 55 | N |
| 52. | 56 | N |
| 53. | 57 | N |
| 54. | 58 | N |
| 55. | 59 | N |
| 56. | 60 | N |
| 57. | 61 | N |
| 58. | 62 | N |
| 59. | 63 | N |
| 60. | 64 | N |

|     | Claim No. | Attorney |
| --- | --- | --- |
| 61. | 65 | N |
| 62. | 66 | N |
| 63. | 67 | N |
| 64. | 68 | N |
| 65. | 69 | N |
| 66. | 72 | N |
| 67. | 73 | N |
| 68. | 74 | N |
| 69. | 75 | N |
| 70. | 76 | N |
| 71. | 77 | N |
| 72. | 78 | N |
| 73. | 80 | N |
| 74. | 81 | N |
| 75. | 82 | N |
| 76. | 83 | N |
| 77. | 84 | N |
| 78. | 85 | N |
| 79. | 86 | N |
| 80. | 87 | N |
| 81. | 88 | N |
| 82. | 89 | N |
| 83. | 90 | N |

|  | Claim No. | Attorney |
|---|---|---|
| 84. | 135 | N |
| 85. | 136 | N |
| 86. | 137 | N |
| 87. | 138 | N |
| 88. | 09C-06-187 | N |
| 89. | John Goe #1 C.A.No. 09C-06-063 | N |
| 90. | John Loe #4 C.A.No. 09C-06-189 | N |
| 91. | John Poe #7 | N |
| 92. | 07C-11-234 | N |