IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| A DELAWARE CORPORATION | ) | |
| | ) | Case No. 09-13560 (CSS) |
| Debtor. | ) | |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for the Official Committee of Unsecured Creditors in the above-captioned action, and that on the 28th day of June, 2011 she caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated:

**NOTICE OF FILING OF SECOND AMENDED SETTLEMENT TRUST DISTRIBUTION PROCEDURES**

_/s/ Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and Subscribed before
me this 28th day of June, 2011

_/s/ Notary_
Notary Public
Commission Exp.: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 10, 2012

Catholic Diocese of Wilmington, Inc. **2002
Service List**
Case No. 09-13560(CSS)
Document No. 154070
24 – Hand Delivery
01 – Interoffice Mail
26 – First Class Mail


(Counsel for the Official Committee of
Unsecured Creditors)
Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Interoffice Pouch to Los Angeles**
(Counsel for the Official Committee of
Unsecured Creditors)
James I. Stang, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, CA  90067-*4100

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Unofficial Committee of Abuse
Survivors)
Stephen J. Neuberger, Esquire
Thomas J. Neuberger, Esquire
The Neuberger Firm
Two East 7th Street, Suite 302
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Unofficial Committee of Abuse
Survivors)
Thomas C. Crumplar, Esquire
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
Two East 7th Street
PO Box 1271
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Debtors)
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Maris J. Finnegan, Esquire
Patrick A. Jackson, Esquire
John Dorsey, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, De  19801

**Hand Delivery**
(
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 E. 8th Street, Suite 400
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

Case 09-13560-CSS   Doc 1372-3   Filed 06/28/11   Page 3 of 6

**Hand Delivery**
Patricia A. Evans
Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890

**Hand Delivery**
(Counsel for Certain Plaintiffs)
Joseph W. Benson, Esquire
Andrew G. Ahern III, Esquire
Joseph W. Benson, P.A.
1701 North Market Street
PO Box 248
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Certain Plaintiffs)
Chipman L. Flowers, Jr., Esquire
The Flowers Counsel Group, LLC
1105 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Certain Plaintiffs)
Bartholomew J. Dalton, Esquire
Dalton & Associates, P.A.
1106 West 10th Street
Wilmington, DE 19806

**Hand Delivery**
(Counsel for The Bank of New York Mellon)
Kathleen A. Murphy, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Allied Irish Bank)
Frances Gauthier, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Charles W. Wiggins)
John P. Deckers, Esquire
John P. Deckers, P.A.
800 King Street, Suite 303
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Allianz S.p.A.)
John D. Demmy, Esquire
Meghan A. Cashman, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Granite State Insurance Co. and Insurance Co. of the State of PA)
Mark Minuti, Esquire
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Certain Underwriters at Lloyd's London)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
(Counsel for National Casualty Insurance Co; Scottsdale Insurance Co.)
Carl N. Kunz, III, Esquire
Eric J. Monzo, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Pooled Investment Participants)
Stephen E. Jenkins, Esquire
Phjilip Trainer, Jr., Esquire
Toni-Ann Platia, Esquire
Stacy L. Newman, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899

**Hand Delivery**
(Counsel for St. Matthews and St. Elizabeth (John Doe #4, John Vai, John Doe #2))
Mark L. Reardon, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
PO Box 1630
Wilmington, DE  19899

**Hand Delivery**
(Counsel for St. John the Beloved (John Doe #1, John Doe #3, Michael Sowden, Michael Schulte))
Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
PO Box 8888
Wilmington DE  19899

**Hand Delivery**
(Counsel for DeLuca)
Stephen Casarino, Esquire
Casarino Christmant & Shalk, P.A.
405 North King Street, Suite 300
PO Box 1276
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Michael and Ann Marie Jordon)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Official Committee of Lay Employees)
Donald J. Detweiler, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE  19801

**First Class Mail**
(United States Attorney General)
Michael B. Mukasey, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
District Director, Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel for The Bank of New York Mellon)
Amy M. Tonti, Esquire
Robert P. Simons, Esquire
Reed Smith LLP
Reed Smith Centre
225 Sixth Avenue
Pittsburgh, PA 15222

**First Class Mail**
(Counsel for Allied Irish Bank)
Mark J. Dorval, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Certain Plaintiffs)
Thomas P. Conaty, Esquire
Mark D. Sisk, Esquire
Conaty, Curran & Sisk
220 Continental Drive, Suite 215
Newark, DE 19713

**First Class Mail**
(Counsel for Certain Plaintiffs)
Jeffrey R. Anderson, Esquire
Michael Finnegan, Esquire
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101

**First Class Mail**
(Counsel for Certain Plaintiffs)
John C. Manly, Esquire
J. Michael Reck, Esquire
Debbie Johnson
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

**First Class Mail**
(Committee Member)
Matt Conaty
715 Coverdale Road
Wilmington, DE 19805

**First Class Mail**
(Committee Member)
Mary K. Dougherty
102 Pennsylvania Avenue
Claymont, DE 19703

**First Class Mail**
(Committee Member)
Bill Heaney
1106 Foulk Road
Wilmington, DE 19803

**First Class Mail**
(Committee Member)
Jim Holman
1407 Orchard Way
Bryn Mawr, PA 19010

**First Class Mail**
(Committee Member)
Scott Mauchin
211 Deergrass Road
Hockessin, DE 19707

**First Class Mail**
(Committee Member)
Jeff Rose
202 Red Fox Court
Middletown, DE 19709

**First Class Mail**
(Committee Member)
John Vai
629 E. Hillendale Road
Chadds Ford, PA 19317

**First Class Mail**
(Counsel for Francis J. Rogers)
Gerald J. Hager, Esquire
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

**First Class Mail**
(Counsel for Kenneth Martin)
Ronald J. Drescher, Esquire
Drescher & Associates, P.A.
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

**First Class Mail**
(Counsel for Allianz S.p.A.)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Certain Underwriters at Lloyd's London)
Russell W. Roten, Esquire
Jeff D. Kahane, Esquire
Duane Morris LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450

**First Class Mail**
(Fee Examiner)
John L. Decker, Esquire
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

**First Class Mail**
(Counsel for National Casualty Insurance Co; Scottsdale Insurance Co.)
Christine Sheridan Celia, Esquire
John P. Morgenstern, Esquire
Deasey Mahoney Valentini & North Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103

**First Class Mail**
(Counsel for St. Polycarp Roman Catholic Church)
John C. Andrade, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
PO Box 598
Dover, De 19903

**First Class Mail**
(Counsel to Charles M. Forman, Chapter 7 Trustee for an abuse survivor claimant)
Robert H. Johnson, Esquire
Forman Holt Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652