IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| | ) | Case No. 09-13560 (CSS) |
| DEBTOR. | ) | **Related to Docket No. 1321** |

**COMMENTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING CONFIRMATION OF THE SECOND AMENDED PLAN OF <u>REORGANIZATION OF CATHOLIC DIOCESE OF WILMINGTON</u>**

The Official Committee of Unsecured Creditors (the "Committee") submits the following comments on the *Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [Docket No. 1321] (the "Plan").

The Committee and the Catholic Diocese of Wilmington, Inc. (the "Debtor") have reached agreement on the Committee's contemplated objections to confirmation of the Plan. This agreement will be the subject of revisions to the Plan which the Committee understands the Debtor is undertaking to make. These revisions may be incorporated in the Plan without requiring additional disclosure or resolicitation of creditors.

Nonetheless, the Committee is deeply offended by the Plan's treatment of the Clergy Pension Claims or Other Unsecured Claims asserted by anyone who is responsible for Abuse. Under the Plan, a person responsible for the sexual abuse of children will enjoy the full benefits of a claim for pensions, sustenance and/or medical coverage, even those people who the Debtor admits are admitted, substantiated or credibly accused abusers. These people have destroyed the lives of countless men and women. The Debtor's willingness to commit funds to such people flies in the face of its professed desire to promote healing and reconciliation for the

18482-002\DOCS_DE:171152.1

abused. This issue is not about money – it is about accountability and responsibility. The Debtor's "fresh start" is sullied by its renewed commitments to these abusers.

Dated: June 30, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
James I. Stang (CA Bar 94435)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

Counsel for the Official Committee of Unsecured Creditors

18482-002\DOCS_DE:171152.1