IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CATHOLIC DIOCESE OF WILMINGTON, INC. | ) | |
| | ) | Case No. 09-13560 (CSS) |
| DEBTOR. | ) | **Related to Docket No. 1321** |

## COMMENTS OF PACHULSKI STANG ZIEHL & JONES LLP, AND MORGAN, LEWIS & BOCKIUS LLP REGARDING CONFIRMATION OF THE SECOND AMENDED PLAN OF REORGANIZATION OF CATHOLIC DIOCESE OF WILMINGTON

Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Morgan, Lewis & Bockius LLP ("MLB" and collectively with PSZJ, the "Firms") submit the following comments on the *Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.* [Docket No. 1321] (the "Plan"). The Catholic Diocese of Wilmington, Inc. (the "Debtor") is not current on making the outstanding payments that are due and owing to the Firms pursuant to the terms of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*[Remainder of Page Intentionally Left Blank]*

18482-002\DOCS_DE:171153.1

*for Professionals* [Docket No. 104].

Dated: June 30, 2011

                                                      PACHULSKI STANG ZIEHL & JONES LLP

                                                      */s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
James I. Stang (CA Bar 94435)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

Counsel for the Official Committee of Unsecured Creditors