# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE  
RAEANN WARNER, ESQUIRE

WWW.NEUBERGERLAW.COM  
EMAIL: INFO@NEUBERGERLAW.COM

PHONE: (302) 655-0582  
FAX: (302) 655-9329

July 25, 2011            <u>**Via CM/ECF**</u>

The Honorable Christopher S. Sontchi  
United States Bankruptcy Court for the District of Delaware  
824 North Market Street  
Wilmington, DE 19801

**RE:**     <u>In re: Catholic Diocese of Wilmington</u>, Case No. 09-13560 (CSS)  
        **<u>Response to the Court's Letter Regarding Mr. Curry</u>**

Dear Judge Sontchi,

      I write in response to the Court's July 22, 2011 letter of inquiry in reference to Joseph Curry's letter to the Court.

      First, contrary to Mr. Curry's letter, The Neuberger Firm has not represented Mr. Curry since July 31, 2009. If the Court requires further explanation, I would be happy to provide such documentation to the Court for *in camera* review.

      Second, it is undersigned counsel's understanding that applying long established principles of both actual and apparent authority, Mr. Curry's objections were settled and resolved prior to any dismissal of his most recent counsel. Accordingly, provided Mr. Curry is held to the agreement, undersigned counsel does not believe granting Mr. Curry's request would have any impact on the ongoing proceedings.

Respectfully Submitted,

/s/ Stephen J. Neuberger

Attorney for Unofficial Committee of State Court Abuse Survivors

cc:     All Counsel (via CM/ECF)