## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation,[1] | ) Case No. 09-13560 (CSS) |
| | ) |
| Debtor. | ) Ref. Docket Nos. 1321, 1383, 1390 & 1423 |
| | ) |

## STIPULATED ORDER RESOLVING OBJECTION OF JOSEPH CURRY TO CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION AS A SETTLEMENT PLAN

Catholic Diocese of Wilmington, Inc. (the "Debtor"), by and through its

undersigned counsel, and Joseph Curry; both individually and by and through his undersigned

counsel, enter this stipulation in connection with the Debtor's *Second Amended Plan of*

*Reorganization* [D.I. 1321] (as may be amended, the "Plan").[2]

WHEREAS, pursuant to that certain letter agreement dated July 21, 2011 (the

"Letter Agreement"), by and among Joseph Curry, the Debtor, and St. Dennis Roman Catholic

Church ("St. Dennis"), Mr. Curry conditionally agreed to withdraw his objection to confirmation

of the Plan as a Settlement Plan;

NOW, THEREFORE, IN ACCORDANCE WITH THE LETTER

AGREEMENT, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      The Plan shall be amended so as to remove the $1,629,763 judgment and lien (the

"Judgment") of Mr. Curry against St. Dennis from the scope of the Plan's channeling injunction.

Notwithstanding such amendment, Mr. Curry's claim against St. Dennis shall otherwise be

---

[1]     The last four digits of the Debtor's federal tax identification number are 5439.  The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

[2]     Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

treated as a Class 3A Claim under the Plan, which shall be payable from the Settlement Trust in accordance with the Settlement Trust Distribution Procedures.

2.      As provided in the Letter Agreement, gross distributions to Mr. Curry from the Settlement Trust (including, for the avoidance of doubt, from the proceeds of any litigation or settlements with Religious Orders), before any deductions for attorneys' fees or expenses, shall be credited against the Judgment. There shall be no manipulation of Mr. Curry's distribution from the Settlement Trust to decrease any credit against the Judgment.

3.      Upon "so ordering" of this stipulation by the Bankruptcy Court, Mr. Curry's objection to confirmation of the Plan as a Settlement Plan [D.I. 1383, 1390, & 1423] shall be deemed withdrawn, and Mr. Curry's vote on confirmation of the Plan as a Settlement Plan shall be deemed changed to an acceptance of the Plan as a Settlement Plan for "cause" in accordance with Fed. R. Bankr. P. 3018(a). Mr. Curry shall continue to elect "creditor pool" treatment, within the Neuberger/Jacobs pool, under the Settlement Trust Distribution Procedures.

4.      For the avoidance of doubt, this stipulation assumes confirmation of the Plan as a Settlement Plan and shall not be effective if the Plan proceeds as a CDOW-Only Plan.

Dated:  July 26, 2011
        Wilmington, Delaware

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              Anthony G. Flynn (No. 74)
                              ⁑ Patrick A. Jackson (No. 4976)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware  19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              *Counsel to the Debtor and Debtor in Possession*

YCST01:11297105.2                                                    068902.1001

JACOBS & CRUMPLAR, P.A.

Robert Jacobs (No. 244)
2 E. 7th Street, Suite 400
Wilmington, Delaware 19801

-and-

JOSEPH W. BENSON, P.A.

Joseph W. Benson (No. 196)
Andrew G. Ahern, III (No. 2083)
1701 N. Market Street
Wilmington, Delaware 19899

*Co-Counsel to Joseph Curry*

JOSEPH CURRY

SO ORDERED, this 27 day of July, 2011,

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:11297105.2                                                                  068902.1001