UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CATHOLIC DIOCESE OF WILMINGTON, INC., a Delaware Corporation,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-13560 (CSS) <br><br> Ref. Docket Nos. 1321, 1325, 1363, 1364, 1365, 1368 & 1372 |

NOTICE OF FILING
OF AMENDED SUPPLEMENTAL PLAN DOCUMENTS

**PLEASE TAKE NOTICE** that, on May 23, 2011, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.*, dated May 23, 2011 [D.I. 1321] (as may be amended from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the Debtor and the Official Committee of Unsecured Creditors has previously filed an appendix of Supplemental Plan Documents[2] [*see* D.I. 1363, 1364, 1365, 1368 & 1372], with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Supplemental Plan Documents are integral to, part of and incorporated by reference into the Plan. However, the Supplemental Plan Documents have not yet been approved by the Bankruptcy Court. If the Plan is approved by the Bankruptcy Court, the Supplemental Plan Documents will be approved by the Bankruptcy Court pursuant to the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtor filed the amended Supplemental Plan Documents listed below on July 28, 2011, as may be further amended, modified or supplemented from time to time by the Debtor in accordance with the Plan and as set forth below:

**Exhibit 4**   Insurance Buy-Back Agreements

    a.   **Fire State Insurance Company, Nutmeg Insurance Company, and Twin City Insurance Company**

    b.   **Fireman's Fund Insurance Company, Adriatic Insurance Company, Allianz S.p.A. and Allianz**

---

[1] The last four digits of the Debtor's federal tax identification number are 5439. The Debtor's mailing address is 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030.

[2] Capitalized terms not otherwise defined herein or in any Plan Supplement Documents have the meanings ascribed to them in the Plan.

  c.  **Scottsdale Insurance Company**

  d.  **Lloyd's Underwriters (pre-1994)**

  e.  **Certain Underwriters at Lloyd's, London (post-1994)**

  f.  **Granite State Insurance Company and The Insurance Company of the State of Pennsylvania**

  **PLEASE TAKE FURTHER NOTICE** that blackline copies illustrating the amendments to the various Insurance Buy-Back Agreements that comprise Exhibit 4 are attached hereto as **Exhibit A**:

  **Exhibit A**  **Blacklines of Insurance Buy-Back Agreements**

  1.  **Blackline of Fire State Insurance Company, Nutmeg Insurance Company, and Twin City Insurance Company**

  2.  **Blackline of Fireman's Fund Insurance Company, Adriatic Insurance Company, Allianz S.p.A. and Allianz**

  3.  **Blackline of Scottsdale Insurance Company**

  4.  **Blackline of Lloyd's Underwriters (pre-1994)**

  5.  **Blackline of Certain Underwriters at Lloyd's, London (post-1994)**

  6.  **Blackline of Granite State Insurance Company and The Insurance Company of the State of Pennsylvania**

  **PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the Supplemental Plan Documents. To the extent material amendments or modifications are made to any of the Supplemental Plan Documents after filing with the Bankruptcy Court, the Debtors will file a blackline version with the Bankruptcy Court to reflect such amendments or modifications.

  **PLEASE TAKE FURTHER NOTICE** that copies of the Supplemental Plan Documents, the Plan and the Disclosure Statement may be obtained by contacting the Debtor's court-appointed Balloting Agent either by mail at The Garden City Group, Inc., Attn: CDOW Ballot Processing, P.O. Box 9561, Dublin, Ohio 43017-4861, or by phone at (800) 761-6220. In addition, copies of the Supplemental Plan Documents, the Plan and the Disclosure Statement, and all other documents filed with the Bankruptcy Court in the Debtor's chapter 11 case can be accessed (i) via the Balloting Agent's case website at http://www.cdowreorganization.com; (ii) during regular business hours at the office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; or (ii) for a fee at the Court's website at http://www.deb.uscourts.gov. A PACER login and

password are required to access documents on the Bankruptcy Court's website and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated: July 28, 2011  YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

_____
Robert S. Brady (No. 2847)
Maris J. Finnegan (No. 5294)
Patrick A. Jackson (No. 4976)
Justin H. Rucki (No. 5304)
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel for the Debtor and Debtor in Possession*