United States Bankruptcy Court
for the District of Delaware

In re:

**Catholic Diocese of Wilmington, Inc.**      Case No. 09-13560 (CSS)
                                              **Chapter 11**

      **Debtor.**

## DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND A STATEMENT OF THE ISSUES TO BE PRESENTED

Kenneth Martin, Appellant in the above-captioned matter, hereby submits his designation of the items to be included in the record on appeal and a statement of the issues to be presented.

*Designation Of The Items To Be Included In The Record On Appeal*

1. **Ad Hoc Committee's Exhibit 4**, Bishop Saltarelli's 2006 letter to the members of the Diocese of Wilmington containing the names and biographical data of these eighteen individuals, admitted into the record over objection on July 14, 2011. (the "Saltarelli Letter")

2. **Docket No. 1321** Second Amended Chapter 11 Plan *of Reorganization of Catholic Diocese of Wilmington, Inc.* Filed by Catholic Diocese of Wilmington, Inc.

3. **Docket No. 1322** Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc.

4. **Docket No. 1325** Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (E) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Plan Confirmation; and (F) Granting Related Relief Order Signed on 5/24/2011.

5. **Docket No. 1418**, Memorandum of Law *In Opposition to the Renewed Debtor's Motion for Order Authorizing the Debtor to Continue Providing Pensions, Sustenance and/or*

*Medical Coverage to Certain Retired or Removed Priests Accused to Sexual Abuse Submitted in Light of Bishop Malooly's Testimony at the Confirmation Hearing* Filed by Unofficial Committee for Abuse Survivors.

6. **Docket No. 1462** Supplemental Objection *to Confirmation of Second Amended Plan of Reorganization of Debtor Catholic Diocese of Wilmington, Inc.* (related document(s) 1239) Filed by Charles W. Wiggins

7. **Docket No. 1463** Objection to Confirmation of Plan *Joinder to No. 1462 filed by Charles Wiggins* Filed by Kenneth J Martin.

8. **Docket No. 1464** Notice of Hearing *// Notice of Possible Injunction* Filed by Catholic Diocese of Wilmington, Inc.. Hearing scheduled for 7/28/2011 at 09:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware.

9. **Docket No. 1469** Plan Supplement- *Notice of Filing of Amended Supplemental Plan Documents* Filed by Catholic Diocese of Wilmington, Inc.

10. **Docket No. 1471** Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Chapter 11 Plan of Reorganization of Catholic Diocese of Wilmington, Inc. (the "Plan Order")

11. **Transcript of the Hearing Held on July 14, 2011**

12. **Transcript of the Hearing Held on July 28, 2011**

Appellant reserves the right to supplement this designation from time to time as development of the appellate issues requires.

*Statement Of The Issues To Be Presented*

     1.     Did the Bankruptcy Court err in admitting the Saltarelli letter into evidence?

     2.     Did the Bankruptcy Court err in allowing modification of the Clergy Pension Plan as to the Appellant as set forth in paragraph 55 of the Plan Order?

     3.     Did the Bankruptcy Court err in classifying all of the claims of the so-called "Removed Priests" in a separate classification as provided in the Plan Order?

     4.     Did the Bankruptcy Court err by including the Appellant in the class of so-called "Removed Priests"?

     5.     Did the Bankruptcy Court err by issuing the injunctive relief pertaining to the Appellant as provided in paragraph 57 of the Plan Order?

Appellant reserves the right to supplement this statement of issues from time to time as development of the appellate issues requires.

Dated: August 22, 2011                    */s/Ronald J. Drescher*
                                              RONALD J. DRESCHER
                                              Delaware Bar No. 4087
                                              4 Reservoir Circle
                                              Suite 107
                                              Baltimore, MD 21208
                                              (410) 484-9000

                                              Counsel for Appellant