## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | **Objection Deadline: December 19, 2011 4:00 pm (ET)** **Hearing Date: Only If Objection Filed** |

## NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
       AND THE NOTICE PARTIES

The Eighteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011 (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $34,885.00 and interim expenses in the amount of $75.93.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on or before December 19, 2011, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the Debtor, Catholic Diocese of Wilmington, Inc., 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030, Attn: Reverend Msgr. J. Thomas Cini; (ii) Counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Robert S. Brady; (iii) The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David M. Klauder; and (iv) Counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100, Attn: James I. Stang, and Pachulski, Stang, Ziehl & Jones, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705, Attn: Curtis A. Hehn.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 104], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.  ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.  ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    November 28, 2011
          Saint Louis, Missouri

                              STUART MAUE

                              By: _____
                                   John F. Theil, Esq.
                                   3840 McKelvey Road
                                   St. Louis, Missouri  63044
                                   Telephone:  (314) 291-3030
                                   Facsimile:  (314) 291-6546
                                   cdowbkr@smmj.com

                                   *Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | **Objection Deadline: December 19, 2011 4:00 pm (ET)** <br> **Hearing Date: Only If Objection Filed** |

## EIGHTEENTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 3, 2010, *nunc pro tunc* to December 23, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2011 through October 31, 2011 |
| Amount of compensation sought as actual, reasonable, and necessary: | $34,885.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $75.93 |

This is a monthly application.

This monthly application includes 3.30 hours incurred in connection with the preparation of fee applications and/or Stuart Maue compensation.

Prior applications:  This is the Eighteenth Monthly Application filed by Stuart Maue.  The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| First Consolidated Monthly Application 10/19/2010 | 02/01/2010 – 03/31/2010 | $900.00 | $0.00 | $900.00 | $0.00 |
| Second Consolidated Monthly Application 10/19/2010 | 04/01/2010 – 06/30/2010 | $14,512.50 | $0.00 | $14,512.50 | $0.00 |
| Third Monthly Application 10/19/2010 | 07/01/2010 – 07/31/2010 | $31,480.00 | $27.07 | $31,480.00 | $27.07 |
| Fourth Monthly Application 10/19/2010 | 08/01/2010 – 08/31/2010 | $12,892.50 | $55.68 | $12,892.50 | $55.68 |
| Fifth Monthly Application 10/28/2010 | 09/01/2010 – 09/30/2010 | $12,427.50 | $185.24 | $12,427.50 | $185.24 |
| Sixth Monthly Application 11/30/2010 | 10/01/2010 – 10/31/2010 | $26,705.00 | $177.70 | $26,705.00 | $177.70 |
| Seventh Monthly Application 12/28/2010 | 11/01/2010 – 11/30/2010 | $3,690.00 | $68.96 | $3,690.00 | $68.96 |
| Eighth Monthly Application 02/03/2011 | 12/01/2010 – 12/31/2010 | $19,607.50 | $55.21 | $19,607.50 | $55.21 |
| Ninth Monthly Application 02/25/2011 | 01/01/2011 – 01/31/2011 | $27,812.50 | $55.44 | $22,250.00 | $55.44 |
| Tenth Monthly Application 03/25/2011 | 02/01/2011 – 02/28/2011 | $9,985.00 | $103.28 | $7,988.00 | $103.28 |
| Eleventh Monthly Application 04/26/2011 | 03/01/2011 – 03/31/2011 | $24,287.50 | $75.20 | $19,430.00 | $75.20 |
| Twelfth Monthly Application 05/25/2011 | 04/01/2011 – 04/30/2011 | $19,665.00 | $102.96 | $15,732.00 | $102.96 |
| Thirteenth Monthly Application 06/27/2011 | 05/01/2011 – 05/31/2011 | $13,732.50 | $77.10 | $10,986.00 | $77.10 |
| Fourteenth Monthly Application 07/27/2011 | 06/01/2011 – 06/30/2011 | $28,705.00 | $123.27 | $22,964.00 | $123.27 |
| Fifteenth Monthly Application 8/26/2011 | 07/1/2011 – 07/31/2011 | $4,677.50 | $100.28 | $3,742.00 | $100.28 |
| Sixteenth Monthly Application 9/26/2011 | 08/1/2011 – 08/31/2011 | $5,360.00 | $173.00 | $4,288.00 | $173.00 |
| Seventeenth Monthly Application 10/20/2011 | 09/1/2011 – 9/30/2011 | $3,657.50 | $36.72 | $2,926.00 | $36.72 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | **Objection Deadline:  December 19, 2011 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## EIGHTEENTH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this Eighteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011 (the "**Application**").  In support thereof, Stuart Maue respectfully states the following:

### BACKGROUND

1.      On October 18, 2009 (the "**Petition Date**"), the above-captioned debtor (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      The Debtor continues in possession of its properties and continues to operate its businesses as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      On March 3, 2010, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 368] (the "**Fee Examiner Order**") appointing Stuart Maue as Fee Examiner to the Court, *nunc pro tunc* to December 23, 2009.

4.      The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.     Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

7.     The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.     Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis for work performed during the period from October 1, 2011 through October 31, 2011 (the "**Application Period**"). The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.     A summary of the hours spent, the names of each professional rendering service during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**. A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**. A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**. All time entries and requested expenses are in compliance with Local Rule 2016-2.

10.     On November 12, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 104] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtor and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtor is authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee

application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.　　In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtor and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period. During the Application Period, Stuart Maue incurred fees of $34,885.00 and expenses in the amount of $75.93.

12.　　Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.　　Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive. No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.　　All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

<u>**SUMMARY OF SERVICES RENDERED**</u>

15.　　The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.　　In October 2011, the Fee Examiner prepared and submitted three preliminary reports and two final reports.

17.　　When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis. Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses. The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application. This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation. In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries. The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional. With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards. While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including

mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.    Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional. The firm is invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.    Stuart Maue expended 108.60 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $34,885.00 for services performed as Fee Examiner at a blended hourly rate of $321.22. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $27,908.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C. Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $75.93.

## NOTICE

25.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.


DATED:    November 28, 2011
            Saint Louis, Missouri


                            **STUART MAUE**

                            By: _____
                                John F. Theil, Esq.
                                3840 McKelvey Road
                                St. Louis, Missouri  63044
                                Telephone:  (314) 291-3030
                                Facsimile:  (314) 291-6546
                                cdowbkr@smmj.com

                                *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| John F. Theil | Manager | $375.00 | 33.70 | $12,637.50 |
| Kathryn Hough | Legal Auditor | $325.00 | 7.00 | $2,275.00 |
| Kathy Tahan | Legal Auditor | $325.00 | 26.00 | $8,450.00 |
| Pamela Snyder | Legal Auditor/Acct. | $275.00 | 41.90 | $11,522.50 |
| | | Total: | 108.60 | $34,885.00 |
| | | Blended Hourly Rate: | $321.22 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 105.30 | $33,647.50 |
| Stuart Maue Retention/Compensation | 3.30 | $1,237.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (439 pages @ $0.10 per page) | $43.90 |
| Postage | $32.03 |
| Total | $ 75.93 |

# Exhibit B

**STUART/MAUE**
LEGAL COST ∨ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1027415
Matter Number: 1027415
Claim Number: 09-13560 (CSS)
Firm: Catholic Diocese of Wilmington

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/04/2011 | JT | 1.70 | Review and analyze Notice of: entry of Order Confirming Chapter 11 plan and related pleadings. | 637.50 |
| | | 0.30 | Draft correspondence re new deadlines in case for fee application. | 112.50 |
| 10/04/2011 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 10/06/2011 | JT | 0.40 | Several calls and emails with Dalton regarding the upcoming fee deadline. | 150.00 |
| 10/19/2011 | JT | 0.20 | Outline changes that need to be made to fee application and exhibits. | 75.00 |
| | | 0.20 | Analyze recent order and current status of fee applications. | 75.00 |
| | | 0.20 | Formulate strategy regarding assignment of incoming files. | 75.00 |
| | | 2.20 | Study fees and expense reports and begin drafting pleadings and exhibits for 17th monthly fee application. | 825.00 |
| 10/19/2011 | PSS | 0.90 | Review docket to locate interim application and review status of audits. | 247.50 |
| 10/20/2011 | JT | 1.10 | Complete and verify Stuart Maue's 17th monthly fee application and associated pleadings and exhibits. | 412.50 |
| 10/21/2011 | JT | 0.70 | Review docket and pertinent orders regarding fee examination rules and procedures and outline updates for preliminary and final report procedures. | 262.50 |
| | | 0.20 | Review CNO filed by Buck consultants for first application. | 75.00 |
| | | 0.40 | Review email from C Knotts regarding PSZJ's 7th quarterly fee application and review attachments. | 150.00 |
| | | 0.90 | Research and analyze rules and regulations regarding legal research and block billing. | 337.50 |
| 10/21/2011 | KCT | 0.10 | Confer with PSS regarding issues with fifth interim fee applications. | 32.50 |
| | | 0.10 | Confer with JFT regarding issues with fifth interim fee applications. | 32.50 |
| 10/21/2011 | PSS | 0.70 | Final review of final reports and exhibits to verify accuracy of amounts (SIT-CD1, SIT-CD2). | 192.50 |
| 10/24/2011 | JT | 0.20 | Examine fee application procedure order. | 75.00 |
| | | 0.10 | Review Sitrick and Company's 4th Monthly Fee Application . | 37.50 |
| | | 0.20 | Review and analyze various pleadings and filings made with the Court. | 75.00 |
| | | 0.40 | Prepare Certificate of No Objection to Stuart Maue's 16th Monthly Fee Application. | 150.00 |
| | | 0.40 | Review and analyze incoming fee applications and assign same for handling. | 150.00 |
| 10/25/2011 | JT | 0.30 | Review certification and order scheduling omnibus hearing dates. | 112.50 |
| 10/27/2011 | JT | 0.40 | Review Berkley Research Group's 1st-7th Monthly Applications for Compensation, and the 1st, 2nd and 3rd Interim Fee Application. | 150.00 |
| | | 0.20 | Review email from Curtis Hehn and Schnader Harrison's Final Application. | 75.00 |
| 10/27/2011 | PSS | 0.30 | Review applications received recently. | 82.50 |
| 10/31/2011 | PSS | 0.80 | Review applications received recently. | 220.00 |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1027415**
**Matter Number: 1027415**
**Claim Number: 09-13560 (CSS)**
**Firm: Catholic Diocese of Wilmington**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| | | | | |

**For Professional Services through 10/31/2011**

| | | 13.80 | | $4,875.00 |

**Exhibit: B**

*STUART MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1027415
Matter Number: 1027415
Claim Number: 09-13560 (CSS)
Firm: Catholic Diocese of Wilmington

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 2.90 | = | $797.50 |
| Kathy C. Tahan | KCT | 325.00 | x | 0.20 | = | $65.00 |
| John Theil | JT | 375.00 | x | 10.70 | = | $4,012.50 |
| | **Total for Legal Auditors:** | | | **13.80** | | **$4,875.00** |
| | **Total Hours Worked:** | | | **13.80** | | |
| | **Total Hours Billed:** | | | **13.80** | | **$4,875.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1031716**
**Matter Number: 1031716**
**Claim Number: 09-13560 (CSS)**
**Firm: LECG, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/03/2011 | JT | 0.30 | Review questions regarding administrative entries. | 112.50 |
| | | 0.80 | Review and analyze monthly reports, interim report and 4th preliminary report in preparation to finalize 5th preliminary report. | 300.00 |
| | | 0.40 | Review and study summary of hours and fees. | 150.00 |
| | | 0.70 | Review and study coding for accuracy and consistency. | 262.50 |
| | | 0.90 | Study fifth preliminary report draft and exhibits, and finalize same for submission. | 337.50 |
| 10/04/2011 | PSS | 0.50 | Review preliminary report and exhibits and verify accuracy of amounts. | 137.50 |
| 10/10/2011 | PSS | 0.40 | Continue to review preliminary report and exhibits and verify accuracy of amounts. | 110.00 |
| | | **4.00** | | **$1,410.00** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1031716**
**Matter Number: 1031716**
**Claim Number: 09-13560 (CSS)**
**Firm: LECG, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 10/31/2011**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| John Theil | JT | 375.00 x | 3.10 = | $1,162.50 |

|  | | **Total for Legal Auditors:** | **4.00** | **$1,410.00** |
|--|--|-------------------------------|----------|-------------|

| | **Total Hours Worked:** | **4.00** | |
|--|-------------------------|----------|--|

| | **Total Hours Billed:** | **4.00** | **$1,410.00** |
|--|-------------------------|----------|-------------|

**STUART MAUE**
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1031735**
**Matter Number: 1031735**
**Claim Number: 09-13560 (CSS)**
**Firm: LECG, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/10/2011 | JT | 0.60 | Review monthly fee applications and sixth and final interim fee application. | 225.00 |
| | | 1.30 | Review and study coding and preliminary report, and revise same. | 487.50 |
| 10/10/2011 | PSS | 1.10 | Review preliminary report and exhibits and verify accuracy of amounts. | 302.50 |
| | | **3.00** | | **$1,015.00** |

Exhibit: B

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1031735**
**Matter Number: 1031735**

**Firm: LECG, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 1.10 | = | $302.50 |
| John Theil | JT | 375.00 | x | 1.90 | = | $712.50 |
| | **Total for Legal Auditors:** | | | **3.00** | | **$1,015.00** |
| | **Total Hours Worked:** | | | **3.00** | | |
| | **Total Hours Billed:** | | | **3.00** | | **$1,015.00** |

Exhibit: B



STUART MAUE
LEGAL COST ✓ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1031015
Matter Number: 1031015
Firm: Morgan, Lewis & Bockius LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/25/2011 | PSS | 1.00 | Reconcile fees in database to fees requested in interim application. | 275.00 |
| 10/26/2011 | JT | 0.20 | Analyze billing entries for suspect time increments. | 75.00 |
| | | 0.40 | Examination of billing entries for vague tasks. | 150.00 |
| | | 0.40 | Examine billing entries for relation to retention and fee applications. | 150.00 |
| | | 0.80 | Examine billing entries for conferences. | 300.00 |
| | | 0.90 | Review and analyze Morgan's retention documents and Interim Fee Application. | 337.50 |
| | | 1.10 | Review and analyze Morgan's 11th, 12th, and 13th Fee application. | 412.50 |
| 10/26/2011 | PSS | 0.80 | Continue to reconcile fees in database to fees requested in interim application. | 220.00 |
| | | 0.20 | Review expenses requested in interim application and draft expense text. | 55.00 |
| 10/31/2011 | JT | 0.20 | Edit analysis regarding written communications. | 75.00 |
| | | 0.40 | Study and isolate conferences and non-firm conferences. | 150.00 |
| | | 0.30 | Analyze entries regarding attendance at events. | 112.50 |
| | | 3.20 | Prepare, verify and finalize Preliminary Report. | 1,200.00 |
| | | 0.70 | Continue review and analysis of all billing entries regarding vague communications and vague tasks. | 262.50 |
| | | 0.20 | Continue isolating billing entries related to fee application and response to fee examiner's report. | 75.00 |
| | | **10.80** | | **$3,850.00** |

*STUART* /*MAUE*
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1031015**
**Matter Number: 1031015**
**Firm: Morgan, Lewis & Bockius LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 2.00 | = | $550.00 |
| John Theil | JT | 375.00 | x | 8.80 | = | $3,300.00 |
| | | **Total for Legal Auditors:** | | **10.80** | | **$3,850.00** |
| | | **Total Hours Worked:** | | **10.80** | | |
| | | **Total Hours Billed:** | | **10.80** | | **$3,850.00** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1032195
Matter Number: 1032195
Firm: Morgan, Lewis & Bockius LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/26/2011 | PSS | 0.90 | Reconcile fees in database to fees requested in interim application. | 247.50 |
| 10/27/2011 | JT | 0.70 | Review and analyze billing invoices for coding and questioned entries. | 262.50 |
| | | 0.40 | Review and analyze 14th monthly Fee Application of Morgan Lewis & Bockius. | 150.00 |
| | | 0.30 | Review and analyze the 6th Quarterly Fee Application of Morgan Lewis & Bockius. | 112.50 |
| | | **2.30** | | **$772.50** |

Exhibit: B

## STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032195**
**Matter Number: 1032195**
**Firm: Morgan, Lewis & Bockius LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| John Theil | JT | 375.00 x | 1.40 = | $525.00 |
| | | **Total for Legal Auditors:** | **2.30** | **$772.50** |
| | | **Total Hours Worked:** | **2.30** | |
| | | **Total Hours Billed:** | **2.30** | **$772.50** |

STUART*MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1030735
Matter Number: 1030735
Claim Number: 09-13560 (CSS)
Firm: Pachulski Stang Ziehl & Jones

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/12/2011 | JT | 0.40 | Review email and attachments regarding 5th and 6th fee applications. | 150.00 |
| 10/17/2011 | PSS | 2.70 | Reconcile fees in database to fees requested in interim application. | 742.50 |
| 10/18/2011 | PSS | 1.50 | Review expenses and draft expense section of report. | 412.50 |
| | | 3.90 | Continue to reconcile fees in database to fees requested in interim application. | 1,072.50 |
| 10/19/2011 | PSS | 0.60 | Continue to review expenses and draft expense section of report. | 165.00 |
| 10/21/2011 | JT | 0.30 | Review file for assignment. | 112.50 |
| 10/21/2011 | KCT | 0.30 | Examine fee descriptions related to legal research and assess for potential vague activity, presumably familiar research. | 97.50 |
| | | 0.10 | Examine timekeepers' fee entries for potential extended days and potential double billing. | 32.50 |
| | | 0.70 | Assess fee descriptions related to administrative/clerical activity. | 227.50 |
| | | 0.70 | Scrutinize all intraoffice conferences for multiple attendance. | 227.50 |
| | | 0.70 | Analyze all task descriptions identified as nonfirm conferences for potential nonfirm multiple attendance. | 227.50 |
| | | 0.30 | Review all fee entries related to nonfirm conferences. | 97.50 |
| | | 0.80 | Study all fee entries categorized conferences for intraoffice conferences. | 260.00 |
| | | 0.80 | Examine all fee entries related to conferences and other events. | 260.00 |
| | | 0.40 | Analyze firm's fifth interim fee application. | 130.00 |
| | | 0.60 | Begin examining fee entries in excess of 0.50 hour for potential block billing. | 195.00 |
| 10/24/2011 | KCT | 0.30 | Identify all fee entries related to the firm's retention and compensation including potential response to fee examiner's report. | 97.50 |
| | | 0.20 | Assess task descriptions related to other firms' and professionals' retention and compensation. | 65.00 |
| | | 0.40 | Continue to analyze potentially block billed fee entries. | 130.00 |
| | | 0.60 | Examine all timekeepers' task descriptions for utility to the case. | 195.00 |
| | | 0.60 | Analyze all fee entries for potential improper time increments. | 195.00 |
| | | 1.50 | Study all fee descriptions related to communications for potential vague communications. | 487.50 |
| | | 1.10 | Examined all uncategorized fee entries for task descriptions related to other vague activity. | 357.50 |
| | | 0.20 | Verify task entries identified as intraoffice conferences and intraoffice multiple attendance. | 65.00 |
| | | 0.30 | Examine all fee entries categorized as nonfirm multiple attendance and multiple attendance questioned. | 97.50 |
| | | 0.40 | Review task descriptions identified as clerical. | 130.00 |
| | | 0.20 | Verify fee entries categorized as administrative acitvity. | 65.00 |
| 10/26/2011 | JT | 0.40 | Review and analyze vague task coding and outline handling. | 150.00 |

# STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1030735**
**Matter Number: 1030735**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/26/2011 | KCT | 0.10 | Assess task descriptions identified as other vague activity. | 32.50 |
| | | 1.30 | Draft fee examiner's preliminary report regarding firm's fifth interim fee application. | 422.50 |
| | | 0.40 | Verify fee entries categorized block billing and vague communications. | 130.00 |
| | | 2.60 | Review and revise preliminary report. | 845.00 |
| | | 0.50 | Review all fee descriptions categorized firm's retention and compensation and other professionals' retention and compensation. | 162.50 |
| 10/27/2011 | JT | 0.80 | Review and verify hours and dollar entries cited within Preliminary Report. | 300.00 |
| | | 0.90 | Verify and coding on billing entries and questioned entries. | 337.50 |
| | | 0.20 | Begin edit and revision to Preliminary Report. | 75.00 |
| 10/27/2011 | KCT | 0.70 | Revise and finalize fee examiner's preliminary report regarding firms fifth interim application. | 227.50 |
| 10/31/2011 | JT | 0.60 | Continue edits and finalize draft of preliminary report. | 225.00 |
| | | 0.60 | Review and verify expense exhibits and questioned expenses requiring response. | 225.00 |
| | | 0.10 | Draft cover letter to Curtis Hehn regarding preliminary report. | 37.50 |
| 10/31/2011 | KCT | 0.10 | Analyze improperly blocked fee entries. | 32.50 |
| | | 0.40 | Verify fee entries categorized vague communications, other vague activity, firm's retention and compensation and other professional's retention and compensation. | 130.00 |
| 10/31/2011 | PSS | 0.80 | Review preliminary report and exhibits and verify accuracy of amounts. | 220.00 |
| | | **31.10** | | **$9,847.50** |

**Exhibit: B**

*STUART* **MAUE**
LEGAL COST √ MANAGEMENT

Invoice Date: **11/28/2011**
Invoice Number: **R1202 - 1030735**
Matter Number: **1030735**
Claim Number: **09-13560 (CSS)**
Firm: **Pachulski Stang Ziehl & Jones**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 10/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 9.50 | = | $2,612.50 |
| Kathy C. Tahan | KCT | 325.00 | x | 17.30 | = | $5,622.50 |
| John Theil | JT | 375.00 | x | 4.30 | = | $1,612.50 |
| | **Total for Legal Auditors:** | | | **31.10** | | **$9,847.50** |
| | **Total Hours Worked:** | | | **31.10** | | |
| | **Total Hours Billed:** | | | **31.10** | | **$9,847.50** |

STUART MAUE
LEGAL COST V MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1032155
Matter Number: 1032155
Claim Number: 09-13560 (CSS)
Firm: Pachulski Stang Ziehl & Jones

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/19/2011 | PSS | 0.90 | Review expenses and draft expense section of report. | 247.50 |
| | | 4.10 | Reconcile fees in database to fees requested in interim application. | 1,127.50 |
| 10/21/2011 | JT | 0.30 | Review file for assignment. | 112.50 |
| 10/27/2011 | KCT | 0.20 | Analyze firm's sixth interim fee application. | 65.00 |
| | | 0.60 | Examine all time keepers' billing increments and in particular scrutinize fee entries in whole or half hour increments. | 195.00 |
| | | 0.30 | Study task entries realted to legal research and assess for vague activity and research presumably familiar to experienced bankruptcy counsel. | 97.50 |
| | | 0.70 | Review fee entries related to administrative/clerical activity. | 227.50 |
| | | 0.40 | Analyze all timekeepers' contribution and utility to the case. | 130.00 |
| | | 0.20 | Assess fee entries for relation to potential extended days, potential travel and double billing. | 65.00 |
| | | 0.70 | Review all fee descriptions categorized as nonfirm conferences and events for potential relation to nonfirm multiple attendance. | 227.50 |
| | | 0.30 | Review and assess all fee entries over 0.50 hour for blocked billing. | 97.50 |
| | | 0.20 | Assess all task entries identified as intraoffice conferences for potential intraoffice multiple attendance. | 65.00 |
| | | 0.20 | Study fee descriptions related to nonfirm conferences and events. | 65.00 |
| | | 0.30 | Examine task descriptions categorized conferences that are related to intraoffice conferences. | 97.50 |
| | | 0.40 | Review fee entries related to conferences. | 130.00 |
| 10/31/2011 | KCT | 1.10 | Analyze fee entries related to vague communications (written and oral). | 357.50 |
| | | 0.10 | Compare fee entry from current application with prior application for potential duplication or double billing. | 32.50 |
| | | 0.80 | Draft fee examiner's preliminary report regarding firm's sixth interim fee application. | 260.00 |
| | | 0.20 | Study fee entries identified as double billing questioned, questioned timekeepers' roles and block billing. | 65.00 |
| | | 0.30 | Study all time entries related to the firm's retention and compensation. | 97.50 |
| | | 0.20 | Review fee descriptions categorized firm's retention and compensation for relation to firm's response to fee examiner's report. | 65.00 |
| | | 0.40 | Review fee entries categorized nonfirm multiple attendance, intraoffice conference and intraoffice multiple attendance. | 130.00 |
| | | 0.20 | Verify fee entries related to administrative and clerical activities. | 65.00 |
| | | 0.10 | Analyze fee entries regarding additional conferences and their relation to intraoffice conferences and intraoffice multiple attendance. | 32.50 |
| | | 0.50 | Scrutinize all uncategorized fee entries with particular attention to potential vague tasks. | 162.50 |
| | | 0.10 | Examine all time entries related to other professional's retention and compensation. | 32.50 |
| 10/31/2011 | PSS | 0.10 | Revise fee entries to proportionalize time entries block billed by the firm. | 27.50 |

**Exhibit: B**

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032155**
**Matter Number: 1032155**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| | | 13.90 | | $4,277.50 |

Exhibit: B

**STUART MAUE**
LEGAL COST √ MANAGEMENT

Invoice Date: 11/28/2011
Invoice Number: R1202 - 1032155
Matter Number: 1032155
Claim Number: 09-13560 (CSS)
Firm: Pachulski Stang Ziehl & Jones

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 10/31/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 5.10 | = | $1,402.50 |
| Kathy C. Tahan | KCT | 325.00 | x | 8.50 | = | $2,762.50 |
| John Theil | JT | 375.00 | x | 0.30 | = | $112.50 |
| **Total for Legal Auditors:** | | | | **13.90** | | **$4,277.50** |
| **Total Hours Worked:** | | | | **13.90** | | |
| **Total Hours Billed:** | | | | **13.90** | | **$4,277.50** |

**Exhibit: B**

### STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032156**
**Matter Number: 1032156**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/28/2011 | PSS | 1.70 | Review expenses and draft expense section of report. | 467.50 |
| | | 3.40 | Reconcile fees in database to fees requested in interim application. | 935.00 |
| | | **5.10** | | **$1,402.50** |

Exhibit: B

### STUART/MAUE
LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032156**
**Matter Number: 1032156**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 5.10 = | $1,402.50 |
| | **Total for Legal Auditors:** | | **5.10** | **$1,402.50** |
| | **Total Hours Worked:** | | **5.10** | |
| | **Total Hours Billed:** | | **5.10** | **$1,402.50** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032196**
**Matter Number: 1032196**
**Claim Number: 09-13560 (CSS)**
**Firm: R.M. Fields, LP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/24/2011 | PSS | 1.20 | Reconcile fees in database to fees requested in interim application. | 330.00 |
| | | **1.20** | | **$330.00** |

**Exhibit: B**

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032196**
**Matter Number: 1032196**

**Firm: R.M. Fields, LP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.20 = | $330.00 |
| | **Total for Legal Auditors:** | | 1.20 | $330.00 |
| | **Total Hours Worked:** | | 1.20 | |
| | **Total Hours Billed:** | | 1.20 | $330.00 |

**Exhibit: B**

*STUART MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032276**
**Matter Number: 1032276**
**Firm: Schnader, Harrison, Segal & Lewis**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/27/2011 | PSS | 0.40 | Reconcile fees in database to fees requested in interim application. | 110.00 |
| 10/28/2011 | PSS | 1.20 | Review expenses and draft expense section of report. | 330.00 |
| | | 0.80 | Continue to reconcile fees in database to fees requested in interim application. | 220.00 |
| | | **2.40** | | **$660.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032276**
**Matter Number: 1032276**
**Firm: Schnader, Harrison, Segal & Lewis**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.40 = | $660.00 |
| **Total for Legal Auditors:** | | | 2.40 | $660.00 |
| **Total Hours Worked:** | | | 2.40 | |
| **Total Hours Billed:** | | | 2.40 | $660.00 |

**Exhibit: B**

### STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1030135**
**Matter Number: 1030135**
**Claim Number: 09-13560 (CSS)**
**Firm: Sitrick and Company Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/21/2011 | JT | 2.30 | Review notes, work on and finalize Final Reports for Sitrick's 1st and 2nd Interim Fee Application. | 862.50 |
| | | 0.90 | Review preliminary report and analyze email response and expense attachments from Sitrick. | 337.50 |
| | | **3.20** | | **$1,200.00** |

Exhibit: B

**STUART/MAUE**
LEGAL COST \/ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1030135**
**Matter Number: 1030135**
**Claim Number: 09-13560 (CSS)**
**Firm: Sitrick and Company Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| John Theil | JT | 375.00 x | 3.20 = | $1,200.00 |
| **Total for Legal Auditors:** | | | 3.20 | $1,200.00 |
| **Total Hours Worked:** | | | 3.20 | |
| **Total Hours Billed:** | | | 3.20 | $1,200.00 |

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032197**
**Matter Number: 1032197**
**Claim Number: 09-13560 (CSS)**
**Firm: The Ramaekers Group, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/24/2011 | PSS | 0.40 | Review expenses and draft expense section of report. | 110.00 |
| | | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| 10/25/2011 | PSS | 0.20 | Continue to review expenses and draft expense section of report. | 55.00 |
| | | **1.30** | | **$357.50** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1032197**
**Matter Number: 1032197**
**Claim Number: 09-13560 (CSS)**
**Firm: The Ramaekers Group, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.30 = | $357.50 |
| | **Total for Legal Auditors:** | | 1.30 | $357.50 |
| | **Total Hours Worked:** | | 1.30 | |
| | **Total Hours Billed:** | | 1.30 | $357.50 |

**Exhibit: B**



Invoice Date: 11/28/2011
Invoice Number: R1202 - 1030955
Matter Number: 1030955
Claim Number: 09-13560 (CSS)
Firm: Young Conaway Stargatt & Taylor, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| 10/20/2011 | PSS | 4.10 | Reconcile fees in database to fees requested in interim application. | 1,127.50 |
| 10/21/2011 | PSS | 3.10 | Continue to reconcile fees in database to fees requested in interim application. | 852.50 |
| | | 0.40 | Review expenses and draft expense section of report. | 110.00 |
| 10/24/2011 | PSS | 1.90 | Continue to review expenses and draft expense section of report. | 522.50 |
| 10/26/2011 | KH | 4.40 | Analyze fees for purpose of identifying fees billed for conferences. | 1,430.00 |
| 10/27/2011 | KH | 0.80 | Indentify instances of block billing. | 260.00 |
| | | 1.80 | Analyze fee entries for purpose of ensuring time was recorded in 0.10 hour increments. | 585.00 |
| | | **16.50** | | **$4,887.50** |

**STUART/MAUE**
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 11/28/2011**
**Invoice Number: R1202 - 1030955**
**Matter Number: 1030955**
**Claim Number: 09-13560 (CSS)**
**Firm: Young Conaway Stargatt & Taylor, LLP**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 325.00 x | 7.00 = | $2,275.00 |
| Pamela S. Snyder | PSS | 275.00 x | 9.50 = | $2,612.50 |
| **Total for Legal Auditors:** | | | 16.50 | $4,887.50 |
| **Total Hours Worked:** | | | 16.50 | |
| **Total Hours Billed:** | | | 16.50 | $4,887.50 |

# STUART MAUE
### LEGAL COST V MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 10/31/2011** | | | | | |
| **Legal Auditors** | | | | | |
| Kathryn Hough | KH | 325.00 X | 7.00 | = | $2,275.00 |
| Pamela S. Snyder | PSS | 275.00 X | 41.90 | = | $11,522.50 |
| Kathy C. Tahan | KCT | 325.00 X | 26.00 | = | $8,450.00 |
| John Theil | JT | 375.00 X | 33.70 | = | $12,637.50 |
| | **Total for Legal Auditors:** | | **108.60** | | **$34,885.00** |
| | **Total Hours Worked:** | | **108.60** | | |
| | **Total Hours Billed:** | | **108.60** | | **$34,885.00** |

# Exhibit C

EXHIBIT C

## Catholic Diocese of Wilmington - October 2011 Expenses

PHOTOCOPIES:

| | | |
|---|---|---|
| 439 at $0.10/Page | $ | 43.90 |

POSTAGE:

| | | |
|---|---|---|
| Postage Paid | $ | 32.03 |
| **TOTAL EXPENSES:** | **$** | **75.93** |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | **Objection Deadline: December 19, 2011 4:00 pm (ET)** <br> **Hearing Date: Only If Objection Filed** |

### CERTIFICATION OF JOHN F. THEIL

I, John F. Theil, hereby certify that:

1.      I am a Senior Legal Auditor at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

2.      This Certification is made in support of the Eighteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.      I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:     November 28, 2011
               Saint Louis, Missouri

**STUART MAUE**

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
cdowbkr@smmj.com

*Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, John F. Theil, hereby certify that a true and correct copy of the **Notice of Application** and the **Eighteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 Through October 31, 2011** have been served via First Class Mail to the Notice Parties on the attached service list on this 28th day of November, 2011.

STUART MAUE

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
cdowbkr@smmj.com

*Fee Examiner*

## CATHOLIC DIOCESE OF WILMINGTON, INC.

### SERVICE LIST RE EIGHTEENTH MONTHLY FEE APPLICATION

Catholic Diocese of Wilmington, Inc.
Reverend Msgr. J. Thomas Cini
1925 Delaware Avenue
P.O. Box 2030
Wilmington, DE 19801

The Office of the United States Trustee
David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

Young Conaway Stargatt & Taylor, LLP
Robert Brady, Esq.
1000 West Street, 17th Floor
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Esq.
10100 Santa Monica Blvd. 11th Floor
Los Angeles, CA 90067-4100

Pachulski Stang Ziehl & Jones LLP
Curtis A. Hehn, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Pepper Hamilton LLP
Donald J. Detweiler, Esq.
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899