## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | Objection Deadline: January 17, 2012 4:00 pm (ET) Hearing Date: Only If Objection Filed |

## NOTICE OF APPLICATION

TO:     THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND THE NOTICE PARTIES

The Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 Through November 30, 2011 (the "Application") has been filed with the Bankruptcy Court.  The Application seeks allowance of interim fees in the amount of $49,115.00 and interim expenses in the amount of $126.56.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on or before January 17, 2012, at 4:00 p.m. (ET) (the "Objection Deadline").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) the Debtor, Catholic Diocese of Wilmington, Inc., 1925 Delaware Avenue, P.O. Box 2030, Wilmington, Delaware 19899-2030, Attn: Reverend Msgr. J. Thomas Cini; (ii) Counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Robert S. Brady; (iii) The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David M. Klauder; and (iv) Counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100, Attn: James I. Stang, and Pachulski, Stang, Ziehl & Jones, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705, Attn: Curtis A. Hehn.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 104], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.  ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.  ONLY THOSE PARTIES TIMELY

FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    December 27, 2011
          Saint Louis, Missouri


                          STUART MAUE

                          By: _____
                              John F. Theil, Esq.
                              3840 McKelvey Road
                              St. Louis, Missouri  63044
                              Telephone:  (314) 291-3030
                              Facsimile:  (314) 291-6546
                              cdowbkr@smmj.com

                              *Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | **Objection Deadline: January 17, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

### NINETEENTH MONTHLY APPLICATION OF STUART MAUE
### AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 3, 2010, *nunc pro tunc* to December 23, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2011 through November 30, 2011 |
| Amount of compensation sought as actual, reasonable, and necessary: | $49,115.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $126.56 |

This is a monthly application.

This monthly application includes 5.60 hours incurred in connection with the preparation of fee applications and/or Stuart Maue compensation.

Prior applications:  This is the Nineteenth Monthly Application filed by Stuart Maue.  The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| First Consolidated Monthly Application 10/19/2010 | 02/01/2010 – 03/31/2010 | $900.00 | $0.00 | $900.00 | $0.00 |
| Second Consolidated Monthly Application 10/19/2010 | 04/01/2010 – 06/30/2010 | $14,512.50 | $0.00 | $14,512.50 | $0.00 |
| Third Monthly Application 10/19/2010 | 07/01/2010 – 07/31/2010 | $31,480.00 | $27.07 | $31,480.00 | $27.07 |
| Fourth Monthly Application 10/19/2010 | 08/01/2010 – 08/31/2010 | $12,892.50 | $55.68 | $12,892.50 | $55.68 |
| Fifth Monthly Application 10/28/2010 | 09/01/2010 – 09/30/2010 | $12,427.50 | $185.24 | $12,427.50 | $185.24 |
| Sixth Monthly Application 11/30/2010 | 10/01/2010 – 10/31/2010 | $26,705.00 | $177.70 | $26,705.00 | $177.70 |
| Seventh Monthly Application 12/28/2010 | 11/01/2010 – 11/30/2010 | $3,690.00 | $68.96 | $3,690.00 | $68.96 |
| Eighth Monthly Application 02/03/2011 | 12/01/2010 – 12/31/2010 | $19,607.50 | $55.21 | $19,607.50 | $55.21 |
| Ninth Monthly Application 02/25/2011 | 01/01/2011 – 01/31/2011 | $27,812.50 | $55.44 | $22,250.00 | $55.44 |
| Tenth Monthly Application 03/25/2011 | 02/01/2011 – 02/28/2011 | $9,985.00 | $103.28 | $7,988.00 | $103.28 |
| Eleventh Monthly Application 04/26/2011 | 03/01/2011 – 03/31/2011 | $24,287.50 | $75.20 | $19,430.00 | $75.20 |
| Twelfth Monthly Application 05/25/2011 | 04/01/2011 – 04/30/2011 | $19,665.00 | $102.96 | $15,732.00 | $102.96 |
| Thirteenth Monthly Application 06/27/2011 | 05/01/2011 – 05/31/2011 | $13,732.50 | $77.10 | $10,986.00 | $77.10 |
| Fourteenth Monthly Application 07/27/2011 | 06/01/2011 – 06/30/2011 | $28,705.00 | $123.27 | $22,964.00 | $123.27 |
| Fifteenth Monthly Application 8/26/2011 | 07/1/2011 – 07/31/2011 | $4,677.50 | $100.28 | $3,742.00 | $100.28 |
| Sixteenth Monthly Application 9/26/2011 | 08/1/2011 – 08/31/2011 | $5,360.00 | $173.00 | $4,288.00 | $173.00 |
| Seventeenth Monthly Application 10/20/2011 | 09/1/2011 – 9/30/2011 | $3,657.50 | $36.72 | $2,926.00 | $36.72 |
| Eighteenth Monthly Application 11/28/2011 | 10/1/2011 - 10/31/2011 | $27,908.00 | $75.93 | $22,326.40 | $75.93 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | **Objection Deadline: January 17, 2012 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## NINETEENTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 Through November 30, 2011 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

### BACKGROUND

1. On October 18, 2009 (the "**Petition Date**"), the above-captioned debtor (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. The Debtor continues in possession of its properties and continues to operate its businesses as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On March 3, 2010, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 368] (the "**Fee Examiner Order**") appointing Stuart Maue as Fee Examiner to the Court, *nunc pro tunc* to December 23, 2009.

4. The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.      Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

7.      The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis for work performed during the period from November 1, 2011 through November 30, 2011 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering service during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**.  All time entries and requested expenses are in compliance with Local Rule 2016-2.

10.     On November 12, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 104] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtor and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses.  After the expiration of a twenty (20) day objection period, the Debtor is authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee

application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.     In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtor and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $49,115.00 and expenses in the amount of $126.56.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

<u>**SUMMARY OF SERVICES RENDERED**</u>

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     In November 2011, the Fee Examiner prepared and submitted nine preliminary reports.

17.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses.  The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application. This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation. In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries. The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional. With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards. While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives. Stuart Maue's software assists in the identification of several issues related to expenses, including

mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.    Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional. The firm is invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.    Stuart Maue expended 148.20 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $49,115.00 for services performed as Fee Examiner at a blended hourly rate of $331.41. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $39,292.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C. Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $126.56.

## NOTICE

25.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    December 27, 2011
              Saint Louis, Missouri

                                        **STUART MAUE**

                                        By: _____
                                             John F. Theil, Esq.
                                             3840 McKelvey Road
                                             St. Louis, Missouri  63044
                                             Telephone:  (314) 291-3030
                                             Facsimile:  (314) 291-6546
                                             cdowbkr@smmj.com

                                        *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| John F. Theil | Manager | $375.00 | 37.30 | $13,987.50 |
| Kathryn Hough | Legal Auditor | $325.00 | 26.70 | 8,677.50 |
| Kathy Tahan | Legal Auditor | $325.00 | 10.90 | 3,542.50 |
| Janet Papageorge | Legal Auditor | $325.00 | 55.00 | 17,875.00 |
| Pamela Snyder | Legal Auditor/Acct. | $275.00 | 18.30 | 5,032.50 |
| | | Total: | 148.20 | $49,115.00 |
| | | Blended Hourly Rate: | $331.41 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 142.60 | $47,075.00 |
| Stuart Maue Retention/Compensation | 5.60 | $2,040.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (813 pages @ $0.10 per page) | $81.30 |
| Postage | $45.26 |
| Total | $ 126.56 |

# Exhibit B

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032295**
**Matter Number: 1032295**
**Claim Number: 09-13560 (CSS)**
**Firm: Berkeley Research Group, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| 11/04/2011 | JEP | 0.80 | Reviewed law firm billing entries and identified and classified task descriptions into relevant bankrutcy review categories for preparation of preliminary report. | 260.00 |
| | | 0.70 | Drafted memo listing bankruptcy Categories for Review and relevant comments to same. | 227.50 |
| | | 0.20 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding firm's first interim quarterly fee application. | 65.00 |
| | | 0.70 | Reviewed firm retention order and quarterly and interim applications. | 227.50 |
| | | 2.70 | Drafted fee examiner's preliminary report regarding firm's first interim quarterly fee application. | 877.50 |
| 11/14/2011 | JT | 0.70 | Review and analyze entries and work on draft of Preliminary Report. | 262.50 |
| 11/15/2011 | JT | 1.20 | Compare and analyze questioned entries and compare to prior work done and compare to time of work completed. | 450.00 |
| 11/16/2011 | JT | 0.20 | Finalize draft of Preliminary Report. | 75.00 |
| | | **7.90** | | **$2,637.50** |

### STUART MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032295**
**Matter Number: 1032295**
**Claim Number: 09-13560 (CSS)**
**Firm: Berkeley Research Group, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 11/30/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Janet E. Papageorge | JEP | 325.00 | x | 5.10 | = | $1,657.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| John Theil | JT | 375.00 | x | 2.10 | = | $787.50 |
| **Total for Legal Auditors:** | | | | **7.90** | | **$2,637.50** |
| **Total Hours Worked:** | | | | **7.90** | | |
| **Total Hours Billed:** | | | | **7.90** | | **$2,637.50** |

Exhibit: B

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032296**
**Matter Number: 1032296**
**Claim Number: 09-13560 (CSS)**
**Firm: Berkeley Research Group, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.60 | Reconcile fees in database to fees requested in interim application. | 165.00 |
| 11/04/2011 | JEP | 0.80 | Reviewed law firm billing entries and identified and classified task descriptions into relevant bankrutcy review categories for preparation of preliminary report. | 260.00 |
| | | 0.70 | Drafted memo listing bankruptcy Categories for Review and relevant comments to same. | 227.50 |
| | | 0.70 | Reviewed firm retention order and quarterly and interim applications. | 227.50 |
| 11/07/2011 | JEP | 0.20 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding firm's second interim fee application. | 65.00 |
| | | 3.60 | Continued drafting fee examiner's preliminary report regarding firm's second interim fee application. | 1,170.00 |
| 11/08/2011 | JEP | 0.80 | Finalized draft of fee examiner's preliminary report regarding firm's second interim quarterly application. | 260.00 |
| 11/14/2011 | JT | 1.10 | Review and verify entries and exhibits and work on draft of Preliminary Report, and isolate possible double billing issues with other applications. | 412.50 |
| 11/15/2011 | JT | 1.10 | Compare and analyze questioned entries and compare to prior work done and to time work was completed. | 412.50 |
| 11/16/2011 | JT | 0.20 | Finalize draft of Preliminary Report. | 75.00 |
| | | **9.80** | | **$3,275.00** |

# STUART√MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032296**
**Matter Number: 1032296**
**Claim Number: 09-13560 (CSS)**
**Firm: Berkeley Research Group, LLC**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 6.80 = | $2,210.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.60 = | $165.00 |
| John Theil | JT | 375.00 x | 2.40 = | $900.00 |
| **Total for Legal Auditors:** | | | 9.80 | $3,275.00 |
| **Total Hours Worked:** | | | 9.80 | |
| **Total Hours Billed:** | | | 9.80 | $3,275.00 |

Exhibit: B

# STUART MAUE
### LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032297**
**Matter Number: 1032297**
**Claim Number: 09-13560 (CSS)**
**Firm: Berkeley Research Group, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.60 | Reconcile fees in database to fees requested in interim application. | 165.00 |
| 11/08/2011 | JEP | 0.70 | Drafted listing of bankrutcy Categories for Review and relevant comments to same. | 227.50 |
| | | 0.20 | Drafted Table of Exhibits to accompany fee auditor's preliminary report regarding firm's third interim quarterly fee application. | 65.00 |
| | | 1.90 | Drafted fee auditor's prelimary report regarding firm's third interim quarterly fee application. | 617.50 |
| | | 0.60 | Reviewed law firm fee bills and classifed billing entries into bankrupcy review categories, including vague tasks, administrative activities, firm retention/compensation activities, and tasks relating to responding to fee auditor reports. | 195.00 |
| 11/14/2011 | JT | 0.80 | Review and verify billing entries, and revise and finalize Preliminary Report for BRG's 3rd Interim Fee Application. | 300.00 |
| 11/15/2011 | JT | 1.20 | Compare and analyze questioned entries and compare to prior work done and to time work was completed. | 450.00 |
| 11/16/2011 | JT | 0.20 | Finalize draft of Preliminary Report. | 75.00 |
| | | **6.20** | | **$2,095.00** |

**Exhibit: B**

*STUART* ╱ *MAUE*
LEGAL COST ╱ MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1032297
Matter Number: 1032297
Claim Number: 09-13560 (CSS)
Firm: Berkeley Research Group, LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 325.00 | x | 3.40 | = | $1,105.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| John Theil | JT | 375.00 | x | 2.20 | = | $825.00 |
| | | **Total for Legal Auditors:** | | 6.20 | | **$2,095.00** |
| | | **Total Hours Worked:** | | 6.20 | | |
| | | **Total Hours Billed:** | | 6.20 | | **$2,095.00** |

# STUART/MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1027415
Matter Number: 1027415
Claim Number: 09-13560 (CSS)
Firm: Catholic Diocese of Wilmington

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/02/2011 | JT | 0.40 | Verify status of fee applications received and status of preliminary reports. | 150.00 |
| | | 0.20 | Analyze general pleadings, and Young Conaway's Monthly Fee Application filed with the Court. | 75.00 |
| 11/03/2011 | JT | 0.20 | Review various pleadings filed, and certification of P. Jackson re application for compensation. | 75.00 |
| 11/04/2011 | JT | 0.20 | Discuss further handling of Schnader's Final Fee Application with P. Snyder. | 75.00 |
| 11/04/2011 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 11/08/2011 | JT | 0.20 | Review several emails from and draft email to Matt Babcock re BRG's fee applications. | 75.00 |
| | | 0.60 | Review current assignments and update further handling. | 225.00 |
| | | 0.70 | Review current filings, 21st monthly CNO from Pachulski, Notice of Agenda and Amended Notice of Agenda for 11/10/11 hearing. | 262.50 |
| | | 0.80 | Several discussions and emails with attorneys and accountant regarding assignments and further handling. | 300.00 |
| 11/10/2011 | KCT | 0.30 | Confer with JFT regarding status. | 97.50 |
| 11/14/2011 | JT | 0.40 | Review various filings, and monthly and interim CNOs and fee applications. | 150.00 |
| | | 0.20 | Outline handling of double billing assignment. | 75.00 |
| | | 0.80 | Continue to investigate issues and comparisons to all three interim applications to determine duplicative work and double billing. | 300.00 |
| 11/14/2011 | PSS | 0.20 | Scan documents for review by KMH. | 55.00 |
| 11/15/2011 | JT | 0.10 | Read and reply to Morgan Lewis' response to the preliminary report. | 37.50 |
| | | 0.30 | Review various pleadings filed and fee applications. | 112.50 |
| 11/15/2011 | PSS | 0.10 | Review applications recently received. | 27.50 |
| | | 1.90 | Review fees related to fee application preparation in BRG-CD1, CD2, and CD3 and compare to fees previously billed in this category in LECG applications and review timing of applications and responses. | 522.50 |
| 11/16/2011 | JT | 0.30 | Meeting with team to discuss handling of review, analysis and editing of time entries that are tied to fee applications. | 112.50 |
| | | 0.60 | Draft and finalize CNO and certificate of service for SMMJ's 17th Monthly fee application. | 225.00 |
| | | 0.70 | Review and verify data and update fees/expenses and filing information for use in future fee applications. | 262.50 |
| | | 3.10 | Review and analyze previous filings, payments made, and spreadsheets; and prepare drafts of the Notice of Fee Application, Cover Sheet, Interim Fee Application, Certification and Certificate of Service. | 1,162.50 |
| 11/16/2011 | KCT | 0.20 | Confer with JFT regarding status of current applications. | 65.00 |
| 11/16/2011 | PSS | 0.10 | Review SMMJ 7th Interim Fee Application and verify amounts. | 27.50 |



Invoice Date: 12/27/2011
Invoice Number: R1218 - 1027415
Matter Number: 1027415
Claim Number: 09-13560 (CSS)
Firm: Catholic Diocese of Wilmington

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/17/2011 | JT | 0.20 | Review email and attachments regrarding Young Conaway's 17th and 18th monthly fee applications. | 75.00 |
| | | 0.30 | Review final fee application filings and motion for extension of time regarding same. | 112.50 |
| 11/18/2011 | JT | 0.30 | Review various filings regarding CNOs to monthly and interim fee applications. | 112.50 |
| 11/18/2011 | PSS | 0.10 | Review applications recently received. | 27.50 |
| 11/21/2011 | JT | 0.20 | Read and respond to Fred Hoensch's email re: Schnader's response to the preliminary report to its final fee application. | 75.00 |
| | | 0.30 | Review recent filings including numerous monthly fee applications. | 112.50 |
| 11/23/2011 | JT | 2.40 | Review and analyze expense and fee reports and begin drafting the Notice of Application, Cover Sheet, Application, Summary of Fees, Certification and certificate of service for 18th Montly Fee Application. | 900.00 |
| 11/28/2011 | JT | 1.40 | Continue work on 18th Monthly Fee Application documents. | 525.00 |
| | | 0.30 | Examine various CNOs, monthly and final fee applications filed with the court. | 112.50 |
| | | 0.60 | Examine and verify summary of fees. | 225.00 |
| 11/28/2011 | PSS | 0.50 | Review SMMJ 18th Monthly Application and verify amounts. | 137.50 |
| 11/29/2011 | JT | 0.30 | Analyze recent filings including R.M. Fields Final application for compensation. | 112.50 |
| 11/29/2011 | PSS | 0.70 | Review applications recently received. | 192.50 |
| 11/30/2011 | JT | 0.40 | Examine earlier emails from Pepper and the file, and draft instructive email to Christopher Lano regarding electronic files needed to properly process his firms fee applications. | 150.00 |
| | | 0.20 | Review and analyze email and attachments from Pepper Hamilton re fee applications and invoices. | 75.00 |
| | | 0.60 | Review and analyze all fee applications of Pepper Hamiliton - through Final - and formulate plan on addressing inconsistencies. | 225.00 |
| | | 0.20 | Review recent filings. | 75.00 |
| | | 0.10 | Follow-up email from and respond to same regarding Ledes and excel formatted materials from Pepper Hamilton. | 37.50 |
| | | 0.20 | Discuss issues with Pepper's fee applications and discuss further handling. | 75.00 |
| 11/30/2011 | PSS | 5.50 | Review preliminary reports and exhibits and verify accuracy of amounts (YOUNG-CD5 (cont.), PACHUL-CD6, PACHUL-CD7, FIELD-CD2, FIELD-CD3, SIT-CD3, RAM-CD5,RAM-CD6). | 1,512.50 |
| | | 0.60 | Review applications received recently. | 165.00 |
| | | 0.90 | Review applications filed by Pepper Hamilton. | 247.50 |
| | | **29.00** | | **$9,780.00** |

**Exhibit: B**

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1027415**
**Matter Number: 1027415**

**Firm: Catholic Diocese of Wilmington**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 10.70 = | $2,942.50 |
| Kathy C. Tahan | KCT | 325.00 x | 0.50 = | $162.50 |
| John Theil | JT | 375.00 x | 17.80 = | $6,675.00 |
| | **Total for Legal Auditors:** | | **29.00** | **$9,780.00** |
| | **Total Hours Worked:** | | **29.00** | |
| | **Total Hours Billed:** | | **29.00** | **$9,780.00** |

## STUART⁄MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1031015**
**Matter Number: 1031015**
**Firm: Morgan, Lewis & Bockius LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.90 | Review preliminary report and exhibits and verify accuracy of amounts. | 247.50 |
| | | **0.90** | | **$247.50** |

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1031015**
**Matter Number: 1031015**
**Firm: Morgan, Lewis & Bockius LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 11/30/2011**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
|------|----------|------|-------|--------|
| | **Total for Legal Auditors:** | | 0.90 | $247.50 |
| | **Total Hours Worked:** | | 0.90 | |
| | **Total Hours Billed:** | | 0.90 | $247.50 |

# STUART⧸MAUE
### LEGAL COST ⧸ MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1032195
Matter Number: 1032195
Firm: Morgan, Lewis & Bockius LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | JEP | 0.40 | Reviewed law firm fee bill entries and identified and classified task descriptions referencing activities relating to conferencing, non-firm conferences, intraoffice conferences, vague communications and fee applications activities. | 130.00 |
| | | 0.40 | Drafted listing of bankrutcy Categories for Review. | 130.00 |
| | | 0.20 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding firm's sixth fee application. | 65.00 |
| | | 0.80 | Drafted first draft of fee examiner's preliminary report regarding firm's sixth fee application. | 260.00 |
| 11/03/2011 | JT | 0.40 | Review Fee Application and exhibits. | 150.00 |
| | | 0.60 | Review, verify and complete Preliminary Report. | 225.00 |
| 11/04/2011 | JT | 0.10 | Draft cover letter for Preliminary Report. | 37.50 |
| 11/04/2011 | PSS | 0.80 | Review preliminary report and exhibits and verify accuracy of amounts. | 220.00 |
| | | **3.70** | | **$1,217.50** |

**Exhibit: B**

# STUART/MAUE
### LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032195**
**Matter Number: 1032195**
**Firm: Morgan, Lewis & Bockius LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 11/30/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Janet E. Papageorge | JEP | 325.00 | X | 1.80 | = | $585.00 |
| Pamela S. Snyder | PSS | 275.00 | X | 0.80 | = | $220.00 |
| John Theil | JT | 375.00 | X | 1.10 | = | $412.50 |
| **Total for Legal Auditors:** | | | | **3.70** | | **$1,217.50** |
| **Total Hours Worked:** | | | | **3.70** | | |
| **Total Hours Billed:** | | | | **3.70** | | **$1,217.50** |

*STUART/MAUE*
LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032155**
**Matter Number: 1032155**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/02/2011 | KCT | 2.10 | Review, revise and finalize fee examiner's preliminary report regarding firm's sixth quarterly fee application. | 682.50 |
| 11/16/2011 | JT | 1.10 | Review, edit and verify preliminary report. | 412.50 |
| 11/30/2011 | JT | 0.10 | Finalize 6th and 7th reports and draft submission letter. | 37.50 |
| | | 3.30 | | $1,132.50 |

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032155**
**Matter Number: 1032155**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 11/30/2011**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathy C. Tahan | KCT | 325.00 | x | 2.10 | = | $682.50 |
| John Theil | JT | 375.00 | x | 1.20 | = | $450.00 |
| | **Total for Legal Auditors:** | | | **3.30** | | **$1,132.50** |
| | **Total Hours Worked:** | | | **3.30** | | |
| | **Total Hours Billed:** | | | **3.30** | | **$1,132.50** |



STUART/MAUE
LEGAL COST ∨ MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1032156
Matter Number: 1032156
Claim Number: 09-13560 (CSS)
Firm: Pachulski Stang Ziehl & Jones

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/02/2011 | KCT | 0.20 | Additional review of tasks identified as conferences for relation to nonfirm conferences and events. | 65.00 |
| | | 0.20 | Analyze fee entries categorized conferences for potential intraoffice conferences. | 65.00 |
| | | 0.30 | Examine fee entries related to conferences. | 97.50 |
| | | 0.70 | Review and analzye firm's seventh interim fee application. | 227.50 |
| | | 0.30 | Scrutinize all timekeepers' fee entries for utility to the case. | 97.50 |
| | | 0.50 | Study fee entries related to administrative/clerical activity and potential extended days. | 162.50 |
| | | 0.30 | Analyze fee entries related to block billing and travel and verify that travel is billed at 1/2 rate. | 97.50 |
| | | 0.20 | Examine all increments and compare to each timekeepers' overall billing for potential pattern. | 65.00 |
| | | 0.60 | Study activity descriptions related to written and oral communications and analyze for potential vague communications. | 195.00 |
| | | 0.10 | Assess all fee descriptions identified as intraoffice conference for potential intraoffice multiple attendance. | 32.50 |
| | | 0.30 | Analyze task descriptions categorized nonfirm conferences and events for relation to nonfirm multiple attendance. | 97.50 |
| | | 0.20 | Assess task entries related to potential double billing and legal research. | 65.00 |
| 11/04/2011 | KCT | 0.30 | Continue to verify fee descriptions identified as blocked billing, vague conferences, vague tasks, firm's retention and compensation and other professionals' retention and compensation. | 97.50 |
| | | 0.50 | Verify fee entries categorized adminstrative activity, clerical activity, nonfirm multiple attendance, nonfirm multiple attendance questioned, intraoffice conferences, intraoffice multiple attendance and timekeepers' roles. | 162.50 |
| | | 0.50 | Study all uncategorized activity descriptions with particular attention to other vague activity. | 162.50 |
| | | 0.60 | Begin drafting fee examiner's preliminary report regarding firm's seventh quarterly fee application. | 195.00 |
| | | 0.30 | Analyze fee descriptions related to firm's retention and compensation. | 97.50 |
| | | 0.40 | Review task descriptions regarding activity surrounding other case professionals' retention and compensation. | 130.00 |
| 11/16/2011 | JT | 0.80 | Review, edit and verify preliminary report. | 300.00 |
| 11/16/2011 | KCT | 1.00 | Review, revise and finalize fee examiner's preliminary report regarding firm's seventh interim fee application. | 325.00 |
| | | 0.80 | Continue drafting fee examiner's preliminary report. | 260.00 |
| | | **9.10** | | **$2,997.50** |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032156**
**Matter Number: 1032156**
**Claim Number: 09-13560 (CSS)**
**Firm: Pachulski Stang Ziehl & Jones**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 325.00 x | 8.30 = | $2,697.50 |
| John Theil | JT | 375.00 x | 0.80 = | $300.00 |
| | | **Total for Legal Auditors:** | **9.10** | **$2,997.50** |
| | | **Total Hours Worked:** | **9.10** | |
| | | **Total Hours Billed:** | **9.10** | **$2,997.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1032196
Matter Number: 1032196
Claim Number: 09-13560 (CSS)
Firm: R.M. Fields, LP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/10/2011 | JEP | 0.30 | Continued the review of law firm fee bills and the identification and classification of task descriptions referencing multiple attendances at intraoffice conferences. | 97.50 |
| | | 0.30 | Continued the review of law firm fee bills and the identification and classification of task descriptions referencing other vaguely described tasks. | 97.50 |
| | | 0.40 | Continued the review of law firm fee bills and the identification and classification of task descriptions referencing vaguely described communications, both oral and written. | 130.00 |
| | | 0.50 | Continued the review of law firm fee bills and the identification and classification of task descriptions referencing intraoffice conferences. | 162.50 |
| | | 0.40 | Continued the review of law firm fee bills and the identification and classification of task descriptions referencing multiple attendances and questioned multiple attendances at conferences with nonfirm personnel. | 130.00 |
| | | 0.30 | Continued the review of law firm fee bills and the identification and classification of task descriptions referencing conferences with nonfirm personnel. | 97.50 |
| | | 0.60 | Began drafting list of bankruptcy Categories for Review and related comments to same. | 195.00 |
| | | 0.40 | Began the review of law firm fee bills and the identification and classification of task descriptions referencing conferencing activities. | 130.00 |
| 11/11/2011 | JEP | 0.20 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding firm's second quarterly fee application. | 65.00 |
| | | 0.30 | Continued drafting listing of bankruptcy Categories for Review. | 97.50 |
| | | 0.40 | Continued review of law firm fee entries for the classification and identification of any task descriptions referencing long billing days, potential double-billed tasks, block-billed tasks, administrative activities, and clerical activities. | 130.00 |
| | | 2.20 | Drafted fee examiner's preliminary report regarding firm's second quarterly fee application. | 715.00 |
| | | 0.30 | Reviewed the firm's retention documentation, including the application, order and engagement letter, as same pertained to issues raised in billing entries. | 97.50 |
| 11/17/2011 | JT | 0.60 | Review, edit and verify Preliminary Report. | 225.00 |
| | | **7.20** | | **$2,370.00** |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date:** 12/27/2011
**Invoice Number:** R1218 - 1032196
**Matter Number:** 1032196
**Claim Number:** 09-13560 (CSS)
**Firm:** R.M. Fields, LP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 325.00 | x | 6.60 | = | $2,145.00 |
| John Theil | JT | 375.00 | x | 0.60 | = | $225.00 |
| | **Total for Legal Auditors:** | | | 7.20 | | $2,370.00 |
| | **Total Hours Worked:** | | | 7.20 | | |
| | **Total Hours Billed:** | | | 7.20 | | $2,370.00 |

**Exhibit: B**

### STUART⁄MAUE
LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032316**
**Matter Number: 1032316**
**Claim Number: 09-13560 (CSS)**
**Firm: R.M. Fields, LP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| 11/11/2011 | JEP | 0.30 | Began drafting listing of bankruptcy Categories for Review. | 97.50 |
| | | 0.30 | Began the review of law firm fee entries and the classification and identification of task descriptions referencing conferences, intraoffice conferences, nonfirm conferences, and vague communications. | 97.50 |
| | | 0.30 | Began draft of fee examiner's preliminary report regarding firm's third quarterly fee application. | 97.50 |
| 11/14/2011 | JEP | 0.20 | Drafted Table of Exhibits to accompany fee examiners preliminary report regarding firm's third interim quarterly fee application. | 65.00 |
| | | 0.50 | Continued drafting listing of bankrutcy Categories for Review. | 162.50 |
| | | 0.40 | Continued the review of law firm fee bill entries and the identification and classification of task descriptions referencing vaguely described tasks. | 130.00 |
| | | 2.90 | Drafted fee examiners preliminary report regarding firm's thirm interim quarterly fee application. | 942.50 |
| 11/17/2011 | JT | 0.80 | Review, edit and verify Preliminary Report. | 300.00 |
| 11/30/2011 | JT | 0.10 | Verify and draft submission letter for Field-CD2 and 3. | 37.50 |
| | | **6.50** | | **$2,122.50** |

**STUART*MAUE**
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032316**
**Matter Number: 1032316**

**Firm: R.M. Fields, LP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 325.00 | x | 4.90 | = | $1,592.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| John Theil | JT | 375.00 | x | 0.90 | = | $337.50 |
| | **Total for Legal Auditors:** | | | **6.50** | | **$2,122.50** |
| | **Total Hours Worked:** | | | **6.50** | | |
| | **Total Hours Billed:** | | | **6.50** | | **$2,122.50** |

**STUART/MAUE**
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032276**
**Matter Number: 1032276**
**Firm: Schnader, Harrison, Segal & Lewis**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | JEP | 0.30 | Began the review of law firm billing entries and the identification and classification of task descriptions referencing conferencing activities. | 97.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing intraoffice conferences. | 97.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing conferences with nonfirm personnel. | 97.50 |
| | | 0.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing multiple attendances at conferences. | 97.50 |
| | | 0.20 | Continued the review of law firm billing entries for the identification and classification of potential task descriptions referencing travel activities. | 65.00 |
| | | 0.20 | Continued the review of law firm billing entries for the identification and classification of block billed task descriptions. | 65.00 |
| | | 0.20 | Continued the review of law firm billing entries for the identification and classification of potential double billed task descriptions. | 65.00 |
| | | 0.20 | Continued the review of law firm billing entries for the identification and classification of potential tasks billed on days in which any timekeeper billed in excess of sixteen hours. | 65.00 |
| 11/02/2011 | JEP | 1.80 | Began drafting fee examiner's preliminary report regarding firm's first and final application. | 585.00 |
| | | 0.90 | Began drafting listing of bankruptcy Categories for Review and peritnent comments to same. | 292.50 |
| | | 1.30 | Continued the review of law firm billing entries and the identification and classification of task descriptions referencing research activities, clerical/administrative activities, block-billed tasks, and vaguely described tasks. | 422.50 |
| 11/03/2011 | JEP | 5.30 | Continued drafting fee examiner's preliminary report regarding firm's final fee application. | 1,722.50 |
| | | 0.60 | Drafted revisions to listing of bankrutcy Categories for Review and relevant comments to same. | 195.00 |
| | | 0.40 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding firm's final fee application. | 130.00 |
| 11/03/2011 | JT | 0.60 | Review and analyze orders and Final Fee Application. | 225.00 |
| 11/04/2011 | JT | 0.80 | Review and analyze exhibits in preparation for editing and finalizing Preliminary Report. | 300.00 |
| | | 1.90 | Verify and work on draft of Preliminary Report for Schnader's Final Fee Application. | 712.50 |
| | | 0.10 | Review email from C. Hehn regarding handling of Schnader's Final Fee Application. | 37.50 |
| 11/04/2011 | PSS | 1.00 | Review preliminary report and exhibits and verify accuracy of amounts. | 275.00 |

**STUART/MAUE**
LEGAL COST \/ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032276**
**Matter Number: 1032276**
**Firm: Schnader, Harrison, Segal & Lewis**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| | | 16.70 | | $5,547.50 |

# STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032276**
**Matter Number: 1032276**
**Firm: Schnader, Harrison, Segal & Lewis**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 325.00 | x | 12.30 | = | $3,997.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.00 | = | $275.00 |
| John Theil | JT | 375.00 | x | 3.40 | = | $1,275.00 |
| | | **Total for Legal Auditors:** | | **16.70** | | **$5,547.50** |
| | | **Total Hours Worked:** | | **16.70** | | |
| | | **Total Hours Billed:** | | **16.70** | | **$5,547.50** |

# STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1030876**
**Matter Number: 1030876**
**Claim Number: 09-13560 (CSS)**
**Firm: Sitrick and Company Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.40 | Reconcile fees in database to fees requested in interim application. | 110.00 |
| | | 0.30 | Review expenses requested in application and draft expense section of the report. | 82.50 |
| 11/08/2011 | JEP | 0.90 | Drafted listing of bankruptcy Categories for Review and relevant comments to same. | 292.50 |
| | | 1.20 | Reviewed law firm fee bills and classifed billing entries into bankrupcy review categories, including conferences, vague tasks, block-billed tasks, multiple attendances at conferences, vague communications, and other vague tasks. | 390.00 |
| | | 0.90 | Began drafting fee examiner's preliminary report regarding firm's third interim quarterly fee application. | 292.50 |
| 11/10/2011 | JEP | 0.40 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding the firm's third interim quarterly fee application. | 130.00 |
| | | 0.60 | Made revisions/additions to listing of bankruptcy Categories for Review and related comments to same. | 195.00 |
| | | 3.60 | Continued drafting fee examiner's preliminary report regarding the firm's third interim quarterly fee application. | 1,170.00 |
| 11/17/2011 | JT | 0.60 | Review, edit and verify Preliminary Report. | 225.00 |
| | | **8.90** | | **$2,887.50** |

Exhibit: B

# STUART MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1030876**
**Matter Number: 1030876**
**Claim Number: 09-13560 (CSS)**
**Firm: Sitrick and Company Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 7.60 = | $2,470.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.70 = | $192.50 |
| John Theil | JT | 375.00 x | 0.60 = | $225.00 |
| | **Total for Legal Auditors:** | | 8.90 | $2,887.50 |
| | **Total Hours Worked:** | | 8.90 | |
| | **Total Hours Billed:** | | 8.90 | $2,887.50 |

**STUART/MAUE**
LEGAL COST ∨ MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1032197
Matter Number: 1032197
Claim Number: 09-13560 (CSS)
Firm: The Ramaekers Group, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/11/2011 | KH | 2.30 | Analyze fee entries and identify potentially improper billing practices. | 747.50 |
| | | 0.30 | Identify instances of multiple attendance at non-firm conferences. | 97.50 |
| 11/14/2011 | KH | 1.10 | Draft Preliminary Report. | 357.50 |
| 11/17/2011 | JT | 0.80 | Review, edit and verify Preliminary Report. | 300.00 |
| | | **4.50** | | **$1,502.50** |

# *STUART/MAUE*
### LEGAL COST ✓ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032197**
**Matter Number: 1032197**
**Claim Number: 09-13560 (CSS)**
**Firm: The Ramaekers Group, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 325.00 x | 3.70 = | $1,202.50 |
| John Theil | JT | 375.00 x | 0.80 = | $300.00 |
| | **Total for Legal Auditors:** | | 4.50 | $1,502.50 |
| | **Total Hours Worked:** | | 4.50 | |
| | **Total Hours Billed:** | | 4.50 | $1,502.50 |


### STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032315**
**Matter Number: 1032315**
**Claim Number: 09-13560 (CSS)**
**Firm: The Ramaekers Group, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/01/2011 | PSS | 0.60 | Reconcile fees in database to fees requested in interim application. | 165.00 |
| 11/14/2011 | JEP | 0.80 | Began drafting listing of bankruptcy Categories for Review. | 260.00 |
| | | 1.40 | Began the review of law firm billing entries and the identification and classification of task descriptions referencing conferences, intraoffice conferences, nonfirm conferences, multiple attendances, and firm retention/compensation activities. | 455.00 |
| | | 0.90 | Began drafting fee examiner's preliminary report regarding firm's sixth interim quarterly fee application. | 292.50 |
| 11/15/2011 | JEP | 0.60 | Continued drafting listing of bankruptcy Categories for Review. | 195.00 |
| | | 0.20 | Drafted Table of Exhibits to accompany fee examiner's preliminary report regarding the firm's sixth interim quarterly fee application. | 65.00 |
| | | 2.60 | Continued drafting the fee examiner's preliminary report regarding the firm's sixth interim quarterly fee application. | 845.00 |
| 11/17/2011 | JT | 0.70 | Review, edit and verify Preliminary Report. | 262.50 |
| | | **7.80** | | **$2,540.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1032315**
**Matter Number: 1032315**
**Claim Number: 09-13560 (CSS)**
**Firm: The Ramaekers Group, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 325.00 x | 6.50 = | $2,112.50 |
| Pamela S. Snyder | PSS | 275.00 x | 0.60 = | $165.00 |
| John Theil | JT | 375.00 x | 0.70 = | $262.50 |
| | **Total for Legal Auditors:** | | **7.80** | **$2,540.00** |
| | **Total Hours Worked:** | | **7.80** | |
| | **Total Hours Billed:** | | **7.80** | **$2,540.00** |

**Exhibit: B**

STUART/MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 12/27/2011
Invoice Number: R1218 - 1030955
Matter Number: 1030955
Claim Number: 09-13560 (CSS)
Firm: Young Conaway Stargatt & Taylor, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 11/30/2011** | | | | |
| 11/02/2011 | KH | 4.90 | Analyze fee entries for purpose of idenifying potentially improper billing practices. | 1,592.50 |
| 11/03/2011 | KH | 1.70 | Identify non-firm and intraoffice conferences. | 552.50 |
| | | 1.30 | Identify fees related to fee applications. | 422.50 |
| 11/08/2011 | KH | 1.00 | Identify multiple attendance at non-firm conferences. | 325.00 |
| | | 3.10 | Continue to identify non-firm and intraoffice conferences. | 1,007.50 |
| 11/10/2011 | KH | 0.90 | Continue to identify billing for multiple attendance at non-firm conferences. | 292.50 |
| | | 1.20 | Identify instances of multiple timekeepers billing for attendance at intraoffice conferences. | 390.00 |
| 11/10/2011 | PSS | 0.40 | Revise fee entries to proportionalize time entries block billed by the firm. | 110.00 |
| 11/11/2011 | KH | 1.40 | Analyze fee entries for purpose of identifying timekeepers whose efforts failed to advance the matter. | 455.00 |
| | | 4.90 | Draft Preliminary Report. | 1,592.50 |
| 11/14/2011 | KH | 2.60 | Continue drafting Preliminary Report. | 845.00 |
| 11/18/2011 | JT | 2.60 | Review, analyze and verify fee applications and exhibits and work on draft of Preliminary Report. | 975.00 |
| 11/29/2011 | PSS | 0.60 | Review preliminary report and exhibits to verify amounts and calculations. | 165.00 |
| 11/30/2011 | JT | 0.10 | Verify preliminary report and draft cover letter. | 37.50 |
| | | **26.70** | | **$8,762.50** |

# STUART/MAUE
### LEGAL COST ⋁ MANAGEMENT

**Invoice Date: 12/27/2011**
**Invoice Number: R1218 - 1030955**
**Matter Number: 1030955**
**Claim Number: 09-13560 (CSS)**
**Firm: Young Conaway Stargatt & Taylor, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 11/30/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathryn Hough | KH | 325.00 | x | 23.00 | = | $7,475.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.00 | = | $275.00 |
| John Theil | JT | 375.00 | x | 2.70 | = | $1,012.50 |
| | **Total for Legal Auditors:** | | | 26.70 | | $8,762.50 |
| | **Total Hours Worked:** | | | 26.70 | | |
| | **Total Hours Billed:** | | | 26.70 | | $8,762.50 |

**STUART MAUE**
LEGAL COST / MANAGEMENT

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 11/30/2011** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 325.00 X | 26.70 = | $8,677.50 |
| Janet E. Papageorge | JEP | 325.00 X | 55.00 = | $17,875.00 |
| Pamela S. Snyder | PSS | 275.00 X | 18.30 = | $5,032.50 |
| Kathy C. Tahan | KCT | 325.00 X | 10.90 = | $3,542.50 |
| John Theil | JT | 375.00 X | 37.30 = | $13,987.50 |
| | **Total for Legal Auditors:** | | **148.20** | **$49,115.00** |
| | **Total Hours Worked:** | | **148.20** | |
| | **Total Hours Billed:** | | **148.20** | **$49,115.00** |

# Exhibit C

EXHIBIT C

## Catholic Diocese of Wilmington - November 2011 Expenses

PHOTOCOPIES:

|  |  |  |
|---|---|---|
| 813 at $0.10/Page | $ | 81.30 |

POSTAGE:

|  |  |  |
|---|---|---|
| Postage Paid | $ | 45.26 |
| **TOTAL EXPENSES:** | **$** | **126.56** |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | Objection Deadline: January 17, 2012 4:00 pm (ET) Hearing Date: Only If Objection Filed |

### CERTIFICATION OF JOHN F. THEIL

I, John F. Theil, hereby certify that:

1.     I am a Senior Legal Auditor at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

2.     This Certification is made in support of the Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 Through November 30, 2011 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.     I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:     December 27, 2011
           Saint Louis, Missouri

STUART MAUE

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
cdowbkr@smmj.com

*Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc.,<br>a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, John F. Theil , hereby certify that a true and correct copy of the **Notice of Application** and the **Nineteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 Through November 30, 2011** have been served via First Class Mail to the Notice Parties on the attached service list on this 27th day of December, 2011.

STUART MAUE

By:

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
cdowbkr@smmj.com

*Fee Examiner*

# CATHOLIC DIOCESE OF WILMINGTON, INC.

## SERVICE LIST RE NINETEENTH MONTHLY FEE APPLICATION

Catholic Diocese of Wilmington, Inc.
Reverend Msgr. J. Thomas Cini
1925 Delaware Avenue
P.O. Box 2030
Wilmington, DE 19801

The Office of the United States Trustee
David Klauder, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

Young Conaway Stargatt & Taylor, LLP
Robert Brady, Esq.
1000 West Street, 17th Floor
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones LLP
James I. Stang, Esq.
10100 Santa Monica Blvd. 11th Floor
Los Angeles, CA 90067-4100

Pachulski Stang Ziehl & Jones LLP
Curtis A. Hehn, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Pepper Hamilton LLP
Donald J. Detweiler, Esq.
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899