### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Catholic Diocese of Wilmington Inc., a Delaware Corporation | Case No. 09-13560 (CSS) |
| Debtor. | |

### FEE EXAMINER'S FINAL REPORT REGARDING THE FINAL APPLICATION OF PEPPER HAMILTON LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner And Establishing Related Procedures For Compensation And Reimbursement Of Expenses For Professionals And Consideration of Fee Applications* [Docket No. 368] (the "**Fee Examiner Order**") in connection with the *Final Application of Pepper Hamilton LLP* [Docket No. 1763] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $347,531.50[1] and reimbursement of expenses that total $12,901.23 for the period from April 25, 2011 through September 30, 2011. Pepper Hamilton ("**Pepper**") serves as counsel for the Official Committee of Lay Employees.

#### Background

1.     On October 18, 2009, (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     On or about November 10, 2009, the Official Committee of Lay Employees submitted its Application of the Official Committee of Lay Employees for Entry of an Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Counsel to the Committee [Docket No. 1272] (the "**Retention Application**"). By order dated June 6, 2011, this Court approved the retention of Pepper [Docket No. 1345] (the "**Retention Order**").

---

[1] The Fee Application states that it requests approval of $341,531.50 in fees, however based on the supporting documentation provided by Pepper, the requested fees total $347,531.50. The fee examiner presumes this was a mere scrivener's error, and is using $347,531.50 as the amount of Fees Requested.

3.      Pepper submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (November 12, 2009) [Docket No. 104] (the "**Interim Compensation Order**").

**Applicable Standards**

4.      In light of the size and complexity of this Chapter 11 case, the Bankruptcy Court appointed Stuart Maue as the Fee Examiner to act as a special consultant to the Bankruptcy Court for professional fee and expense analysis and review.  See, *Fee Examiner Order*, (March 3, 2010) [Docket No. 368].

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Final Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and provided a Preliminary Report to Pepper for review and comment.  The firm submitted a formal response to the Preliminary Report, as well as participated in a telephone conference with the Fee Examiner.  After evaluation and consideration of all information provided by Pepper, the Fee Examiner submits this Final Report for the Court's consideration.  This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS – FINAL FEE APPLICATION

### Technical Requirements

9.    **Fee Discount.**  On November 9, 2011, Pepper filed three Amended Monthly Fee Applications covering the period April 25, 2011 to July 31, 2011, voluntarily reducing its fees by

twenty-five percent (a reduction of $106,593.49). In order to properly perform a full analysis of the fees invoiced by Pepper, the Fee Examiner adjusted the firm's hourly rates during this time period to account for the discount across all time entries rather than as a bottom line reduction.

10.    **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application (**"Fees Requested"** and **"Expenses Requested"**) to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm (**"Fees Computed"** and **"Expenses Computed"**). The Fee Examiner determined that the Fees Computed exceeded the Fees Requested[2] by $292.13, resulting in an apparent undercharge. The discrepancy is the result of task hours within two entries that did not equal the time billed for the entry as a whole and a calculation error in the total requested in the Fee Application, as displayed in **Exhibit A**.[3] The firm agreed with the Fee Examiner and increased its Fees Requested accordingly. Exhibit A is omitted from this report.

The Fee Examiner further determined that there was no discrepancy between the Expenses Requested and the Expenses Computed. The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

11.    **Block Billing.**[4] The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment."

---

[2] See Footnote 1, supra.

[3] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[4] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

*Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[5]  The Fee Examiner identified only minimal instances of blocked billing, and makes no recommendation for a fee reduction.

12.     **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines* ¶(b)(4)(v).  The Fee Examiner reviewed the Fee Application and determined that the firm properly recorded time entries in tenths of an hour.

13.     **Potential Double Billing.**  Potentially double billed entries are tasks that appear to be duplicated (i.e., invoiced on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).  The Fee Examiner identified two billing entries that were duplicated in identical or similar time increments on the same day.  The entries were displayed in **Exhibit B** to the Preliminary Report and the questioned task, totaling 3.60 hours with associated fees of $1,093.50, was highlighted in bold print and marked with an ampersand [&] in the exhibit.  In response, Pepper agreed to reduce the questioned task by 3.60 hours with associated fees of $1,093.50.  No additional fee reduction is made, and Exhibit B is omitted from this report.

### Review of Fees

14.     **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether

---

[5] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 17 Pepper professionals and paraprofessionals who billed to this matter, consisting of five partners, six associates, three paralegals, one summer associate, one secretary, and one document clerk. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C**.

The firm billed a total of 1,030.90 hours with associated fees of $347,823.63[6] (net of the voluntary reduction). The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 512.30 | 50% | $226,508.38 | 65% |
| Associate | 411.70 | 40% | 106,860.00 | 31% |
| Paralegal | 73.10 | 7% | 12,694.13 | 4% |
| Summer Associate | 1.70 | * | 172.12 | * |
| Secretary | 0.80 | * | 93.00 | * |
| Document Clerk | 31.30 | 3% | 1,496.00 | * |
| TOTAL | 1,030.90 | 100% | $347,823.63 | 100% |

* Less than 1%

The blended hourly rate for the Pepper professionals[7] is $360.79 and the blended hourly rate for professionals and paraprofessionals is $337.40.

15.    **Hourly Rate Increases.** Pepper did not increase the hourly rates of timekeepers during this interim period.

16.    **Timekeepers' Roles.** A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including conducting a comparison to others' efforts. On the whole, each Pepper timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete,

---

[6] This amount reflects the Fees Computed.

[7] Summer associates are not included in calculation of the blended rate for professionals.

necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested the firm provide supplemental information regarding the necessity and specific contribution of one timekeeper who invoiced fees for reviewing pleadings and for two intraoffice conferences. The time entries invoiced by the questioned timekeeper were displayed in **Exhibit D** to the Preliminary Report, and totaled 1.20 hours with $504.00 in associated fees. In response, Pepper agreed to reduce the fees of the questioned timekeeper by 1.20 hours with associated fees of $504.00. No additional fee reduction is made by the Fee Examiner, and Exhibit D is omitted from this report.

17.     **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more (and up to eleven) Pepper timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 48.90 hours with $17,527.88 in associated fees, were displayed in **Exhibit E** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference, hearing, or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries total 27.00 hours with $8,155.50 in associated fees, and were highlighted in bold and marked

with an ampersand [&] in the exhibit. The Fee Examiner requested the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, Pepper referred to the lengthy case background previously referenced and stated that where, for example, multiple firm attorneys attended a hearing it was due to the fact that each individual was responsible for an aspect of the hearing. The firm also discussed the extremely complex and contentious nature of case, which required three specialized teams being utilized at the firm. Finally, Pepper noted the 25% discount applied by the firm. After consideration of the substantial information provided by Pepper, the Fee Examiner makes no recommendation for a fee reduction. Exhibit E is omitted from this report.

18.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Pepper timekeepers describing intraoffice conferences totaling 92.33 hours with $33,805.38 in associated fees, or approximately 10% of the Fees Computed, as were displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more (and in some cases as many as twelve) firm personnel total 51.80 hours with $18,066.75 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested the firm provide an explanation for the unusually high percentage of fees resulting from intrafirm communication and the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, Pepper referred to the lengthy case background previously referenced and stated that where, for example, multiple firm attorneys attended a conference it was due to the fact that each individual was responsible for certain aspects of the case. The firm also discussed the extremely complex and contentious nature of the case, which required three specialized

teams being utilized by the firm. Finally, Pepper noted the 25% discount applied by the firm. After consideration of the substantial information provided by Pepper, the Fee Examiner makes no recommendation for a fee reduction. Exhibit F is omitted from this report.

19.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. Contrary to the requirements of the Local Rules and the UST Guidelines, certain activity descriptions in the Application were not sufficiently detailed.

a.    **Vaguely Described Tasks.** The Fee Examiner identified a single entry totaling 1.20 hours with $645.00 in associated fees in which a task was not described with sufficient detail. The task was displayed on **Exhibit G** to the Preliminary Report. The Fee Examiner requested Pepper provide additional detail regarding this billing entry. In response to the Preliminary Report, the firm discussed in detail, with the Fee Examiner, the task description in question. The additional information brings the entries into compliance with the Local Rules and UST Guidelines and, accordingly, the Fee Examiner makes no recommendation for a fee reduction. Exhibit G is omitted from this report.

b.    **Vaguely Described Communications.** The Fee Examiner reviewed the substantive detail of each billing entry describing communication activities and identified 28.60 hours

with $12,553.19 in associated fees where the billing narrative failed to disclose the subject matter of and/or participants to a communication. The questioned entries were set forth in **Exhibit H** to the Preliminary Report. The Fee Examiner requested Pepper provide sufficient detail for each time entry and in particular disclose the subject matter and participants for every billing activity describing communications. In response to the Preliminary Report, the firm discussed in detail, with the Fee Examiner, each of the entries in question. The additional information brings the entries into compliance with the Local Rules and UST Guidelines and, accordingly, the Fee Examiner makes no recommendation for a fee reduction. Exhibit H is omitted from this report.

20.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner identified tasks in the Fee Application that described administrative activities relating to reviewing and editing monthly invoices. While the preparation of fee applications is compensable, preparing and reviewing firm invoices -- a task that is necessary for any firm engagement, whether bankruptcy or non-bankruptcy -- remains an administrative task to be absorbed by the firm.[8]   Additionally, the scheduling or arranging a conference call or call in number is also

---

[8] Unlike the preparation of fee applications, work related to a firm's bills is not compensable in bankruptcy proceedings or otherwise:

Time records are used for a variety of reasons unrelated to the allowance of fee applications and any additional requirement imposed by the court should have been known in advance. Keeping time records is an integral aspect of bankruptcy representation and is not entitled to additional compensation.

*In re CF & I Fabricators of Utah, Inc.,* 131 B.R. 474, 484 (Bankr. D. Utah 1991).

If errors have been made, entries are incomplete or inconsistent with those of other professionals, and time records require editing to comply with court standards, such editing services are clerical functions and not compensable, even though they may be performed by a professional.

*Id.* at 485; *In re SonicBlue Inc.,* Nos. 03-51775, 03-51776, 03-51777, 03-51778, 2006 WL 2067882 (Bankr. N.D. Cal. July 24, 2006) ("While time expended to prepare a fee application, including drafting the narrative, is compensable, time expended to review and edit time entries is not. Where the time entries require revision to conform to the court's standards, the editing services are administrative functions that are not compensable even if they are performed by a professional.") (citing *CF & I Fabricators,* 131 B.R. at 485); *In re Dimas, LLC,* 357 B.R. 563, 591 (Bankr. N.D. Cal. 2006) (same); *In re Computer Learning Ctrs., Inc.,* 285 B.R. 191, 219-20 (Bankr. E.D. Va. 2002) (same).

traditionally a part of a firm's overhead.  The questioned entries, totaling 2.20 hours and fees of $843.63, were displayed in **Exhibit I** to the Preliminary Report.  In response, Pepper agreed to the Fee Examiner's proposed reductions, which resulted in a reduction of the 2.20 hours, which had associated fees in the amount of $843.63.  Exhibit I is omitted from this report.

21.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[9]  The Fee Examiner reviewed each timekeeper's billing activities and identified numerous entries that could be considered clerical in nature.  The questioned entries were displayed in **Exhibit J** to the Preliminary Report and totaled 14.20 hours with $1,761.75 in associated fees.  In response to the Preliminary Report, the firm provided an explanation that contained additional information regarding the questioned activities.  The additional information clarified the nature of and the skill required to perform the questioned activities.  In light of the firm's response, the Fee Examiner makes no recommendation for a fee reduction, and Exhibit J is omitted from this report.

22.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*.  Pepper billed 6.00 hours and $1,578.75 for travel using the timekeepers' regular billing rate, were displayed in **Exhibit K** to the Preliminary Report.  The Fee Examiner noticed the firm wrote "(Billed at Half Rate)" at the end of each billing entry.  However, it is unclear if the entries actually comply with the Local Rule.  To verify compliance, the Fee Examiner requested that, for each entry, Pepper indicate the total time spent on travel as well as the total amount billed.  In response, the firm verified that the travel time was billed at half of the regular hourly rates – by billing half of the actual time.

---

[9] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

The Fee Examiner makes no recommendation for a reduction, and Exhibit K is omitted from this report.

23. **Pepper Retention/Compensation.** Pepper billed 42.30 hours with associated fees of $9,333.63 to prepare the firm's retention documents and applications for compensation, which computes to approximately 3% of the Fees Computed.   The fee entries describing Pepper's retention/compensation activities are displayed in **Exhibit L**, which is included in the Final Report for the Court's reference.

24. **Other Firms' Retention/Compensation.** Pepper billed 23.40 hours with associated fees of $6,428.50 relating to other firms' retention and applications for compensation, which computes approximately 2% of the Fees Computed.   The fee entries describing other firms' retention/compensation activities are displayed in **Exhibit M**, which is included in the Final Report for the Court's reference.

25. **Post-Confirmation Fees.** Pepper billed 24.60 hours with associated fees of $8,244.50 in fees from September 27, 2011 through October 31, 2011.   These fees were included in the Final Application and were reviewed by the Fee Examiner.   To avoid a potential delay in the Final Fee hearing and rather than excluding the fees and having the firm resubmit them pursuant to the Plan, the Debtor, through counsel, agreed to allow the fees to be included in the Final Report.   For reference purposes only, the post-confirmation fees are displayed in **Exhibit M-1**, which is included in this report.

**Review of Expenses**

26. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.   The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that

applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. Pepper provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

27.    **Photocopies.** The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*. The firm requested reimbursement for duplication charges calculated at a rate of $0.10 per page.

28.    **Computer Assisted Legal Research.** The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*. Pepper requested reimbursement for computer assisted legal research charges totaling $222.70, and the firm's monthly applications indicated that the firm "normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense."

29.    **Vaguely Described Travel Expenses.** Pepper requested reimbursement for the travel expenses that were displayed in **Exhibit N** to the Preliminary Report. The Fee Examiner requested detail itemization and/or supporting documentation for the charges including the type of charges incurred (airfare, lodging, etc.) and the amount of each charge. With regard to meals, the Fee Examiner further requested that Pepper provide information regarding the type of meal (breakfast, lunch, or dinner), whether the meal relates to travel, and the number of attendees for the meal expense. The Fee Examiner has applied and the Court has followed the following per person ceilings for meals: breakfast at $15.00 per person, lunch at $25.00 per person, and dinner at $50.00 per person; and the ceiling for lodging is $350.00 per night (domestic). In response, Pepper provided a detailed

explanation of the expenses in question.  In light of the detailed response, the Fee Examiner makes no recommendation for a reduction, and omits Exhibit N from this report.

30.   **Overhead Expenses.**   The UST Guidelines state that nonreimbursable overhead "includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges." *UST Guidelines* *¶(b)(5)(vii)*.  Pepper requested reimbursement of $15.30 for corporate supplies.  The Fee Examiner requested Pepper provide an explanation for the necessity and purpose of the charge displayed in **Exhibit O** to the Preliminary Report.  In response, Pepper agreed to the proposed expense reduction in the amount of $15.30.  Exhibit O is omitted from this report.

31.   **Meals.**   Pepper requested reimbursement of $54.50 for an in-house meal.  Based on the information provided, it appears that the meal charge solely involved employees of Pepper.  The Fee Examiner requested that Pepper provide supplemental information explaining the purpose of the meal charge displayed in **Exhibit P** to the Preliminary Report.  In response, Pepper agreed to the proposed expense reduction in the amount of $54.50.  Exhibit P is omitted from this report.

32.   **Website Maintenance Expenses.**   Pepper requested reimbursement for charges totaling $4,500.00 described as "Website Maintenance."  The Fee Examiner requested that Pepper provide additional information and/or supporting documentation with regard to these charges including an explanation for the necessity and purpose of the charges.  The questioned expense was set forth in **Exhibit Q** to the Preliminary Report.  In response, Pepper provided a detailed explanation regarding the purpose and necessity of the expenses in question.  In light of the detailed response, the Fee Examiner makes no recommendation for a reduction, and omits Exhibit Q from this report.

## CONCLUSION – FINAL FEE APPLICATION

The Fee Examiner submits this final report regarding the Final Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends approval of Pepper Hamilton LLP's fees in the amount of $345,382.50 ($347,531.50 minus $2,149.00) and reimbursement of expenses  hat total $12,831.43 ($12,901.23 minus $69.80) for the period from April 25, 2011 through October 31, 2011.[10] The findings are set forth in the summary on the following page.

---

[10]  Pepper's Final Fee Application states the period covered runs through September 30, 2011. However, the fees submitted by the firm in the fee application extend through October 31, 2011. (See Exhibit M-1).

**PEPPER HAMILTON LLP**

<u>SUMMARY OF FINDINGS</u>

<u>Final Application (April 25, 2011 through September 30, 2011)</u>

**A.      <u>Amounts Requested and Computed</u>**

| | | |
|---|---|---|
| Fees Requested | $347,531.50 | |
| Expenses Requested | 12,901.23 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $360,432.73 |
| | | |
| Fees Computed | $347,823.63 | |
| Expenses Computed | 12,901.23 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $360,724.86 |
| | | |
| Discrepancy in Fees | ($    292.13) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($    292.13) |

**B.      <u>Recommended Fee Allowance and Expense Reimbursement</u>**

| | | |
|---|---|---|
| Fees Requested | $347,531.50 | |
| *Discrepancy in Fees* | *$    292.13* | |
| *Agreed Reduction for Potential Double Billing* | *(1,093.50)* | |
| *Agreed Reduction for Timekeepers' Roles* | *(504.00)* | |
| *Agreed Reduction for Administrative Activities* | *(843.63)* | |
| Subtotal | *($2,149.00)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $345,382.50 |
| | | |
| Expenses Requested | $12,901.23 | |
| *Agreed Reduction for Overhead Expenses* | *($15.30)* | |
| *Agreed Reduction for Meals* | *(54.50)* | |
| Subtotal | *($69.80)* | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 12,831.43 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $358,213.93 |

Respectfully submitted,

**STUART MAUE**

By:

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:     (314) 291-6546
cdowbkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 16th day of February, 2012.

Reverend Msgr. J. Thomas Cini
Vicar General
Catholic Diocese of Wilmington, Inc.
1925 Delaware Avenue
PO Box 2030
Wilmington, DE  19899-2030

Robert S. Brady, Esq.
Partner
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Mr. David M. Klauder
The Office of the United States Trustee for the
    District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

James I. Stang, Esq.
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl & Jones
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

Donald J. Detweiler, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899

John F. Theil, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Pepper Hamilton LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| DJDE | Detweiler, Donald J. | PARTNER | $450.00 | $600.00 | 397.80 | $181,665.00 |
| DKAP | Kaplan, David M. | PARTNER | $423.75 | $565.00 | 70.00 | $29,733.13 |
| KHJO | Jones, Kristin H. | PARTNER | $318.75 | $318.75 | 37.80 | $12,048.75 |
| DFOU | Fournier, David M. | PARTNER | $465.00 | $465.00 | 5.50 | $2,557.50 |
| MBLA | Blaskey, Mark S. | PARTNER | $420.00 | $420.00 | 1.20 | $504.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $442.14 | | 512.30 | $226,508.38 |
| | | | | % of Total: | 49.69% | % of Total:   65.12% |
| JCAR | Carignan, James C. | ASSOCIATE | $303.75 | $405.00 | 105.90 | $33,382.13 |
| MCRU | Crumbock, Michael J. | ASSOCIATE | $0.00 | $385.00 | 77.00 | $22,734.25 |
| DMYE | Myerowitz, Daniel | ASSOCIATE | $176.25 | $176.25 | 108.80 | $19,176.00 |
| JHSC | Schanne II, John H. | ASSOCIATE | $232.50 | $310.00 | 63.20 | $15,174.50 |
| DKOV | Kovsky-Apap, Deborah | ASSOCIATE | $300.00 | $300.00 | 49.90 | $14,970.00 |
| CBHO | Holtzman, Chad B. | ASSOCIATE | $206.25 | $206.25 | 6.90 | $1,423.13 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $259.56 | | 411.70 | $106,860.00 |
| | | | | % of Total: | 39.94% | % of Total:   30.72% |
| CLAN | Lano, Christopher | PARALEGAL | $161.25 | $215.00 | 51.60 | $9,884.63 |
| RSHU | Hudson, Rebecca S. | PARALEGAL | $116.25 | $155.00 | 18.70 | $2,402.50 |
| CALE | Lewis, Christopher A. | PARALEGAL | $138.75 | $185.00 | 2.80 | $407.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $173.65 | | 73.10 | $12,694.13 |
| | | | | % of Total: | 7.09% | % of Total:   3.65% |
| CBCH | Chuff, Christopher B. | SUMMER ASSOC | $101.25 | $101.25 | 1.70 | $172.13 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $101.25 | | 1.70 | $172.13 |
| | | | | % of Total: | 0.16% | % of Total:   0.05% |
| CMVE | Vernon, Cynthia M. | SECRETARY | $116.25 | $116.25 | 0.80 | $93.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Pepper Hamilton LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 1 | Blended Rate for Position: | $116.25 | | 0.80 | $93.00 |
| | | | | | % of Total: 0.08% | % of Total: 0.03% |
| DSMI | Smith, David | DOCUMENT CLERK | $41.25 | $55.00 | 31.30 | $1,496.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $47.80 | | 31.30 | $1,496.00 |
| | | | | | % of Total: 3.04% | % of Total: 0.43% |
| | Total No. of Billers: 17 | Blended Rate for Report: | $337.40 | | 1,030.90 | $347,823.63 |

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Detweiler, D | 2.30 | 1,110.00 |
| Hudson, R | 3.80 | 565.75 |
| Lano, C | 26.90 | 5,487.88 |
| Schanne II, J | 8.50 | 2,077.00 |
| Vernon, C | 0.80 | 93.00 |
| | 42.30 | $9,333.63 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| B160 Fees | 33.10 | 7,325.38 |
| B161 Fees/Objections | 0.50 | 126.50 |
| B170 Employment of Professionals | 8.60 | 1,836.75 |
| B220 Employee Benefits/Pensions | 0.10 | 45.00 |
| | 42.30 | $9,333.63 |

EXHIBIT L  PAGE 1 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 04/25/11 Mon | Schanne II, J 701897-170/110 | 1.10 | 1.10 | 255.75 | MATTER NAME: B170 Employment of Professionals<br>1 PREPARE DRAFT OF PEPPER HAMILTON'S RETENTION APPLICATION. |
| 04/26/11 Tue | Schanne II, J 701897-170/112 | 1.40 | 1.40 | 325.50 | MATTER NAME: B170 Employment of Professionals<br>1 CONTINUED PREPARATION OF PEPPER HAMILTON'S RETENTION APPLICATION. |
| 04/27/11 Wed | Schanne II, J 701897-170/113 | 1.80 | 1.80 | 418.50 | MATTER NAME: B170 Employment of Professionals<br>1 WORK ON RETENTION APPLICATION ISSUES. |
| 05/04/11 Wed | Schanne II, J 701897-170/114 | 2.90 | 2.90 | 674.25 | MATTER NAME: B170 Employment of Professionals<br>1 PREPARE PEPPER HAMILTON'S RETENTION APPLICATION. |
| 05/04/11 Wed | Vernon, C 701897-170/116 | 0.40 | 0.40 | 46.50 | MATTER NAME: B170 Employment of Professionals<br>1 PREPARE AND FILE RETENTION APPLICATION OF PEPPER HAMILTON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF LAY EMPLOYEES |
| 05/04/11 Wed | Vernon, C 701897-170/117 | 0.40 | 0.40 | 46.50 | MATTER NAME: B170 Employment of Professionals<br>1 PREPARE AND FILE MOTION TO SHORTEN TIME RE RETENTION APPLICATION OF PEPPER HAMILTON LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF LAY EMPLOYEES . |
| 06/03/11 Fri | Hudson, R 703158-170/105 | 0.40 | 0.40 | 46.50 | MATTER NAME: B170 Employment of Professionals<br>1 PREPARE PEPPER HAMILTON'S CERTIFICATE OF NO OBJECTION BINDER AND ORDER. |
| 06/07/11 Tue | Hudson, R 703158-170/112 | 0.20 | 0.20 | 23.25 | MATTER NAME: B170 Employment of Professionals<br>1 FILE DECLARATION OF SERVICE RE SIGNED ORDER RE PEPPER HAMILTON. |
| 06/07/11 Tue | Lano, C 703158-160/97 | 0.70 | 0.70 | 112.88 | MATTER NAME: B160 Fees<br>1 PREPARE PEPPER HAMILTON'S FIRST MONTHLY FEE APPLICATION. |
| 06/07/11 Tue | Lano, C 703158-160/98 | 0.10 | 0.10 | 16.13 | MATTER NAME: B160 Fees<br>1 REVIEW INTERIM COMPENSATION ORDER. |
| 06/08/11 Wed | Lano, C 703158-160/99 | 2.40 | 2.40 | 387.00 | MATTER NAME: B160 Fees<br>1 REVISE PEPPER HAMILTON'S 5/11 PROFORMA. |
| 06/08/11 Wed | Lano, C 703158-160/100 | 0.20 | 0.20 | 32.25 | MATTER NAME: B160 Fees<br>1 CONFER WITH P.SUBDA RE PH 5/11 PROFORMA. |
| 06/09/11 Thu | Lano, C 703158-160/101 | 1.80 | 1.80 | 290.25 | MATTER NAME: B160 Fees<br>1 COMPLETE REVISING PH 5/11 PROFORMA. |

EXHIBIT L  PAGE 2 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 06/27/11 Mon | Detweiler, D 703158-220/273 | 0.10 | 0.10 | 45.00 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>1 REVIEW AND ANALYSIS OF FEE APPLICATION. |
| 06/27/11 Mon | Lano, C 703158-160/102 | 0.10 | 0.10 | 16.13 | *MATTER NAME: B160 Fees*<br>1 CONFER WITH D.DETWEILER RE PEPPER HAMILTON'S FEE APPLICATION. |
| 07/11/11 Mon | Detweiler, D 703275-160/81 | 1.20 | 1.20 | 540.00 | *MATTER NAME: B160 Fees*<br>1 REVIEW AND EDIT MONTHLY INVOICES. |
| 07/14/11 Thu | Detweiler, D 703275-160/82 | 0.50 | 0.50 | 225.00 | *MATTER NAME: B160 Fees*<br>1 REVIEW AND EDIT PEPPER HAMILTON INVOICES. |
| 07/20/11 Wed | Lano, C 703275-160/83 | 0.20 | 0.20 | 32.25 | *MATTER NAME: B160 Fees*<br>1 CONFER WITH P. SUBDA RE PH FEE APPLICATION. |
| 08/03/11 Wed | Lano, C 718642-160/28 | 1.30 | 1.30 | 279.50 | *MATTER NAME: B160 Fees*<br>1 REVIEW AND EDIT PEPPER HAMILTON 4/11 AND 5/11 FEE APPLICATIONS. |
| 08/03/11 Wed | Lano, C 718642-160/29 | 0.20 | 0.20 | 43.00 | *MATTER NAME: B160 Fees*<br>1 CONFER WITH R.BUXBAUM RE PEPPER HAMILTON 6/11 FEE APPLICATION |
| 08/03/11 Wed | Lano, C 718642-160/30 | 0.20 | 0.20 | 43.00 | *MATTER NAME: B160 Fees*<br>1 CONFER WITH R.BUXBAUM RE PEPPER HAMILTON'S 4/11 AND 5/11 FEE APPLICATION. |
| 08/03/11 Wed | Lano, C 718642-160/31 | 0.40 | 0.40 | 86.00 | *MATTER NAME: B160 Fees*<br>1 REVIEW AND REVISE PEPPER HAMILTON 6/11 FEE APPLICATION |
| 08/04/11 Thu | Lano, C 718642-160/32 | 1.30 | 1.30 | 279.50 | *MATTER NAME: B160 Fees*<br>1 FINALIZE REVISIONS TO PEPPER HAMILTON 6/11 FEE APPLICATION. |
| 08/04/11 Thu | Lano, C 718642-160/33 | 0.20 | 0.20 | 43.00 | *MATTER NAME: B160 Fees*<br>1 CONFER WITH R.BUXBAUM RE PEPPER HAMILTON 6/11 FEE APPLICATION. |
| 08/08/11 Mon | Lano, C 718642-160/34 | 2.40 | 2.40 | 516.00 | *MATTER NAME: B160 Fees*<br>1 PREPARE PEPPER HAMILTON FIRST INTERIM FEE APPLICATION. |
| 08/08/11 Mon | Lano, C 718642-160/35 | 0.10 | 0.10 | 21.50 | *MATTER NAME: B160 Fees*<br>1 CONFER WITH R.BUXBAUM RE PEPPER HAMILTON FIRST AND SECOND INTERIM FEE APPLICATION. |

EXHIBIT L  PAGE 3 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 08/09/11 Tue | Lano, C 718642-160/36 | 0.10 | 0.10 | 21.50 | 1 | MATTER NAME: B160 Fees<br>CONFER WITH D.DETWEILER RE PEPPER HAMILTON FIRST INTERIM FEE APPLICATION. |
| 08/09/11 Tue | Lano, C 718642-160/37 | 0.80 | 0.80 | 172.00 | 1 | MATTER NAME: B160 Fees<br>REVIEW AND REVISE PEPPER HAMILTON FIRST INVOICE. |
| 08/09/11 Tue | Lano, C 718642-160/38 | 0.40 | 0.40 | 86.00 | 1 | MATTER NAME: B160 Fees<br>CONFER WITH R.BUXBAUM RE PEPPER HAMILTON FIRST AND SECOND APPLICATIONS. |
| 08/09/11 Tue | Lano, C 718642-160/39 | 1.00 | 1.00 | 215.00 | 1 | MATTER NAME: B160 Fees<br>REVIEW AND REVISE 7/11 ICATION. |
| 08/10/11 Wed | Lano, C 718642-160/40 | 0.20 | 0.20 | 43.00 | 1 | MATTER NAME: B160 Fees<br>REVIEW AND REVISE APRIL-MAY 2011 FEE APPLICATION. |
| 08/15/11 Mon | Lano, C 718642-160/41 | 0.20 | 0.20 | 43.00 | 1 | MATTER NAME: B160 Fees<br>CONFER WITH C.VERNON RE REVISIONS TO FEE APPLICATION. |
| 08/15/11 Mon | Lano, C 718642-160/42 | 0.20 | 0.20 | 43.00 | 1 | MATTER NAME: B160 Fees<br>CONFER WITH R.BUXBAUM RE PEPPER HAMILTON 6/11 FEE APPLICATION. |
| 08/15/11 Mon | Lano, C 718642-160/43 | 1.30 | 1.30 | 279.50 | 1 | MATTER NAME: B160 Fees<br>REVISE PEPPER HAMILTON SECOND INTERIM FEE APPLICATION. |
| 08/16/11 Tue | Hudson, R 718642-160/44 | 0.80 | 0.80 | 124.00 | 1 | MATTER NAME: B160 Fees<br>PREPARE AND FILE PEPPER HAMILTON'S FIRST MONTHLY FEE APPLICATION. |
| 08/16/11 Tue | Hudson, R 718642-160/45 | 0.20 | 0.20 | 31.00 | 1 | MATTER NAME: B160 Fees<br>PREPARE AND SERVE PEPPER HAMILTON'S FIRST MONTHLY FEE APPLICATION. |
| 08/16/11 Tue | Lano, C 718642-160/46 | 0.70 | 0.70 | 150.50 | 1 | MATTER NAME: B160 Fees<br>CONFER WITH R.BUXBAUM RE PEPPER HAMILTON 6/11 FEE APPLICATION. |
| 08/16/11 Tue | Lano, C 718642-160/47 | 0.30 | 0.30 | 64.50 | 1 | MATTER NAME: B160 Fees<br>FINALIZE PEPPER HAMILTON FIRST INTERIM APPLICATION. |
| 08/16/11 Tue | Lano, C 718642-160/48 | 0.60 | 0.60 | 129.00 | 1 | MATTER NAME: B160 Fees<br>FINALIZE PEPPER HAMILTON FIRST INTERIM APPLICATION. |

EXHIBIT L  PAGE 4 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 08/16/11 Tue | Lano, C 718642-160/49 | 0.70 | 0.70 | 150.50 | MATTER NAME: B160 Fees<br>1  REVIEW INTERIM COMPENSATION ORDER AND PREPARE NOTICES TO FEE APPLICATION. |
| 08/16/11 Tue | Lano, C 718642-160/50 | 0.20 | 0.20 | 43.00 | MATTER NAME: B160 Fees<br>1  CONFER WITH R.HUDSON RE FILING OF PEPPER HAMILTON FIRST INTERIM FEE APPLICATION. |
| 08/16/11 Tue | Lano, C 718642-160/51 | 0.80 | 0.80 | 172.00 | MATTER NAME: B160 Fees<br>1  FINALIZE PEPPER HAMILTON FIRST INTERIM FEE APPLICATION. |
| 08/16/11 Tue | Lano, C 718642-160/52 | 0.70 | 0.70 | 150.50 | MATTER NAME: B160 Fees<br>1  FINALIZE PEPPER HAMILTON SECOND INTERIM FEE APPLICATION. |
| 08/17/11 Wed | Lano, C 718642-160/53 | 0.30 | 0.30 | 64.50 | MATTER NAME: B160 Fees<br>1  UPDATE FEE APPLICATION CHART. |
| 08/19/11 Fri | Lano, C 718642-160/54 | 0.70 | 0.70 | 150.50 | MATTER NAME: B160 Fees<br>1  REVIEW AND REVISE PEPPER HAMILTON 7/11 FEE APPLICATION. |
| 08/19/11 Fri | Lano, C 718642-160/55 | 0.20 | 0.20 | 43.00 | MATTER NAME: B160 Fees<br>1  CONFER WITH R.BUXBAUM RE PEPPER HAMILTON 7/11 FEE APPLICATION. |
| 08/19/11 Fri | Lano, C 718642-160/56 | 1.30 | 1.30 | 279.50 | MATTER NAME: B160 Fees<br>1  REVISE PEPPER HAMILTON THIRD INTERIM FEE APPLICATION. |
| 08/22/11 Mon | Lano, C 718642-160/57 | 0.30 | 0.30 | 64.50 | MATTER NAME: B160 Fees<br>1  CONFER WITH R.BUXBAUM RE PEPPER HAMILTON'S SECOND INTERIM FEE APPLICATION. |
| 08/25/11 Thu | Hudson, R 718642-160/64 | 0.60 | 0.60 | 93.00 | MATTER NAME: B160 Fees<br>1  PREPARE AND FILE PEPPER HAMILTON'S 2ND MONTHLY FEE APP. |
| 08/25/11 Thu | Hudson, R 718642-160/65 | 0.20 | 0.20 | 31.00 | MATTER NAME: B160 Fees<br>1  PREPARE AND SERVE PEPPER HAMILTON'S 2ND MONTHLY FEE APP. |
| 08/25/11 Thu | Hudson, R 718642-160/66 | 0.60 | 0.60 | 93.00 | MATTER NAME: B160 Fees<br>1  PREPARE AND FILE PEPPER HAMILTON'S 3RD MONTHLY FEE APP. |
| 08/25/11 Thu | Hudson, R 718642-160/67 | 0.20 | 0.20 | 31.00 | MATTER NAME: B160 Fees<br>1  PREPARE AND SERVE PEPPER HAMILTON'S 3RD MONTHLY FEE APP. |

EXHIBIT L  PAGE 5 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 08/25/11 Thu | Lano, C 718642-160/68 | 0.30 | 0.30 | 64.50 | 1 | MATTER NAME: B160 Fees CONFER WITH P.SUBDA AND J.SCHANNE RE PEPPER HAMILTON SECOND INTERIM FEE APPLICATION. |
| 08/25/11 Thu | Lano, C 718642-160/69 | 0.90 | 0.90 | 193.50 | 1 | MATTER NAME: B160 Fees REVIEW AND REVISE PEPPER HAMILTON'S SECOND INTERIM FEE APPLICATION. |
| 08/25/11 Thu | Lano, C 718642-160/71 | 0.60 | 0.60 | 129.00 | 1 | MATTER NAME: B160 Fees FINALIZE PEPPER HAMILTON THIRD INTERIM FEE APPLICATION. |
| 08/25/11 Thu | Lano, C 718642-160/72 | 0.20 | 0.20 | 43.00 | 1 | MATTER NAME: B160 Fees CONFER WITH R.HUDSON RE FILING OF FEE APPLICATIONS. |
| 08/25/11 Thu | Lano, C 718642-160/73 | 0.50 | 0.50 | 107.50 | 1 | MATTER NAME: B160 Fees PREPARE NOTICES TO FEE APPLICATIONS AND SERVE SAME. |
| 08/25/11 Thu | Schanne II, J 718642-160/61 | 0.60 | 0.60 | 186.00 | 1 | MATTER NAME: B160 Fees PREPARE PEPPER SECOND FEE APPLICATION. |
| 08/25/11 Thu | Schanne II, J 718642-160/63 | 0.30 | 0.30 | 93.00 | 1 | MATTER NAME: B160 Fees PREPARE PEPPER HAMILTON'S THIRD FEE APPLICATION. |
| 08/26/11 Fri | Hudson, R 718642-160/75 | 0.40 | 0.40 | 62.00 | 1 | MATTER NAME: B160 Fees PREPARE AND FILE PEPPER HAMILTON'S 1ST QUARTERLY FEE APPLICATION. |
| 08/26/11 Fri | Hudson, R 718642-160/76 | 0.20 | 0.20 | 31.00 | 1 | MATTER NAME: B160 Fees PREPARE AND SERVE PEPPER HAMILTON'S 1ST QUARTERLY FEE APP. |
| 08/26/11 Fri | Lano, C 718642-160/77 | 0.50 | 0.50 | 107.50 | 1 | MATTER NAME: B160 Fees PREPARE NOTICE OF FIRST QUARTERLY FEE APPLICATION REQUEST. |
| 08/26/11 Fri | Lano, C 718642-160/78 | 0.20 | 0.20 | 43.00 | 1 | MATTER NAME: B160 Fees UPDATE FEE APPLICATION CHART. |
| 09/06/11 Tue | Lano, C 718643-161/42 | 0.10 | 0.10 | 21.50 | 1 | MATTER NAME: B161 Fees/Objections CONFER WITH D.DETWEILER RE EXTENSION TO PEPPER HAMILTON FIRST INTERIM FEE APPLICATION. |
| 09/06/11 Tue | Lano, C 718643-161/43 | 0.10 | 0.10 | 21.50 | 1 | MATTER NAME: B161 Fees/Objections REVISE CALENDAR RE EXTENSION TO PEPPER HAMILTON FIRST INTERIM FEE APPLICATION |

EXHIBIT L  PAGE 6 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 09/06/11 Tue | Schanne II, J 718643-161/41 | 0.20 | 0.20 | 62.00 | 1 | MATTER NAME: B161 Fees/Objections RESEARCH RE PEPPER'S FEES. |
| 09/07/11 Wed | Lano, C 718643-160/29 | 0.40 | 0.40 | 86.00 | 1 | MATTER NAME: B160 Fees REVIEW AND REVISE PEPPER HAMILTON FEE APPLICATION. |
| 09/08/11 Thu | Lano, C 718643-160/30 | 0.20 | 0.20 | 43.00 | 1 | MATTER NAME: B160 Fees CONFER WITH P.SUBDA RE PEPPER HAMILTON'S 8/11 FEE APPLICATION. |
| 09/26/11 Mon | Lano, C 718643-161/45 | 0.10 | 0.10 | 21.50 | 1 | MATTER NAME: B161 Fees/Objections CONFER WITH D. DETWEILER RE CERTIFICATE OF NO OBJECTIONS TO PEPPER HAMILTON FEE APPLICATIONS. |
| 09/27/11 Tue | Lano, C 718643-160/40 | 0.10 | 0.10 | 21.50 | 1 | MATTER NAME: B160 Fees CONFER WITH D. DETWEILER FINAL FEE APPLICATION DEADLINE. |
| 10/06/11 Thu | Lano, C 718644-160/34 | 0.10 | 0.10 | 21.50 | 1 | MATTER NAME: B160 Fees CONFER WITH D. DETWEILER RE PEPPER HAMILTON FEES. |
| 10/11/11 Tue | Detweiler, D 718644-160/35 | 0.50 | 0.50 | 300.00 | 1 | MATTER NAME: B160 Fees WORK ON FEE APPLICATION ISSUES. |
| 10/14/11 Fri | Schanne II, J 718644-160/36 | 0.20 | 0.20 | 62.00 | 1 | MATTER NAME: B160 Fees TELEPHONE CALL TO R. GEBBIA RE FEES. |

| | | | HOURS | FEES |
|---|---|---|-------|------|
| Total | | | 42.30 | $9,333.63 |
| Number of Entries: | 73 | | | |

EXHIBIT L  PAGE 7 of  8

EXHIBIT L

PEPPER RETENTION/COMPENSATION

Pepper Hamilton LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Detweiler, D | 2.30 | 1,110.00 |
| Hudson, R | 3.80 | 565.75 |
| Lano, C | 26.90 | 5,487.88 |
| Schanne II, J | 8.50 | 2,077.00 |
| Vernon, C | 0.80 | 93.00 |
| | 42.30 | $9,333.63 |


SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| B160 Fees | 33.10 | 7,325.38 |
| B161 Fees/Objections | 0.50 | 126.50 |
| B170 Employment of Professionals | 8.60 | 1,836.75 |
| B220 Employee Benefits/Pensions | 0.10 | 45.00 |
| | 42.30 | $9,333.63 |

EXHIBIT L  PAGE 8 of  8

EXHIBIT M

OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Carignan, J | 3.00 | 911.25 |
| Detweiler, D | 2.10 | 1,020.00 |
| Hudson, R | 3.70 | 534.75 |
| Kaplan, D | 2.10 | 889.88 |
| Lano, C | 4.80 | 1,026.63 |
| Schanne II, J | 7.70 | 2,046.00 |
| | 23.40 | $6,428.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| B110 Case Administration | 0.20 | 90.00 |
| B160 Fees | 9.80 | 2,427.13 |
| B161 Fees/Objections | 0.70 | 217.00 |
| B170 Employment of Professionals | 10.50 | 3,094.75 |
| B171 Employment of Professionals/Objections | 1.20 | 162.75 |
| B191 General Litigation | 0.30 | 135.00 |
| B220 Employee Benefits/Pensions | 0.50 | 211.88 |
| B320 Plan and Disclosure Statement | 0.20 | 90.00 |
| | 23.40 | $6,428.50 |

EXHIBIT M
OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 05/05/11 Thu | Detweiler, D 701897-170/118 | 0.30 | 0.30 | 135.00 | | 1 | MATTER NAME: B170 Employment of Professionals FOLLOW-UP ON RETENTION APPLICATION ISSUES. |
| 05/05/11 Thu | Schanne II, J 701897-170/119 | 0.50 | 0.50 | 116.25 | | 1 | MATTER NAME: B170 Employment of Professionals REVISE AND EDIT LAY EMPLOYEE COMMITTEE RETENTION APPLICATION. |
| 05/24/11 Tue | Kaplan, D 701897-170/127 | 1.00 | 1.00 | 423.75 | | 1 | MATTER NAME: B170 Employment of Professionals REVISE BUCK CONSULTANTS RETENTION APPLICATION. |
| 05/24/11 Tue | Kaplan, D 701897-170/128 | 0.60 | 0.60 | 254.25 | | 1 | MATTER NAME: B170 Employment of Professionals DISCUSSION WITH D. DETWEILER RE RETENTION OF BUCK CONSULTANTS AND ALLOCATION OF RESEARCH. |
| 05/24/11 Tue | Schanne II, J 701897-170/129 | 1.30 | 1.30 | 302.25 | | 1 | MATTER NAME: B170 Employment of Professionals PREPARE BUCK CONSULTANTS RETENTION APPLICATION. |
| 06/03/11 Fri | Carignan, J 703158-170/103 | 1.70 | 1.70 | 516.38 | | 1 | MATTER NAME: B170 Employment of Professionals REVIEW AND REVISE BUCK CONSULTING RETENTION APPLICATION AND SUPPORTING AFFIDAVIT. |
| 06/07/11 Tue | Carignan, J 703158-170/108 | 1.10 | 1.10 | 334.13 | | 1 | MATTER NAME: B170 Employment of Professionals CONFER WITH D. DETWEILER AND D. KAPLAN RE BUCK RETENTION APPLICATION. |
| 06/07/11 Tue | Carignan, J 703158-170/109 | 0.20 | 0.20 | 60.75 | | 1 | MATTER NAME: B170 Employment of Professionals RECEIPT OF AND AUTHORIZATION OF PEPPER HAMILTON RETENTION AND CONFER WITH D. DETWEILER RE SAME. |
| 06/07/11 Tue | Lano, C 703158-160/96 | 0.10 | 0.10 | 16.13 | | 1 | MATTER NAME: B160 Fees CONFER WITH D.DETWEILER RE PEPPER HAMILTON FEE APPLICATION. |
| 06/07/11 Tue | Schanne II, J 703158-170/110 | 0.80 | 0.80 | 186.00 | | 1 | MATTER NAME: B170 Employment of Professionals REVISE AND EDIT BUCK RETENTION APPLICATION. |
| 06/07/11 Tue | Schanne II, J 703158-170/111 | 0.10 | 0.10 | 23.25 | | 1 | MATTER NAME: B170 Employment of Professionals REVIEW AND EXECUTE DECLARATION OF SERVICE RE RETENTION ORDER. |
| 06/20/11 Mon | Kaplan, D 703158-220/255 | 3.00 | 0.50 | 211.88 | 2.10 F 0.40 F 0.50 F | 1 2 3 | MATTER NAME: B220 Employee Benefits/Pensions REVIEW FURTHER REVISED CASH FLOW ANALYSIS (2.1): DISCUSSIONS AND EMAIL CORRESPONDENCE WITH D. DETWEILER AND ACTUARY RE SAME (.4): CORRESPONDENCE WITH ACTUARY RE RETENTION APPLICATION (.5). |

~  See the last page of exhibit for explanation

EXHIBIT M

OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| 06/20/11 Mon | Schanne II, J 703158-170/116 | 0.80 | 0.80 | 186.00 | 0.60 0.10 0.10 | F F F | 1 2 3 | *MATTER NAME: B170 Employment of Professionals* REVISE BUCK CONSULTANT RETENTION APPLICATION (.6); EMAIL TO D. KAPLAN RE SAME (.1); EMAIL TO D. DETWEILER RE SAME (.1). |
| 06/20/11 Mon | Schanne II, J 703158-170/117 | 0.10 | 0.10 | 23.25 | | | 1 | *MATTER NAME: B170 Employment of Professionals* REVIEW AND REVISE NOTICE OF RETENTION APPLICATION PER COMMENTS. |
| 06/21/11 Tue | Detweiler, D 703158-170/119 | 0.30 | 0.30 | 135.00 | | | 1 | *MATTER NAME: B170 Employment of Professionals* MULTIPLE EMAILS RE BUCK RETENTION APPLICATION. |
| 06/22/11 Wed | Detweiler, D 703158-170/120 | 0.30 | 0.30 | 135.00 | | | 1 | *MATTER NAME: B170 Employment of Professionals* MULTIPLE EMAILS WITH BUCK CONSULTANTS RE RETENTION APPLICATION. |
| 06/22/11 Wed | Detweiler, D 703158-191/187 | 0.30 | 0.30 | 135.00 | | | 1 | *MATTER NAME: B191 General Litigation* PROVIDE COMMENTS TO BUCK RETENTION APPLICATION. |
| 06/22/11 Wed | Schanne II, J 703158-170/121 | 0.30 | 0.30 | 69.75 | 0.10 0.20 | F F | 1 2 | *MATTER NAME: B170 Employment of Professionals* EMAILS TO D. DETWEILER RE BUCK RETENTION (.1); FINALIZE APPLICATION (.2). |
| 07/06/11 Wed | Detweiler, D 703275-110/2 | 0.20 | 0.20 | 90.00 | | | 1 | *MATTER NAME: B110 Case Administration* TELEPHONE CALL RE PROFESSIONAL FEE ISSUES. |
| 07/06/11 Wed | Detweiler, D 703275-320/97 | 0.20 | 0.20 | 90.00 | | | 1 | *MATTER NAME: B320 Plan and Disclosure Statement* EMAILS WITH GREENBERG TRAURIG RE OUTSTANDING PROFESSIONAL FEE ISSUES. |
| 07/07/11 Thu | Schanne II, J 703275-170/84 | 0.30 | 0.30 | 69.75 | | | 1 | *MATTER NAME: B170 Employment of Professionals* REVIEW INFORMATION FOR SUPPLEMENTAL RETENTION DISCLOSURES. |
| 07/11/11 Mon | Hudson, R 703275-171/86 | 0.60 | 0.60 | 69.75 | | | 1 | *MATTER NAME: B171 Employment of Professionals/Objections* PREPARE AND FILE CERTIFICATE OF NO OBJECTION REGARDING THE APPLICATION FOR RETENTION OF BUCK CONSULTANTS. |
| 07/11/11 Mon | Hudson, R 703275-171/87 | 0.20 | 0.20 | 23.25 | | | 1 | *MATTER NAME: B171 Employment of Professionals/Objections* PREPARE AND FILE CERTIFICATE OF NO OBJECTION REGARDING THE APPLICATION FOR RETENTION OF BUCK CONSULTANTS. |
| 07/11/11 Mon | Hudson, R 703275-171/88 | 0.20 | 0.20 | 23.25 | | | 1 | *MATTER NAME: B171 Employment of Professionals/Objections* PREPARE AND SEND COURTESY COPY OF CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER APPROVING RETENTION OF BUCK CONSULTANTS TO COURT. |

~  See the last page of exhibit for explanation

EXHIBIT M

OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 07/11/11 Mon | Schanne II, J 703275-171/85 | 0.20 | 0.20 | 46.50 | | | 1 | MATTER NAME: B171 Employment of Professionals/Objections REVIEW AND EXECUTE CNO RE BUCK RETENTION APPLICATION. |
| 08/23/11 Tue | Lano, C 718642-160/59 | 1.30 | 1.30 | 279.50 | | | 1 | MATTER NAME: B160 Fees PREPARE BUCK CONSULTANTS' FIRST INTERIM FEE APPLICATION. |
| 08/23/11 Tue | Lano, C 718642-160/60 | 0.20 | 0.20 | 43.00 | | | 1 | MATTER NAME: B160 Fees CONFER WITH J.SCHANNE RE BUCK CONSULTANTS' FIRST INTERIM FEE APPLICATION. |
| 08/23/11 Tue | Schanne II, J 718642-160/58 | 0.10 | 0.10 | 31.00 | | | 1 | MATTER NAME: B160 Fees CONFER WITH C. LANO RE BUCK FEE APPLICATION. |
| 08/25/11 Thu | Lano, C 718642-160/70 | 0.60 | 0.60 | 129.00 | | | 1 | MATTER NAME: B160 Fees REVIEW AND REVISE BUCK CONSULTANTS' FIRST INTERIM FEE APPLICATION. |
| 08/25/11 Thu | Lano, C 718642-160/74 | 0.10 | 0.10 | 21.50 | | | 1 | MATTER NAME: B160 Fees CONFER WITH J.SCHANNE RE REVISED BUCK CONSULTANTS' FIRST INTERIM FEE APPLICATION. |
| 08/25/11 Thu | Schanne II, J 718642-160/62 | 1.10 | 1.10 | 341.00 | | | 1 | MATTER NAME: B160 Fees PREPARE BUCK CONSULTING COMPENSATION APPLICATION. |
| 08/29/11 Mon | Hudson, R 718642-170/79 | 0.50 | 0.50 | 77.50 | | | 1 | MATTER NAME: B170 Employment of Professionals REVIEWING THE DOCKET RE SUPPLEMENTAL RETENTION DISCLOSURES. |
| 09/12/11 Mon | Schanne II, J 718643-160/31 | 0.20 | 0.20 | 62.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: B160 Fees REVIEW DOCKET RE BUCK FEE APPLICATION(.1); EMAIL TO R. GEBBIA RE SAME (.1). |
| 09/15/11 Thu | Hudson, R 718643-170/46 | 0.30 | 0.30 | 46.50 | | | 1 | MATTER NAME: B170 Employment of Professionals REVIEWING THE DOCKET RE SUPPLEMENTAL RETENTION DISCLOSURES. |
| 09/20/11 Tue | Lano, C 718643-160/32 | 0.10 | 0.10 | 21.50 | | | 1 | MATTER NAME: B160 Fees CONFER WITH J. SCHANNE RE BUCK CONSULTANT FEE APPLICATION. |
| 09/20/11 Tue | Schanne II, J 718643-161/44 | 0.70 | 0.70 | 217.00 | 0.20 0.50 | F F | 1 2 | MATTER NAME: B161 Fees/Objections CALL TO R. GEBBIA RE FEE APPLICATION (.2); PREPARE BUCK CONSULTING FEE APPLICATION (.5). |
| 09/26/11 Mon | Lano, C 718643-160/34 | 0.10 | 0.10 | 21.50 | | | 1 | MATTER NAME: B160 Fees CONFER WITH D. DETWEILER RE BUCK CONSULTING FEE APPLICATION. |

~  See the last page of exhibit for explanation

EXHIBIT M

OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 09/26/11 Mon | Lano, C 718643-160/35 | 0.40 | 0.40 | 86.00 | | 1 | *MATTER NAME: B160 Fees* REVIEW DOCKET AND REVISE BUCK CONSULTING FEE APPLICATION. |
| 09/26/11 Mon | Lano, C 718643-160/36 | 0.10 | 0.10 | 21.50 | | 1 | *MATTER NAME: B160 Fees* EMAIL R. GEBBIA RE BUCK CONSULTING FEE APPLICATION. |
| 09/26/11 Mon | Schanne II, J 718643-160/33 | 0.20 | 0.20 | 62.00 | | 1 | *MATTER NAME: B160 Fees* EMAILS AND PHONE CALLS TO C. LANO RE BUCK FEE APPLICATION. |
| 09/27/11 Tue | Hudson, R 718643-160/38 | 1.00 | 1.00 | 155.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE AND FILE BUCK CONSULTANTS 1ST FEE APPLICATION. |
| 09/27/11 Tue | Hudson, R 718643-160/39 | 0.30 | 0.30 | 46.50 | | 1 | *MATTER NAME: B160 Fees* PREPARE AND SERVE BUCK CONSULTANTS' 1ST FEE APPLICATION. |
| 09/27/11 Tue | Schanne II, J 718643-160/37 | 0.20 | 0.20 | 62.00 | 0.10 F 0.10 F | 1 2 | *MATTER NAME: B160 Fees* REVIEW BUCK FEE APPLICATION (.1); EMAIL TO C. LANO RE SAME (.1). |
| 10/06/11 Thu | Detweiler, D 718644-160/33 | 0.30 | 0.30 | 180.00 | | 1 | *MATTER NAME: B160 Fees* FOLLOW-UP ON OUTSTANDING FEE APPLICATIONS. |
| 10/18/11 Tue | Lano, C 718644-160/38 | 0.10 | 0.10 | 21.50 | | 1 | *MATTER NAME: B160 Fees* CONFER WITH J. SCHANNE RE BUCK FINAL FEE APPLICATION. |
| 10/18/11 Tue | Lano, C 718644-160/39 | 1.00 | 1.00 | 215.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE BUCK CONSULTANT FINAL FEE APPLICATION. |
| 10/18/11 Tue | Schanne II, J 718644-160/37 | 0.30 | 0.30 | 93.00 | 0.10 F 0.20 F | 1 2 | *MATTER NAME: B160 Fees* CONFER WITH C. LANO RE BUCK FEE APPLICATION (.1); EMAILS RE SAME (.2). |
| 10/19/11 Wed | Lano, C 718644-160/41 | 0.30 | 0.30 | 64.50 | | 1 | *MATTER NAME: B160 Fees* PREPARE CERTIFICATE OF NO OBJECTION TO BUCK CONSULTANTS' FIRST FEE APPLICATION. |
| 10/19/11 Wed | Lano, C 718644-160/42 | 0.40 | 0.40 | 86.00 | | 1 | *MATTER NAME: B160 Fees* FINALIZE BUCK CONSULTANTS' FINAL FEE APPLICATION. |
| 10/19/11 Wed | Schanne II, J 718644-160/40 | 0.20 | 0.20 | 62.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE BUCK FINAL FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT M
OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 10/20/11 Thu | Hudson, R 718644-160/43 | 0.40 | 0.40 | 62.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE AND FILE CNO RE BUCK'S 1ST MONTHLY FEE APPLICATION. |
| 10/20/11 Thu | Hudson, R 718644-160/44 | 0.20 | 0.20 | 31.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE AND SERVE CNO RE BUCK'S 1ST MONTHLY FEE APPLICATION. |
| 10/27/11 Thu | Detweiler, D 718644-160/45 | 0.20 | 0.20 | 120.00 | | 1 | *MATTER NAME: B160 Fees* EMAILS WITH P. JACKSON RE LAY COMMITTEE FEE APPLICATIONS. |
| 10/27/11 Thu | Schanne II, J 718644-160/46 | 0.30 | 0.30 | 93.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE BUCK FINAL FEE APPLICATION AND EMAILS RE SAME. |
| Total | | | 23.40 | $6,428.50 | | | |

Number of Entries:        54

~ See the last page of exhibit for explanation

EXHIBIT M

OTHER FIRMS' RETENTION/COMPENSATION

Pepper Hamilton LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Carignan, J | 3.00 | 911.25 |
| Detweiler, D | 2.10 | 1,020.00 |
| Hudson, R | 3.70 | 534.75 |
| Kaplan, D | 2.10 | 889.88 |
| Lano, C | 4.80 | 1,026.63 |
| Schanne II, J | 7.70 | 2,046.00 |
| | 23.40 | $6,428.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| B110 Case Administration | 0.20 | 90.00 |
| B160 Fees | 9.80 | 2,427.13 |
| B161 Fees/Objections | 0.70 | 217.00 |
| B170 Employment of Professionals | 10.50 | 3,094.75 |
| B171 Employment of Professionals/Objections | 1.20 | 162.75 |
| B191 General Litigation | 0.30 | 135.00 |
| B220 Employee Benefits/Pensions | 0.50 | 211.88 |
| B320 Plan and Disclosure Statement | 0.20 | 90.00 |
| | 23.40 | $6,428.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT M-1

POST-CONFIRMATION FEES

Pepper Hamilton LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Carignan, J | 0.10 | 40.50 |
| Crumbock, M | 5.20 | 2,002.00 |
| Detweiler, D | 6.60 | 3,960.00 |
| Hudson, R | 1.90 | 294.50 |
| Kaplan, D | 0.50 | 282.50 |
| Lano, C | 2.40 | 516.00 |
| Lewis, C | 0.20 | 37.00 |
| Schanne II, J | 2.70 | 837.00 |
| Smith, D | 5.00 | 275.00 |
| | 24.60 | $8,244.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| B110 Case Administration | 5.30 | 419.00 |
| B112 General Creditor Inquiries | 0.50 | 300.00 |
| B120 Asset Analysis and Recovery | 0.30 | 180.00 |
| B130 Asset Sales/Disposition | 0.10 | 21.50 |
| B150 Creditors' Committee | 1.00 | 513.00 |
| B155 Court Hearings | 0.20 | 43.00 |
| B160 Fees | 6.10 | 1,696.50 |
| B220 Employee Benefits/Pensions | 9.40 | 4,502.50 |
| B250 Real Estate | 0.30 | 169.50 |
| B310 Claims Administration - General | 0.20 | 62.00 |
| B320 Plan and Disclosure Statement | 1.20 | 337.50 |
| | 24.60 | $8,244.50 |

EXHIBIT M-1
POST-CONFIRMATION FEES
Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 09/27/11 Tue | Detweiler, D 718643-112/12 | 0.20 | 0.20 | 120.00 | | | 1 | *MATTER NAME: B112 General Creditor Inquiries* RESPOND TO EMAIL FROM LAY EMPLOYEE RE CASE STATUS. |
| 09/27/11 Tue | Detweiler, D 718643-112/13 | 0.30 | 0.30 | 180.00 | | | 1 | *MATTER NAME: B112 General Creditor Inquiries* EMAIL TO LAY COMMITTEE RE CASE STATUS AND EFFECTIVE DATE. |
| 09/27/11 Tue | Detweiler, D 718643-220/52 | 0.30 | 0.30 | 180.00 | | | 1 | *MATTER NAME: B220 Employee Benefits/Pensions* TELEPHONE CALL WITH D. KAPLAN RE REVISED PENSION DOCUMENTS. |
| 09/27/11 Tue | Hudson, R 718643-160/38 | 1.00 | 1.00 | 155.00 | | | 1 | *MATTER NAME: B160 Fees* PREPARE AND FILE BUCK CONSULTANTS 1ST FEE APPLICATION. |
| 09/27/11 Tue | Hudson, R 718643-160/39 | 0.30 | 0.30 | 46.50 | | | 1 | *MATTER NAME: B160 Fees* PREPARE AND SERVE BUCK CONSULTANTS' 1ST FEE APPLICATION. |
| 09/27/11 Tue | Kaplan, D 718643-250/57 | 0.30 | 0.30 | 169.50 | | | 1 | *MATTER NAME: B250 Real Estate* DISCUSSION WITH M. CRUMBOCK AND D. DETWEILER RE: REVIEW OF REVISED DRAFT PLAN DOCUMENTS. |
| 09/27/11 Tue | Lano, C 718643-160/40 | 0.10 | 0.10 | 21.50 | | | 1 | *MATTER NAME: B160 Fees* CONFER WITH D. DETWEILER FINAL FEE APPLICATION DEADLINE. |
| 09/27/11 Tue | Lano, C 718643-320/91 | 0.10 | 0.10 | 21.50 | | | 1 | *MATTER NAME: B320 Plan and Disclosure Statement* RECEIPT AND REVIEW OF NOTICE OF EFFECTIVE DATE. |
| 09/27/11 Tue | Schanne II, J 718643-160/37 | 0.20 | 0.20 | 62.00 | 0.10 F<br>0.10 F | | 1<br>2 | *MATTER NAME: B160 Fees* REVIEW BUCK FEE APPLICATION (.1);<br>EMAIL TO C. LANO RE SAME (.1). |
| 09/27/11 Tue | Smith, D 718643-110/8 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 09/28/11 Wed | Smith, D 718643-110/9 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 09/29/11 Thu | Smith, D 718643-110/10 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 09/30/11 Fri | Crumbock, M 718643-220/53 | 2.50 | 2.50 | 962.50 | 1.20 F<br>1.30 F | | 1<br>2 | *MATTER NAME: B220 Employee Benefits/Pensions* REVIEW TERM SHEET AND REVISED PENSION PLAN DOCUMENT (1.2);<br>DRAFT REVISIONS TO PENSION PLAN (1.3). |

~ See the last page of exhibit for explanation

EXHIBIT M-1

POST-CONFIRMATION FEES

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 09/30/11 Fri | Lewis, C 718643-320/92 | 0.20 | 0.20 | 37.00 | | | 1 | *MATTER NAME: B320 Plan and Disclosure Statement*<br>RESEARCHING AND PULLING REVISED TERM SHEET PER REQUEST OF D. DETWEILER. |
| 09/30/11 Fri | Smith, D 718643-110/11 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration*<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/03/11 Mon | Crumbock, M 718644-220/47 | 0.50 | 0.50 | 192.50 | 0.30<br>0.20 | F<br>F | 1<br>2 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>DRAFT REVISIONS TO PLAN DOCUMENT (.3);<br>EXCHANGE EMAIL WITH D. DETWEILER RE TRUST AGREEMENT AND REAFFIRMATION AGREEMENT. (.2) |
| 10/03/11 Mon | Smith, D 718644-110/1 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration*<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/04/11 Tue | Crumbock, M 718644-220/52 | 1.20 | 1.20 | 462.00 | 0.40<br>0.60<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>SPEAK WITH D. DETWILER RE COMMENTS TO PLAN DOCUMENT, TRUST AGREEMENT AND REAFFIRMATION AGREEMENT (.4);<br>MEET WITH D. KAPLAN (.6)<br>RE PARTICIPATING EMPLOYER PLAN ADOPTION (.2). |
| 10/04/11 Tue | Detweiler, D 718644-150/26 | 0.20 | 0.20 | 120.00 | | | 1 | *MATTER NAME: B150 Creditors' Committee*<br>TELEPHONE CALL WITH K. EICHLER RE PENSION QUESTIONS AND STATUS OF RELATED PENSION PLAN. |
| 10/04/11 Tue | Detweiler, D 718644-220/48 | 0.20 | 0.20 | 120.00 | | | 1 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>EMAIL WITH T. MATTINA RE PENSION ISSUES. |
| 10/04/11 Tue | Detweiler, D 718644-220/49 | 0.20 | 0.20 | 120.00 | | | 1 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>MULTIPLE TELEPHONE CALL WITH PENSIONER RE STATUS. |
| 10/04/11 Tue | Detweiler, D 718644-220/50 | 0.30 | 0.30 | 180.00 | | | 1 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>TELEPHONE CALL WITH PENSION TEAM RE ADVISORY BOARD ENFORCEMENT OPTIONS. |
| 10/04/11 Tue | Detweiler, D 718644-220/51 | 0.80 | 0.80 | 480.00 | | | 1 | *MATTER NAME: B220 Employee Benefits/Pensions*<br>REVIEW AND ANALYSIS OF LAY PENSION TRUST AGREEMENT AND LAY PENSION REAFFIRMATION AGREEMENT FOR ISSUE WITH RESTATED PENSION PLAN DOCUMENT. |
| 10/04/11 Tue | Kaplan, D 718644-110/2 | 0.20 | 0.20 | 113.00 | | | 1 | *MATTER NAME: B110 Case Administration*<br>DISCUSSION WITH M. CRUMBOCK RE EXECUTION OF PLAN BY PARTICIPATING EMPLOYERS. |
| 10/04/11 Tue | Smith, D 718644-110/3 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration*<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |

~ See the last page of exhibit for explanation

EXHIBIT M-1

POST-CONFIRMATION FEES

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/05/11 Wed | Smith, D 718644-110/4 | 0.20 | 0.20 | 11.00 | | | 1 | MATTER NAME: B110 Case Administration REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/06/11 Thu | Crumbock, M 718644-220/54 | 1.00 | 1.00 | 385.00 | 0.30 0.70 | F F | 1 2 | MATTER NAME: B220 Employee Benefits/Pensions REVIEW REAFFIRMATION AGREEMENT AND TRUST AGREEMENT (0.3); DRAFT REVISIONS TO PENSION PLAN DOCUMENT (0.7). |
| 10/06/11 Thu | Detweiler, D 718644-160/33 | 0.30 | 0.30 | 180.00 | | | 1 | MATTER NAME: B160 Fees FOLLOW-UP ON OUTSTANDING FEE APPLICATIONS. |
| 10/06/11 Thu | Detweiler, D 718644-220/53 | 0.80 | 0.80 | 480.00 | | | 1 | MATTER NAME: B220 Employee Benefits/Pensions CONTINUE TO REVIEW AND REVISE PENSION PLAN DOCUMENTS WITH PENSION TEAM. |
| 10/06/11 Thu | Lano, C 718644-155/31 | 0.10 | 0.10 | 21.50 | | | 1 | MATTER NAME: B155 Court Hearings RECEIPT AND REVIEW OF 10/11/11 AGENDA. |
| 10/06/11 Thu | Lano, C 718644-160/34 | 0.10 | 0.10 | 21.50 | | | 1 | MATTER NAME: B160 Fees CONFER WITH D. DETWEILER RE PEPPER HAMILTON FEES. |
| 10/06/11 Thu | Smith, D 718644-110/5 | 0.20 | 0.20 | 11.00 | | | 1 | MATTER NAME: B110 Case Administration REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/06/11 Thu | Smith, D 718644-110/6 | 0.20 | 0.20 | 11.00 | | | 1 | MATTER NAME: B110 Case Administration REVIEW AND ORGANIZE FILE. |
| 10/07/11 Fri | Detweiler, D 718644-220/55 | 1.50 | 1.50 | 900.00 | | | 1 | MATTER NAME: B220 Employee Benefits/Pensions REVIEW, ANALYSIS AND EDITS TO PENSION PLAN SENT BY PENSION TEAM. |
| 10/11/11 Tue | Detweiler, D 718644-160/35 | 0.50 | 0.50 | 300.00 | | | 1 | MATTER NAME: B160 Fees WORK ON FEE APPLICATION ISSUES. |
| 10/11/11 Tue | Schanne II, J 718644-150/27 | 0.30 | 0.30 | 93.00 | | | 1 | MATTER NAME: B150 Creditors' Committee CALL FROM LAY EMPLOYEE RE CLAIM QUESTION RE STATUS OF CASE. |
| 10/11/11 Tue | Smith, D 718644-110/7 | 0.20 | 0.20 | 11.00 | | | 1 | MATTER NAME: B110 Case Administration REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/12/11 Wed | Carignan, J 718644-220/56 | 0.10 | 0.10 | 40.50 | | | 1 | MATTER NAME: B220 Employee Benefits/Pensions MULTIPLE EMAILS RE PENSION SUPERVISORY BOARD AND PLAN ISSUES |

~  See the last page of exhibit for explanation

EXHIBIT M-1
POST-CONFIRMATION FEES
Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/12/11 Wed | Detweiler, D 718644-120/24 | 0.30 | 0.30 | 180.00 | | 1 | MATTER NAME: B120 Asset Analysis and Recovery<br>REVIEW AND ANALYSIS OF MEMORANDUM RE NOTICE OF EFFECTIVE DATE. |
| 10/12/11 Wed | Detweiler, D 718644-150/28 | 0.10 | 0.10 | 60.00 | | 1 | MATTER NAME: B150 Creditors' Committee<br>EMAIL COMMITTEE NOTICE OF EFFECTIVE DATE. |
| 10/12/11 Wed | Detweiler, D 718644-150/29 | 0.30 | 0.30 | 180.00 | | 1 | MATTER NAME: B150 Creditors' Committee<br>CONFERENCE IN OFFICE WITH J. SCHANNE RE CREDITOR INQUIRIES RE NOTICE OF EFFECTIVE DATE. |
| 10/12/11 Wed | Detweiler, D 718644-150/30 | 0.10 | 0.10 | 60.00 | | 1 | MATTER NAME: B150 Creditors' Committee<br>RESPOND TO CREDITOR INQUIRY RE EFFECTIVE DATE. |
| 10/12/11 Wed | Lano, C 718644-155/32 | 0.10 | 0.10 | 21.50 | | 1 | MATTER NAME: B155 Court Hearings<br>RECEIPT AND REVIEW OF OMNIBUS SCHEDULING ORDER. |
| 10/12/11 Wed | Schanne II, J 718644-320/58 | 0.80 | 0.80 | 248.00 | | 1 | MATTER NAME: B320 Plan and Disclosure Statement<br>DRAFT MEMO TO LAY EMPLOYEES RE NOTICE OF EFFECTIVE DATE AND RELATED DEADLINES. |
| 10/12/11 Wed | Smith, D 718644-110/8 | 0.20 | 0.20 | 11.00 | | 1 | MATTER NAME: B110 Case Administration<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/13/11 Thu | Schanne II, J 718644-110/9 | 0.10 | 0.10 | 31.00 | | 1 | MATTER NAME: B110 Case Administration<br>CALL FROM LAY EMPLOYEE. |
| 10/13/11 Thu | Smith, D 718644-110/10 | 0.20 | 0.20 | 11.00 | | 1 | MATTER NAME: B110 Case Administration<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/14/11 Fri | Schanne II, J 718644-160/36 | 0.20 | 0.20 | 62.00 | | 1 | MATTER NAME: B160 Fees<br>TELEPHONE CALL TO R. GEBBIA RE FEES. |
| 10/14/11 Fri | Schanne II, J 718644-320/59 | 0.10 | 0.10 | 31.00 | | 1 | MATTER NAME: B320 Plan and Disclosure Statement<br>TELEPHONE CALL FROM LAY EMPLOYEE RE NOTICE OF EFFECTIVE DATE. |
| 10/14/11 Fri | Smith, D 718644-110/11 | 0.20 | 0.20 | 11.00 | | 1 | MATTER NAME: B110 Case Administration<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/17/11 Mon | Smith, D 718644-110/12 | 0.20 | 0.20 | 11.00 | | 1 | MATTER NAME: B110 Case Administration<br>REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |

~ See the last page of exhibit for explanation

EXHIBIT M-1

POST-CONFIRMATION FEES

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/18/11 Tue | Lano, C 718644-160/38 | 0.10 | 0.10 | 21.50 | | | 1 | *MATTER NAME: B160 Fees* CONFER WITH J. SCHANNE RE BUCK FINAL FEE APPLICATION. |
| 10/18/11 Tue | Lano, C 718644-160/39 | 1.00 | 1.00 | 215.00 | | | 1 | *MATTER NAME: B160 Fees* PREPARE BUCK CONSULTANT FINAL FEE APPLICATION. |
| 10/18/11 Tue | Schanne II, J 718644-160/37 | 0.30 | 0.30 | 93.00 | 0.10 0.20 | F F | 1 2 | *MATTER NAME: B160 Fees* CONFER WITH C. LANO RE BUCK FEE APPLICATION (.1); EMAILS RE SAME (.2). |
| 10/18/11 Tue | Smith, D 718644-110/13 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/19/11 Wed | Lano, C 718644-160/41 | 0.30 | 0.30 | 64.50 | | | 1 | *MATTER NAME: B160 Fees* PREPARE CERTIFICATE OF NO OBJECTION TO BUCK CONSULTANTS' FIRST FEE APPLICATION. |
| 10/19/11 Wed | Lano, C 718644-160/42 | 0.40 | 0.40 | 86.00 | | | 1 | *MATTER NAME: B160 Fees* FINALIZE BUCK CONSULTANTS' FINAL FEE APPLICATION. |
| 10/19/11 Wed | Schanne II, J 718644-160/40 | 0.20 | 0.20 | 62.00 | | | 1 | *MATTER NAME: B160 Fees* PREPARE BUCK FINAL FEE APPLICATION. |
| 10/19/11 Wed | Smith, D 718644-110/14 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/20/11 Thu | Hudson, R 718644-160/43 | 0.40 | 0.40 | 62.00 | | | 1 | *MATTER NAME: B160 Fees* PREPARE AND FILE CNO RE BUCK'S 1ST MONTHLY FEE APPLICATION. |
| 10/20/11 Thu | Hudson, R 718644-160/44 | 0.20 | 0.20 | 31.00 | | | 1 | *MATTER NAME: B160 Fees* PREPARE AND SERVE CNO RE BUCK'S 1ST MONTHLY FEE APPLICATION. |
| 10/20/11 Thu | Lano, C 718644-130/25 | 0.10 | 0.10 | 21.50 | | | 1 | *MATTER NAME: B130 Asset Sales/Disposition* CONFER WITH R. HUDSON RE FILING BUCK CONSULTANT CERTIFICATE OF NO OBJECTION. |
| 10/20/11 Thu | Smith, D 718644-110/15 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/21/11 Fri | Smith, D 718644-110/16 | 0.20 | 0.20 | 11.00 | | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |

~  See the last page of exhibit for explanation

EXHIBIT M-1

POST-CONFIRMATION FEES

Pepper Hamilton LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 10/21/11 Fri | Smith, D 718644-110/17 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND ORGANIZE PLEADINGS FILE. |
| 10/24/11 Mon | Smith, D 718644-110/18 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/25/11 Tue | Schanne II, J 718644-310/57 | 0.20 | 0.20 | 62.00 | | 1 | *MATTER NAME: B310 Claims Administration - General* TELEPHONE CALL FROM LAY EMPLOYEE RE PROOF OF CLAIM. |
| 10/25/11 Tue | Smith, D 718644-110/19 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/26/11 Wed | Smith, D 718644-110/20 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/27/11 Thu | Detweiler, D 718644-160/45 | 0.20 | 0.20 | 120.00 | | 1 | *MATTER NAME: B160 Fees* EMAILS WITH P. JACKSON RE LAY COMMITTEE FEE APPLICATIONS. |
| 10/27/11 Thu | Schanne II, J 718644-160/46 | 0.30 | 0.30 | 93.00 | | 1 | *MATTER NAME: B160 Fees* PREPARE BUCK FINAL FEE APPLICATION AND EMAILS RE SAME. |
| 10/27/11 Thu | Smith, D 718644-110/21 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/28/11 Fri | Smith, D 718644-110/22 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| 10/31/11 Mon | Smith, D 718644-110/23 | 0.20 | 0.20 | 11.00 | | 1 | *MATTER NAME: B110 Case Administration* REVIEW AND E-MAIL DOCUMENTS TO D. DETWEILER. |
| Total Number of Entries: | 74 | | 24.60 | $8,244.50 | | | |

~  See the last page of exhibit for explanation

EXHIBIT M-1

POST-CONFIRMATION FEES

Pepper Hamilton LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Carignan, J | 0.10 | 40.50 |
| Crumbock, M | 5.20 | 2,002.00 |
| Detweiler, D | 6.60 | 3,960.00 |
| Hudson, R | 1.90 | 294.50 |
| Kaplan, D | 0.50 | 282.50 |
| Lano, C | 2.40 | 516.00 |
| Lewis, C | 0.20 | 37.00 |
| Schanne II, J | 2.70 | 837.00 |
| Smith, D | 5.00 | 275.00 |
| | 24.60 | $8,244.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| B110 Case Administration | 5.30 | 419.00 |
| B112 General Creditor Inquiries | 0.50 | 300.00 |
| B120 Asset Analysis and Recovery | 0.30 | 180.00 |
| B130 Asset Sales/Disposition | 0.10 | 21.50 |
| B150 Creditors' Committee | 1.00 | 513.00 |
| B155 Court Hearings | 0.20 | 43.00 |
| B160 Fees | 6.10 | 1,696.50 |
| B220 Employee Benefits/Pensions | 9.40 | 4,502.50 |
| B250 Real Estate | 0.30 | 169.50 |
| B310 Claims Administration - General | 0.20 | 62.00 |
| B320 Plan and Disclosure Statement | 1.20 | 337.50 |
| | 24.60 | $8,244.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL